# MUTUAL CONFIDENTIALITY AGREEMENT

THIS MUTUAL CONFIDENTIALITY AGREEMENT ("Agreement") is entered into as of the 22 day of November, 2002 by and between GPT Glendale, Inc., a Delaware corporation ("GPT"), with offices at 200 John Dietsch Boulevard, Attleboro Falls, Massachusetts 02763, and Kentek Corporation, a New Hampshire corporation ("Kentek") with offices located at 19 Depot Street, Pittsfield, New Hampshire 03263.

WHEREAS, GPT and Kentek desire to provide each other with certain confidential or proprietary information in connection with a possible business relationship between GPT and Kentek.

THEREFORE, GPT and Kentek hereby agree as follows:

1. Each party shall hold in strictest confidence all confidential or proprietary information ("Confidential Information") received from the other party for a period of five (5) years from the date of disclosure. During the period of confidentiality, the receiving party agrees not to divulge the Confidential Information to any third party (except necessary employees and advisors), nor to use the Confidential Information for any purpose other than as mutually agreed to by the parties.

2. The Confidential Information may be disclosed either orally or in writing, including graphic material and electronic, magnetic or other media. When disclosed in writing, the Confidential Information will be labeled as confidential property of the disclosing party and shall be marked with the date of disclosure. When disclosed orally, the Confidential Information will be identified as confidential at the time of disclosure, with subsequent confirmation in writing within twenty (20) days of the date of disclosure referencing the date of disclosure and the type of information disclosed.

3. The Confidential Information subject to the above obligation of confidentiality shall not be deemed to include:

   (a) information which is or becomes generally available to the public;

   (b) information which the receiving party can establish, by its written records, was in its possession prior to the disclosure hereunder, or was developed independently of any disclosure hereunder; or

   (c) information which is approved in writing by the originating party for release by the receiving party.

4. It is understood and agreed that the disclosure of Confidential Information by either party pursuant to this Agreement shall not grant the other party any express, implied or other license or right to patents or trade secrets of the originating party, nor shall it constitute any sort of joint venture or undertaking.

TK 11/22/02

5. Each party shall secure documents, items of work-in-process and work products that embody any of the Confidential Information in locked files or areas providing restricted access to prevent its unauthorized disclosure. In addition, each party shall maintain adequate procedures to prevent loss of any confidential or proprietary documents. In the event of any loss, the party whose documents are lost shall be immediately notified of such loss.

6. Both parties agree to return all of the Confidential Information, including all copies thereof, to the originating party immediately upon written request by the originating party.

7. All materials, drawings, designs, specifications, notes, memoranda or data furnished hereunder shall be and remain the property of the disclosing party.

8. Unless otherwise extended in writing by GPT and Kentek, this Agreement, except for the obligations of confidentiality and restrictions on the use or disclosure of information which shall exist for time limits as otherwise set forth in this Agreement, shall terminate on June 30, 2003.

9. In the event any legal action is required to enforce this Agreement, each party shall bear its own respective attorneys' fees and costs.

10. This Agreement constitutes the entire understanding between the parties hereto as to the subject matter of this Agreement and merges all prior discussions between them relating thereto. No amendment or modification of this Agreement shall be valid or binding on the parties unless made in writing and signed on behalf of the parties by their respective duly authorized officers or legal representatives.

11. This Agreement shall be construed in accordance with the laws of the Commonwealth of Massachusetts and shall be binding upon the successors and assigns of the parties.

IN WITNESS WHEREOF, each of GPT and Kentek has each caused this Agreement to be duly executed by its legally authorized representative, effective upon the date of signature.

| GPT GLENDALE, INC. | KENTEK CORPORATION |
|---|---|
| By: [signature] | By: [signature] |
| Name: Richard Pellegrini | Name: Thomas D. MacMullin |
| Title: VP/GM · GPT Glendale | Title: President and General Manager |
| Date: 11/24/02 | Date: 11/22/02 |