February 28, 2006

Mr. Mark McLear
Mr. Jeff Brown

Messrs. McLear & Brown,

Pursuant to Section 2 (Period of Employment), Section 3 (Termination), Section 9 (Non-Competition) of my EMPLOYMENT AGREEMENT entered into March 31st, 2000 between myself "Will L. Arthur" and "Company" and in recognition of the requirements set forth therein, I hereby provide written notification of my intention to terminate my employment effective March 1, 2006 and my intention to enter into an employment agreement with Kentek, Inc.

In accordance with the above EMPLOYMENT AGREEMENT, my final day of employment with the Company shall be June 1, 2006 unless Company exercises its option "..that Employee shall take a leave of absence for part or all of the remaining three-month period, continuing to receive all compensation as if actively working." Pursuant to Section 9 (Non-Competition), Company "..shall notify Employee in writing within five (5) business days...on which Company receives notice of the identity of his new employer. Such notice shall specify the period of up to one year following termination of the Agreement, during which time Employee shall be prohibited from engaging in activity that is competitive with that of Bacou USA, Inc." Should Company exercise the non-competition option, "..Company shall continue to pay Employee his Base Salary at the rate applicable at the time of termination for the non-competition period, provided, however, that Company shall not be obligated to make any such payments...to the extent that Employee violates his obligation of non-competition.."

If any of the recipients of this same notification should have any questions or comments, I will gladly address those questions or comments in my written response to their written inquiry.

Sincerely,

W.L. Arthur

William L. Arthur
Fmr. General Manager; Lase-R Shield, a Bacou-Dalloz Company
Fmr. Territory Sales Manager; Glendale, a Bacou-Dalloz Company