Bacou-Dalloz

1745468
F
50141.14

May 2, 2006

**VIA FEDERAL EXPRESS**

Mr. William L. Arthur
809 Monroe Street, NE
Albuquerque, NM 87110

Re: Exercise of Non-Competition Option

Dear Will:

Pursuant to Section 9(a) of the Employment Agreement between you and this Company, you are hereby notified that Bacou-Dalloz has elected to exercise its non-competition option with respect to you.

Accordingly, you are hereby notified that you will remain employed by Bacou-Dalloz through December 31, 2006 and during this time you will be prohibited from engaging in any activity that is competitive with that of this Company, including beginning employment with Kentek, Inc. or any affiliate thereof, or engaging in any activity on its behalf.

We will continue to pay you your Base Salary at your current rate of $61,834.50 per annum ($2,378.25 bi-weekly) through December 31, 2006.

You will receive instructions from Mark McLear regarding the nature of any activities you will be required to engage in during this period of time.

Sincerely,

Jeff Brown

Jeffrey S. Brown
Vice President & General Manager

Cc: Mark McLear