c: M. McLear

KENTEK

"Laser People Helping Laser People"®

March 28, 2006

Mr. Jeff Brown
Bacou-Dalloz
910 Douglas Pike
Smithfield, RI 02917

Dear Jeff:

Kentek and GPT/Glendale together set very high standards in the laser industry for product quality and customer service. We develop new products, open new markets, share customer feedback, cooperate on solving quality issues. Hand inspection of each item you ship to us helps identify problems and concerns with critical laser safety specifications on products and product literature which I know has diminished exposure to liability and quality claims.

As a distributor, we have always been uncomfortable working exclusively with one supplier, but that path was chosen in 2000 when we dropped products from Trinity and NoIR and shifted flat glass eyewear production from Kentek to GPT/Glendale. We retained Bolle products given customer loyalty to a particular frame style. During the merger of Bacou and Dalloz, we readily adopted each of the numerous product changes forced by the transition.

In recent months, Kentek introduced several new laser safety products which do not come from GPT/Glendale. This is one element of the growth strategy we have been discussing with the principals of Glendale since 2001.

I would like to meet with you in person to review our plans and discuss the removal of the growing number of obstacles which inhibit our ability to sell Glendale products. We believe a disruption in service will create greater opportunity for low-cost, low-quality suppliers to further strengthen their position. You and I may decide that some of our differences will remain, but I am confident we can agree on action that will mutually benefit both Kentek and Bacou-Dalloz.

I will call your office on Friday to set an appointment.

Most sincerely yours,

Tom

Tom MacMullin
President and General Manager

*"Laser People Helping Laser People"®*

THE KENTEK CORPORATION
1 Elm Street • Pittsfield, NH 03263 USA • (603) 435-7201 • FAX (603) 435-7441
E-Mail: info@kentek-laser.com • Web Site: http://www.kentek-laser.com