50141.14

Bacou-Dalloz

April 11, 2006

**VIA FACSIMILE (603-435-7441) AND FEDERAL EXPRESS**

Mr. Tom MacMullin
President & General Manager
The Kentek Corporation
1 Elm Street
Pittsfield, NH 03263

Dear Tom:

It has come to our attention that Kentek representatives have been informing customers not to buy Glendale® brand products and instead, are telling them to wait until Kentek will have its own brand of competitive products available for sale.

This effort to undercut the business of GPT Glendale is already having an adverse effect on our laser eyewear business and has the potential to cause serious damage to this business going forward. This conduct is, unfortunately, consistent with previous instances in which Kentek has harmed the business of Glendale by marketing its own products that are in direct competition with those of Glendale. Glendale's sales of such products to Kentek have decreased 40% over the past three months alone. As you know, Kentek has also hired away key personnel from Glendale and, most recently, the head of our Lase-R Shield sales office has announced plans to go to work at Kentek and his assistant has already terminated and moved to Kentek.

These recent reports about Kentek's plans are in direct conflict with the letter you sent me dated March 28, 2006, in which you seek to discuss "the removal of the growing number of obstacles which inhibit our ability to sell Glendale products". This letter clearly is a smokescreen to try to assure Glendale's continued sales to Kentek until Kentek is ready to launch its own competing products.

As you know, the relationship between a supplier and the distributors of its products must be based on trust that the distributor will act in a manner to promote the business of the supplier. Clearly, Kentek has undermined this obligation in several different ways and apparently has plans to cause even greater harm to Glendale's business. Also, it is apparent that Kentek wishes to establish itself as a competitor of Glendale's up and down the product line.

Accordingly, effective at the close of business on Friday, April 14, 2006, Bacou-Dalloz and its Glendale subsidiary will terminate Kentek as an authorized distributor and thereafter will not fulfill any further orders from Kentek. Until that time, Glendale will fulfill only orders that are consistent with Kentek's recent purchases in terms of product selection and volume. Glendale stands ready to repurchase any unsold inventory of Glendale products that Kentek wishes to sell back to Glendale for a period of thirty (30) days from the termination date, or through May 14, 2006, according to standard Bacou-Dalloz terms and conditions.

Lastly, we are concerned that Will Arthur might be conducting business on behalf of Kentek at this time, while he remains employed by Bacou-Dalloz. We will be monitoring any such actions, which include communications between Mr. Arthur and personnel at the newly opened Kentek sales office in the Albuquerque area. As I am sure you can understand, such actions on his part would have serious ramifications for both Kentek and Mr. Arthur.

Sincerely,

Jeff Brown /wrom

Jeffrey Brown
Vice President & General Manager
Bacou-Dalloz Eye & Face Protection