Bacou-Dalloz

May 24, 2006

**VIA FACSIMILE (603-435-7441) AND FEDERAL EXPRESS**

Mr. Tom MacMullin
President & General Manager
The Kentek Corporation
1 Elm Street
Pittsfield, NH 03263

Dear Mr. MacMullin:

As you know, effective as of April 14, 2006, GPT Glendale ("Glendale") terminated Kentek's position as an authorized distributor of Glendale® brand laser eyewear products.

In accordance with the letter from Jeff Brown to you, dated April 11, 2006, Glendale agreed to repurchase any unsold inventory of its products from Kentek through May 14, 2006. Furthermore, Glendale was willing to give Kentek a limited period of time to sell any such inventory to its customers that it did not wish to return.

Given that seven weeks have elapsed since Mr. Brown's communication to you, the deadline for repurchase and disposition of your Glendale inventory has now passed.

Accordingly, we hereby demand that Kentek make no further sales of existing inventory of Glendale products and immediately cease advertising the sale of Glendale® products on its website and elsewhere in any literature. All such references to Glendale® products must be removed from the Kentek website immediately. This includes Glendale® products that are being passed off as Kentek products and vice versa.

Please provide written confirmation no later than Thursday, June 1, 2006 that Kentek has complied with the foregoing requirements.

Thank you for your prompt attention to this matter.

Sincerely,

Mark McLear
Sales and Marketing Manager
GPT Glendale

cc: Winfield W. Major
Vice President & General Counsel
Bacou-Dalloz USA, Inc.