HUMAN RESOURCES

# Statement Of Ethical Values and Code Of Business Conduct

Date issued: April 5, 2004 Number GL9-ETH.1 Sent to: All Managers

Initiated by: Rodney M Fogelman

Approved by: Execom



Bacou-Dalloz

HUMAN RESOURCES

## Purpose of the policy

Bacou-Dalloz has published this Statement of Ethical Values and Code of Business Conduct for its employees throughout the Corporation. This protocol will reinforce our long-standing commitment to high ethical standards and responsible business practices. It will also introduce new employees to our core values, ethical traditions and business standards.

It will serve as a guide to handling the variety of different situations arising in our business. However, no manual can answer every possible question, and we rely on the good judgment, common sense and integrity of our employees to deal with issues that may not be specifically covered.

This Statement of Ethical Values and Code of Business Conduct will communicate to our customers, suppliers and other business associates that we intend to do business honestly, fairly and in accordance with local legislation and our high ethical standards.

All employees must thoroughly review this Statement of Ethical Values and Code of Business Conduct - and sign the Employee Compliance Certification communicating their commitment to it and then return the signed statement to their Human Resources manager.

It should be understood that any individual who reports illegal or unethical behavior shall be protected from reprisals for reporting such transgressions. Employees should contact their manager, the local Human Resource Manager, or the Senior Vice President of Human Resources to discuss any possible violation of law or of Bacou-Dalloz Statement of Ethical Values and Code of Business Conduct.

Bacou-Dalloz is committed to providing quality products and services, while conducting our business with high integrity. In order to maintain these standards, it is important that all Bacou-Dalloz employees act in a manner that never, in any way, reflects poorly on the Company, damages the Company, exposes the Company to liability or threatens life, health or safety. Both Bacou-Dalloz reputation and its business success depend upon the actions of its employees and how they are viewed by others.

## Scope

This policy applies worldwide to all employees.

HUMAN RESOURCES

# Policy

**Statement Of Ethical Values**

Bacou-Dalloz commits its business reputation to the highest standards and ethical behavior. We are dedicated to the following core values:

1. Treating our employees and outside business associates with the utmost respect, fairness and courtesy...promoting equal opportunity for all.

2. Maintaining the highest possible moral and ethical standards and acting with honesty and integrity in everything we do.

3. Complying with all applicable laws and conducting ourselves as good citizens in the communities where we live and work around the world.

4. Protecting and preserving the environment and our natural resources ...now and for the long term.

5. Setting and achieving quality standards that will enhance our products, our services and our corporate reputation.

6. All financial reporting to be done accurately and fairly.

Integrity and high ethical standards require hard work, courage and difficult choices. These values may sometimes require us to forego business opportunities. In the long run, however, we will be better served by doing what is right rather than what is expedient. The Company's most valuable assets are its reputation and the people who act responsibly to promote and preserve it. All business activities should be conducted with the goal of improving its reputation...while profitably growing our business through high quality product and excellent service to our customers. This is for the ultimate benefit of our shareholders.

**Code Of Business Conduct**

Bacou-Dalloz, including all its divisions and people, will conduct business according to high moral and ethical principles and in compliance with applicable laws.

Bacou-Dalloz employee will face situations that require sound judgment and discretion. We expect all employees to act ethically and within the requirements of all laws. We do not support any act that violates the law even though such action might appear to be in the best interest of the Company. It is also important that our conduct not only avoid impropriety, but also avoid the appearance of impropriety.

HUMAN RESOURCES

While this Code provides guidance on issues that frequently arise, it does not refer to every possible situation. In sensitive situations that are not directly addressed, employees are expected to use sound judgment and follow the spirit of this Code.

If employees have any questions about how the Bacou-Dalloz Code of Business conduct or its Statement of Ethical Values applies to a particular business situation, the employee should feel free to seek advice from their supervisor, manager or from Human Resources.

