JUL 21 2006
U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GPT GLENDALE, INC.,
a Delaware corporation,

Plaintiff,

v.

KENTEK CORPORATION,
a New Hampshire corporation

WILLIAM L. ARTHUR,
an individual resident of New Mexico,

BONNIE G. SIMMONS,
an individual resident of New Hampshire,

and

RICHARD L. PELLEGRINI,
an individual resident of Florida,

Defendants

C.A. No. 06-

CA 06 334

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Plaintiff GPT Glendale, Inc. ("GPT Glendale"), certifies that GPT Glendale is a subsidiary of PPE Holdings, Inc., which is itself a subsidiary of Bacou-Dalloz Safety, Inc. Bacou-Dalloz Safety, Inc. is in turn a subsidiary of Bacou-Dalloz USA, Inc. Bacou-Dalloz USA, Inc. is in turn a subsidiary of Bacou-Dalloz S.A., a French publicly held corporation. There is no publicly-held company that directly owns 10% or more of GPT Glendale's stock.

GPT GLENDALE, INC.

Date: July 21, 2006

By its Attorneys,

Darlene K. Alt (#6345)
EDWARDS ANGELL PALMER &
DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)