UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT GLENDALE, INC.,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENTEK CORPORATION,<br>a New Hampshire corporation<br><br>WILLIAM L. ARTHUR,<br>an individual resident of New Mexico,<br><br>BONNIE G. SIMMONS,<br>an individual resident of New Hampshire,<br><br>and<br><br>RICHARD L. PELLEGRINI,<br>an individual resident of Florida,<br><br>Defendants. | : | C.A. No. 06-334-MML |

**ENTRY OF APPEARANCE**

I, Raymond M. Ripple, of Edwards Angell Palmer & Dodge LLP hereby enter my appearance on behalf of Plaintiff GPT Glendale, Inc.

GPT GLENDALE, INC.

By its Attorney,

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com