UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GPT GLENDALE, INC.,
a Delaware corporation,

Plaintiff,

v.

C.A. No. 06-334-MML

KENTEK CORPORATION,
a New Hampshire corporation

WILLIAM L. ARTHUR,
an individual resident of New Mexico,

BONNIE G. SIMMONS,
an individual resident of New Hampshire,

and

RICHARD L. PELLEGRINI,
an individual resident of Florida,

Defendants.

**AFFIDAVIT OF SERVICE**

I, Raymond M. Ripple, attorney for GPT Glendale, Inc., hereby certify that a copy of the summons and complaint was served on the defendant William L. Arthur by certified mail, return receipt requested, on July 25, 2006, as evidenced by the attached return receipt.

GPT GLENDALE, INC.

By its Attorney,

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

Subscribed and sworn to before me under the penalties of perjury this 4th day of August, 2006.

Karen R. Barton
Notary Public
My Commission Expires: 8/2/09

2. Article Number

7160 3901 9849 5548 7905

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Mr. William L. Arthur
809 Monroe Street, NE
Albuquerque, NM 87110-6313

GPT Glendale/Kentek Darlene Alt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) Katie Simmons

B. Date of Delivery 7/24/06

C. Signature

X Katie Simmons

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, January 2005 Domestic Return Receipt