# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

GPT GLENDALE, INC., a Delaware corporation,

Plaintiff,

v.

KENTEK CORPORATION, a New Hampshire corporation;

WILLIAM L. ARTHUR, an individual resident of New Mexico;

BONNIE G. SIMMONS, an individual resident of New Hampshire; and

RICHARD L. PELLEGRINI, an individual resident of Florida,

Defendants.

C.A. No. 06-334 L

**DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**

NOW COME defendants Kentek Corporation ("Kentek"), Bonnie G. Simmons ("Simmons"), and Richard L. Pellegrini ("Pellegrini"), and move this Court pursuant to Fed. R. Civ. P. 6(b) to enlarge the time for defendants' to respond to the Complaint to September 15, 2006.

KENTEK CORPORATION, BONNIE G. SIMMONS, AND RICHARD L. PELLEGRINI,

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan
James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

DATED: August 11th, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2006, I electronically filed the DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Darlene K. Alt, Esq.
Michael Lockerby, Esq.
Peter G. Mack, Esq.
Mark A. Salzberg, Esq.

/s/ James W. Ryan

871068_1/5451-2