# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br><br>WILLIAM L. ARTHUR, an individual resident of New Mexico;<br><br>BONNIE G. SIMMONS, an individual resident of New Hampshire; and<br><br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br><br>Defendants. | C.A. No. 06-334 L |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**

NOW COME defendants Kentek Corporation ("Kentek"), Bonnie G. Simmons ("Simmons"), and Richard L. Pellegrini ("Pellegrini"), through counsel, and move this Honorable Court for issuance of an order pursuant to Fed. R. Civ. P. 6(b) enlarging the time file an answer or otherwise respond to Plaintiff's Complaint until September 15, 2006.

**Background Facts**

This lawsuit was filed on July 21, 2006, in the District of Rhode Island. The suit asserts eleven separate counts including claims of trademark infringement, unfair competition, breach of a confidentiality agreement, misappropriation of trade secrets, breach of fiduciary duty and loyalty, tortuous interference, and patent infringement. The Complaint was served on Kentek sometime around July 26, 2006. Fed. R. Civ. P. 12(a) allows twenty (20) days after service to answer or otherwise respond to a complaint.

## Discussion

Through counsel, Kentek, Simmons, and Pellegrini have requested the agreement of Plaintiff's counsel to seek an order of this Court enlarging the time to answer or otherwise respond to the Complaint in this matter up to and including September 15, 2006. As set forth herein in the attached Affidavit of W. Wright Danenbarger, long time counsel Defendant Kentek, that request has been denied and Plaintiff's counsel will only agree to a one week extension to August 21, 2006 (Exhibit A).

Obviously, the Complaint was served in the middle of the summer when many counsel take vacation. Also, this is a complicated matter involving multiple parties and entities. The 40-page Complaint in this case contains 168 paragraphs and eleven counts asserting trademark infringement, unfair competition, breach of a confidentiality agreement, misappropriation of trade secrets, breach of fiduciary duty and loyalty, tortious interference, and patent infringement. Besides plaintiff GPT Glendale, Inc. and Kentek, it refers to seven companies, six individuals, and ten document exhibits, along with many products

Significantly the events alleged in the Complaint took place several months ago, and, although several counts of Plaintiff's Complaint seek injunctive relief, Plaintiff chose not to seek immediate relief by way of hearing. The granting of this Motion will cause no prejudice to Plaintiff. Under Fed. R. Civ. P. 6(b), the District Court is granted broad discretion to expand filing deadlines, *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995).

## Conclusion

For all of the foregoing reasons, Defendants Kentek, Simmons, and Pellegrini request that their motion to enlarge the time to answer or otherwise respond to Plaintiff's Complaint be granted.

KENTEK CORPORATION, BONNIE G. SIMMONS, AND RICHARD L. PELLEGRINI,

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan

James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

DATED: August 11, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2006, I electronically filed the MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Darlene K. Alt, Esq.
Michael Lockerby, Esq.
Peter G. Mack, Esq.
Mark A. Salzberg, Esq.

/s/ James W. Ryan

871170_1/5451-2