**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GPT Glendale, Inc.
Plaintiff

v.

C.A. No.06-334

Kentek Corporation, et al
Defendant(s)

**AFFIDAVIT OF W. WRIGHT DANENBARGER IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

NOW COMES W. Wright Danenbarger, and being duly sworn, deposes and says:

1. I am a shareholder in the firm of Wiggin & Nourie, which is long time counsel for defendant, Kentek Corporation ("Kentek") and which will be representing Kentek and defendants Bonnie G. Simmons ("Simmons") and Richard L. Pellegrini ("Pellegrini") in this action.
2. I am working on this case as co-counsel with Attorney Thomas R. Pappas of my firm. Kentek has also retained a Rhode Island attorney, James W. Ryan of Partridge, Snow & Hahn, to act as local counsel. Mr. Pappas and I will be seeking the Court's permission to be admitted *pro hac vice* to defend this suit.
3. Defendant William L. Arthur ("Arthur"), who lives in New Mexico, is represented by Attorney Mel O'Reilly of Albuquerque, New Mexico. Mr.

O'Reilly advises that he is seeking Rhode Island counsel for Arthur and will also be requesting additional time to respond to the Complaint.

4. The Complaint was served on defendants on various days during the week of July 24 and the responses would be due during the week of August 14.
5. By this motion, defendants Kentek, Simmons and Pelligrini seek an additional 30 days, to September 15, 2006, to respond for the following reasons.
6. From August 14 to September 5, Mr. Pappas will be out of state on a pre-planned vacation with his family. From August 11 to August 17, undersigned counsel will be on his annual vacation with his son.
7. The 40-page Complaint in this case contains 168 paragraphs and eleven counts asserting trademark infringement, unfair competition, breach of a confidentiality agreement, misappropriation of trade secrets, breach of fiduciary duty and loyalty, tortious interference, and patent infringement. Besides plaintiff GPT Glendale, Inc. and Kentek, it refers to seven companies, six individuals, and ten document exhibits, along with many products.
8. Undersigned counsel requested assent from plaintiff's counsel for an extension to September 15, but was offered only one week, to August 21.
9. Defendants are also investigating whether to respond to this Complaint by challenging personal jurisdiction because of the lack of defendants' contact with Rhode Island.

FURTHER THE AFFIANT SAYETH NAUGHT

Respectfully submitted,

Date: 8/10/06

W. Wright Danenbarger

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS.

Subscribed and sworn to by W. Wright Danenbarger.

Before me,

Carol M. Voltz
Notary Public/~~Justice of the Peace~~

CAROL M. VOLTZ, Notary Public and Justice of the Peace
My Commission Expires: My Commission Expires August 31, 2010

00744689.DOC