Violations of this policy may result in disciplinary action up to and including termination of employment. However, our goal is to encourage compliance rather than punish violations.

**Specific Code Issues And Procedures**

**I. Conflicts of Interest**

All Bacou-Dalloz employees have a responsibility to avoid situations and relationships that involve actual or potential conflicts of interest. Generally, a conflict of interest arises whenever an employee's personal interests diverge from his or her responsibilities to the Company or from the Company's best interests. In other words, a conflict of interest is created whenever an activity, association or relationship of yours might impair your independent exercise of judgment in the Company's best interest.

Examples of situations that could be perceived as conflicts of interest and should be avoided include:

- Maintaining a significant financial interest or working as an employee or a consultant for a competitor, regulatory government entity, customer or supplier of Bacou-Dalloz or doing any work for a third party that may adversely affect the employee's performance or judgment on the job or diminish their ability to devote the necessary time and attention to their duties.

- Using Company property, materials, supplies, funds or other resources for personal purposes, or appropriating or diverting to others any business opportunity or idea in which Bacou-Dalloz might have an interest.

- A direct supervisor/subordinate relationship where the subordinate is the spouse or immediate family member of the employee.

These situations, and others like them, where loyalties to Bacou-Dalloz could be compromised, must be avoided.

Bacou-Dalloz employees who believe they are involved in a potential conflict of interest have a responsibility to discuss it with their supervisor, senior management or the Senior Vice President of Human Resources. If a conflict is determined, the employee must disengage from the conflict situation or terminate employment.

HUMAN RESOURCES

## II. Gifts, Gratuities and Entertainment

Conducting business with suppliers and customers can raise ethical as well as legal issues.

All decisions regarding the purchasing of materials, supplies and services must be made on the basis of competitive price, quality and performance and in a way that preserves Bacou-Dalloz integrity. It is impermissible to give or offer any form of kickback or bribe.

Bacou-Dalloz employees are prohibited from offering money, gifts or other items or services of value to customers or potential customers for the purpose of securing a contract or obtaining favorable treatment. In certain situations or on certain occasions, small gifts of nominal value may be presented such as specialty advertising items bearing the corporate logo, tickets to local sports, civic or cultural events and/or restaurant meals or refreshments.

Standards governing the acceptance of gifts from suppliers or their agents mirror those relating to the giving of gifts to our customers and/or potential customers...in that a significant gift accepted could be construed as improperly influencing the selection of a vendor or the awarding of a contract.

Gifts of a nominal value (less than 50 Euros or equivalent sum in other currencies) may be accepted on an infrequent or occasional basis, such as during the holiday season, as a reasonable business courtesy. Routine entertainment that is business related - such as a business lunch or dinner, sports outings or cultural events - is acceptable under this policy.

Employees may not request or accept monetary loans, guarantees of loans or payments from suppliers.

## III. Confidential Information

Employees may have access to information that is private to the Company, has not been made public and constitutes trade secrets or proprietary information. Protection of such information is critical to our ability to grow and compete.

Under the laws of most countries where we do business, trade secrets are legally protected property - so long as they remain secret, that is, not generally or publicly known.

Employees obligations with respect to Bacou-Dalloz confidential trade secrets and proprietary information are:

- Not to disclose the information outside the Company.
- Not to use the information for any purpose except to benefit the Company's

HUMAN RESOURCES

business.

- Not to disclose the information within the Company except to those who need to know or use the information and who are aware that it constitutes trade secrets or proprietary information.

These obligations continue even after the employee leaves the Company, until the information becomes publicly available or until Bacou-Dalloz no longer considers it a trade secret or proprietary information. Any documents, papers or records that contain trade secrets or proprietary information are the property of Bacou-Dalloz, and must remain at the Company.

Confidential trade secrets and proprietary information may include: product design, lists of customers or suppliers, new technologies and concepts, business research, strategies and plans, process systems, data stored on any computer system, computer software, unpublished financial information, corporate policy manuals and/or organization charts. The privacy of this information is critical to our Company. Its unauthorized release is a serious violation of this Code of Conduct.

## IV. Antitrust Law Compliance and Relationship with Competitors

Antitrust laws are designed to preserve vigorous competition, in the belief that the public interest is best served by free enterprise. It is the policy of Bacou-Dalloz to comply with the antitrust laws of the various states and countries in which we do business.

The antitrust laws generally prohibit:

- Agreements with competitors to fix prices or other terms of sale.

- Agreements with competitors to allocate customers, territories or markets, or to boycott certain customers or suppliers.

- Agreements with customers to restrict resale prices, to tie the sale of one product to the sale of another, or to deal exclusively in a way that forecloses distribution of competing products.

- Discrimination in the prices, terms or services offered to customers who are similarly situated.

"Agreements" under the antitrust laws can be inferred from circumstantial evidence. Thus it is critically important to approach meetings, conversations or exchanges of information with competitors very cautiously. Employees must terminate all improper conversations initiated by a competitor even in a social or industry-association setting and notify the divisional Plant Manager or Senior Vice President of Human Resources of any suspicious incidents.

Violations of antitrust laws are serious issues, punishable by imprisonment and heavy

fines for the individuals involved, and by even heavier fines for the Company.

**V. Complete and Accurate Accounting**

It is Bacou-Dalloz policy, as well as a requirement of law, to keep books, records, and accounts that accurately and fairly reflect the Company's business transactions and the disposition of its assets, in reasonable detail. The Company must maintain a system of internal accounting controls that provides reasonable assurances of the integrity of our accounting practices.

Employees must not make any false or misleading entry in the Company's books or records, or make any false, misleading or incomplete statements.

No fund, asset or account of the Company may be established, acquired or maintained for any purpose unless it is properly reflected in the books and records of the Company. No corporate funds or assets can be used for any unlawful or improper purpose, and no "slush funds" or "phantom accounts" are permitted.

If an employee becomes aware that any accounting or financial entries, or any data supporting such entries, are possibly false, misleading or incomplete, the employee must advise their supervisor or the senior management of the business.

**VI. Environment, Health and Safety**

Bacou-Dalloz endeavors to conduct all its operations in a manner that protects the natural environment as well as human health and safety. Employees should take individual responsibility to protect natural resources, to eliminate safety risks in the workplace and provide appropriate safety equipment and training, and to maintain appropriate emergency readiness plans to minimize the risks of health, safety, property and the environment that may result from accidents or natural disasters.

Bacou-Dalloz is committed to complying with all applicable laws and regulations governing the environment and the health and safety of our employees, suppliers, customers, consumers and the communities where we work. It is the responsibility of each facility manager to ensure compliance with such laws and regulations, and to ensure that all reports required to demonstrate compliance are accurate and submitted on time. Any employee who learns of persistent or unreported environmental or health & safety violations should report the situation to the local senior manager or the Human Resources Manager for the location, or the Senior Vice President of Human Resources.

**VII. Privacy**

Bacou-Dalloz respects the privacy of its employees. The Company is required to maintain employment records that contain extensive information of a confidential nature, including such things as an individual's income, personal job performance, and/or health status.

HUMAN RESOURCES

In order to protect the privacy of our employees, Bacou-Dalloz will collect, use and retain only such personal information as is required for business or legal reasons. On reasonable request, employees may review their personnel records to insure that they are accurate. The Company will limit the internal availability of personal information to those who need to know it for business purposes. Unless the employee has consented, we will not release the information outside the Company except to verify employment or to satisfy legitimate legal or investigatory needs.

**VIII. Political Activity, Contributions and Gifts**

Employees should be aware that in many countries there are laws that govern this process. For example, in the U.S., the law prohibits corporate donations to candidates for federal office, and many state laws similarly prohibit corporate donations to state candidates. Thus employees may not make political contributions on behalf of Bacou-Dalloz. Political contributions include direct donations; the purchase of tickets to fund-raisers; and the use of Company facilities, transportation funds or assets for political activities.

U.S. law also prohibits you from attempting to influence any government employee by promising or giving money, gifts, loans or other inducements. This prohibition also applies to political candidates and their immediate families.

This policy is not intended to discourage employees from making personal contributions to the candidate or party of their choice, as permitted by law.

**IX. Drug-Free Workplace**

The health and welfare of our employees, and the safety and effectiveness of our operations, are of critical importance. To safeguard them, Bacou-Dalloz maintains a drug-free workplace.

It is the violation of Company policy for any employee to manufacture, sell, transfer, distribute, possess or consume illegal drugs on Company premises or elsewhere, on Company business during normal working hours. Consumption of illegal drugs during non-working hours also violates Company policy if it impairs an employee's ability to perform his or her job.

**IX. Non-Discrimination, Equal Opportunity and Sexual Harassment**

Bacou-Dalloz success will always be directly related to its people. Our human resource policy firmly supports the development and use of the full potential of all employees equally.

The company makes its decisions regarding hiring and promoting based on merit and qualifications for the work to be performed - without regard to race, religion, national origin, color, sex, sexual orientation, age, marital status, or disability.

It is Bacou-Dalloz policy to maintain a working environment free from all forms of

HUMAN RESOURCES

sexual harassment, workplace bullying, and/or intimidation. Unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature will not be permitted. Sexual harassment is a violation of human dignity and corporate policy, and it may also violate the laws in many of the countries we do business in.

Any employee who experiences persistent or unreported Non-Discrimination or Equal Opportunity violations or cases of sexual harassment or repeated intimidation should report the situation to the local senior manager or the Human Resources Manager for the location, or the Senior Vice President of Human Resources.

**X. Whistleblower Protection**

As seen from this policy, Bacou-Dalloz is committed to the highest possible standard of ethical, moral, and legal business conduct. Employees who spot violations of the the Statement of Ethical Values and Code of Business Conduct Policy, whether that be acts that are unlawful, or not in line with company policy, or are considered improper conduct, should feel free to raise those concerns and have the assurance that they will be protected by the company from reprisals/harassment by others.

The policy encourages employees to put their names to any allegation made so the proper follow up can be done by management. Concerns expressed anonymously will be investigated as best as can be, given consideration to the issue raised and the credibility of the concern. Although the employee is not expected to prove the allegation, the employee needs to demonstrate that there are sufficient grounds for concern.

Serious concerns relating to financial reporting, unethical or illegal conduct should be reported either verbally or in writing to one the following: Chief Compliance Officer for Bacou-Dalloz, your manager, or a member of the human resource staff.

Once a complaint is received, it will be determined if an investigation is appropriate and, if so, the form it should take. The complainant will be kept informed of the progress of the investigation.

HUMAN RESOURCES

**BACOU-DALLOZ**
**STATEMENT OF ETHICAL VALUES AND**
**CODE OF BUSINESS CONDUCT**

**EMPLOYEE COMPLIANCE CERTIFICATION**

I acknowledge having received the "Bacou-Dalloz Statement of Ethical Values and Code of Business Conduct". I have read them completely and understand how they apply to me. I agree to comply fully with each provision.

I understand that compliance with the Ethical Values and Code is to be taken very seriously and that violations may result in disciplinary action up to and including termination of employment.

(List here any matters within your knowledge that you consider exceptions to the Ethical Values or Code of Business Conduct or that you think should be reviewed).

____________________________________________
____________________________________________
____________________________________________
____________________________________________
____________________________________________
____________________________________________
____________________________________________

Employee name (Please print) ____________________________

Employee Title ________________ Division/Business Unit ____________

Location ____________________

Employee Signature ______________________ Date ____________



Bacou-Dalloz