**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**GPT GLENDALE, INC.,**
**a Delaware Corporation,**
**Plaintiff,** **Case No. CA 06-334**
**vs.**

**KENTEK CORPORATION,**
**a New Hampshire corporation;**

**WILLIAM L. ARTHUR,**
**an individual resident of New Mexico;**

**BONNIE G. SIMMONS,**
**an individual resident of New Hampshire, and**

**RICHARD L. PELLEGRINI,**
**an individual resident of Florida,**
**Defendants.**

**ANSWER**

**COMES NOW** Defendant William L. Arthur, by and through his attorney, and answers the Complaint, as follows:

1) Defendant Arthur denies Paragraph 1.

2) Defendant denies Paragraph 2 for lack of knowledge and information.

3) Defendant denies Paragraph 3 for lack of knowledge and information.

4) Defendant denies Paragraph 4.

5) Defendant denies Paragraph 5.

6) Defendant admits the second sentence of Paragraph 6, but denies the remainder of Paragraph 6 for lack of knowledge and information.

7) Defendant denies Paragraph 7 for lack of knowledge.

8) Defendant is a resident of Albuquerque, New Mexico, and denies the remainder of Paragraph 8. Defendant asserts that Lase-R-Shield was, or, is a New Mexico corporation that has been merged into another entity.

9) Defendant denies Paragraph 9 for lack of information.

10) Defendant denies Paragraph 10 for lack of information.

11) Defendant denies Paragraph 11 for lack of information.

12) Defendant admits Paragraph 12.

13) Defendant admits Paragraph 13.

14) Defendant admits Paragraph 14.

15) Defendant denies Paragraph 15 for lack of information.

16) Defendant admits Paragraph 16.

17) Defendant admits Paragraph 17.

18) Defendant admits Paragraph 18.

19) Defendant admits Paragraph 19 on information.

20) Defendant denies Paragraph 20 for lack of information.

21) Defendant admits the second sentence of Paragraph 21 and denies the rest of Paragraph 21 for lack of information.

22) Defendant admits that a Mutual Confidentiality Agreement was attached as Exhibit A, but denies the rest and remainder of Paragraph 22.

23) Defendant admits Paragraph 23 because of Exhibit A.

24) Defendant denies Paragraph 24 for lack of knowledge.

25) Defendant denies Paragraph 25 for lack of knowledge.

26) Defendant denies Paragraph 26 for lack of knowledge.

27) Defendant admits Simmons and Brown do work for Kentek but denies the remainder of Paragraph 27.

28) Defendant denies Paragraph 28a. Defendant denies Paragraph 28 b, c, and d for lack of knowledge.

29) Defendant admits the first sentence of Paragraph 29 and that Exhibit B is a copy of the Employment Agreement but denies the remainder of Paragraph 29 for lack of knowledge

30) Defendant admits Paragraph 30.

31) Defendant admits Paragraph 31.

32) Defendant admits Paragraph 32.

33) Defendant admits the first sentence of Paragraph 33. Defendant denies the remainder of Paragraph 33 and affirmatively asserts that Section 13 of the Arthur Employment Agreement contains arbitration provisions governing any dispute, controversy or claim arising out of or relating to the Agreement, other than injunctive relief.

34) Defendant admits Paragraph 34.

35) Defendant denies Paragraph 35 for lack of knowledge.

36) Defendant admits Paragraph 36.

37) Defendant denies Paragraph 37.

38) Defendant denies Paragraph 38, except Defendant admits Brown opened Kentek's sales office I Albuquerque.

39) Defendant denies Paragraph 39 for lack of knowledge, except to assert that Exhibit E was attached to the Complaint.

40) Defendant denies Paragraph 40 for lack of knowledge.

41) Defendant denies Paragraph 41 for lack of information and knowledge.

42) Defendant denies Paragraph 42 for lack of information and knowledge.

43) Defendant denies Paragraph 43 for lack of information and knowledge.

44) Defendant denies Paragraph 44 for lack of information and knowledge.

45) Defendant denies Paragraph 45 for lack of information and knowledge.

46) Defendant denies Paragraph 46 for lack of information and knowledge.

47) Defendant denies Paragraph 47 for lack of information and knowledge.

48) Defendant denies Paragraph 48 for lack of information and knowledge.

49) Defendant denies Paragraph 49 for lack of information and knowledge.

50) Defendant denies Paragraph 50 for lack of information and knowledge.

51) Defendant denies Paragraph 51 for lack of knowledge and information.

52) Defendant denies Paragraph 52 for lack of knowledge and information.

53) Defendant denies Paragraph 53 for lack of knowledge and information.

54) Defendant denies Paragraph 54 for lack of knowledge and information.

55) Defendant denies Paragraph 55 for lack of knowledge and information.

56) Defendant denies Paragraph 56 for lack of knowledge and information.

57) Defendant denies Paragraph 57 for lack of knowledge and information.

58) Defendant denies Paragraph 58 for lack of knowledge and information.

59) Defendant denies Paragraph 59 for lack of knowledge and information.

60) Defendant denies Paragraph 60 for lack of knowledge and information.

61) Defendant admits Paragraph 61 on information and belief.

62) Defendant admits Paragraph 62 on information and belief.

63) Defendant admits Paragraph 63 on information and belief.

64) Defendant admits Paragraph 64 on information and belief.

65) Defendant admits Paragraph 65 on information and belief.

66) Defendant admits Paragraph 66 on information and belief.

67) Defendant admits Paragraph 67 on information and belief.

68) Defendant denies Paragraph 68 for lack of information and knowledge.

69) Defendant denies Paragraph 69 for lack of information and knowledge.

70) Defendant denies Paragraph 70 for lack of information and knowledge.

71) Defendant denies Paragraph 71 for lack of information and knowledge.

72) Defendant denies Paragraph 72 for lack of information and knowledge.

73) Defendant denies Paragraph 73 for lack of information and knowledge.

74) Defendant denies Paragraph 74 for lack of information and knowledge.

**RESPONSE TO COUNT I**

75) Defendant adopts by reference Paragraphs 1 through 74 as if restated in full herein.

76) Defendant denies Paragraph 76 for lack of information and knowledge.

77) Defendant denies Paragraph 77 for lack of information and knowledge.

78) Defendant denies Paragraph 78 for lack of information and knowledge.

79) Defendant denies Paragraph 79 for lack of information and knowledge.

80) Defendant denies Paragraph 80 for lack of information and knowledge.

81) Defendant denies Paragraph 81 for lack of information and knowledge.

82) Defendant denies Paragraph 82 for lack of information and knowledge.

83) Defendant denies Paragraph 83 for lack of information and knowledge.

84) Defendant denies Paragraph 84 for lack of information and knowledge.

85) Defendant denies Paragraph 85 for lack of information and knowledge.

**RESPONSE TO COUNT II**

86) Defendant adopts by reference Paragraphs 1 through 74 above as if restated in full herein.

87) Defendant denies Paragraph 87 for lack of information and knowledge.

88) Defendant denies Paragraph 88 for lack of information and knowledge.

89) Defendant denies Paragraph 89 for lack of information and knowledge

90) Defendant denies Paragraph 90 for lack of information and knowledge.

91) Defendant denies Paragraph 91 for lack of information and knowledge.

92) Defendant denies Paragraph 92 for lack of information and knowledge.

93) Defendant denies Paragraph 93 for lack of information and knowledge.

94) Defendant denies Paragraph 94 for lack of information and knowledge.

95) Defendant denies Paragraph 95 for lack of information and knowledge.

96) Defendant denies Paragraph 96 for lack of information and knowledge.

97) Defendant denies Paragraph 97 for lack of information and knowledge.

98) Defendant denies Paragraph 98 for lack of information and knowledge.

99) Defendant denies Paragraph 99 for lack of information and knowledge.

100) Defendant denies Paragraph 100 for lack of information and knowledge.

**RESPONSE TO COUNT III**

101) Defendant adopts by reference Paragraphs 1 through 74 as if restated in full herein.

102) Defendant denies Paragraph 102 for lack of information and knowledge.

103) Defendant denies Paragraph 103for lack of information and knowledge.

104) Defendant denies Paragraph 104 for lack of information and knowledge.

105) Defendant denies Paragraph 105 for lack of information and knowledge.

106) Defendant denies Paragraph 106 for lack of information and knowledge.

**RESPONSE TO COUNT IV**

107) Defendant adopts by reference Paragraphs 1 through 74 as if restated in full herein.

108) Defendant denies Paragraph 108 for lack of knowledge and knowledge.

109) Defendant denies Paragraph 109 for lack of knowledge and knowledge.

110) Defendant denies Paragraph 110 for lack of knowledge and knowledge.

111) Defendant denies Paragraph 111 for lack of knowledge and knowledge.

112) Defendant denies Paragraph 112 for lack of knowledge and knowledge.

**RESPONSE TO COUNT V**

113) Defendant adopts by reference Paragraphs 1 through 74 as if restated in full herein.

114) Defendant denies Paragraph 114.

115) Defendant denies Paragraph 115.

**RESPONSE TO COUNT VI**

116) Defendant adopts by reference Paragraph 1 through 74 above, as is restated in full herein.

117) Defendant denies Paragraph 117.

118) Defendant denies Paragraph 118 on lack of information and knowledge.

119) Defendant denies Paragraph 119 for lack of information and knowledge.

120) Defendant denies Paragraph 120 for lack of knowledge.

121) Defendant denies Paragraph 121.

122) Defendant denies Paragraph 122 for lack of knowledge and information.

123) Defendant denies Paragraph 123 for lack of knowledge and information.

124) Defendant denies Paragraph 124 for lack of knowledge and information.

125) Defendant denies Paragraph 125 for lack of knowledge and information.

126) Defendant denies Paragraph 126 for lack of knowledge and information.

127) Defendant denies Paragraph 127.

**RESPONSE TO COUNT VII**

128) Defendant adopts by reference Paragraphs 1 through 74 above, as if restated more fully herein.

129) Defendant admits Paragraph 129 insofar as it asserts Defendant Artur has a duty not to compete with GPT Glendale under the terms of the Arthur Employment Agreement, but denies the existence of a fiduciary duty.

130) Defendant denies Paragraph 130.

131) Defendant denies Paragraph 131.

**RESPONSE TO COUNT VII**

132) Defendant adopts by reference Paragraphs 1 through 74 above, as if restated in full herein.

133) Defendant admits Paragraph 133's allegation that he had access to confidential and proprietary business information but denies the remainder of Paragraph 133.

134) Defendant denies Paragraph 134.

135) Defendant denies Paragraph 135 for lack of knowledge and information.

136) Defendant denies Paragraph 136 for lack of knowledge and information.

137) Defendant admits that he owed his employer a duty of loyalty, as alleged in Paragraph 137, but as to the remainder of Paragraph 137, Defendant denies it for lack of knowledge and information.

138) Defendant denies Paragraph 138.

139) Defendant denies Paragraph 139.

140) Defendant denies Paragraph 140.

**RESPONSE TO COUNT IX**

141) Defendant adopts by reference Paragraphs 1 through 74 as if restated in full herein.

142) Defendant denies he is an employee of GPT Glendale after June 1, 2006, but otherwise admits Paragraph 142.

143) Defendant admits Paragraph 143 on information and belief because of Exhibit E.

144) Defendant denies Paragraph 144.

145) Defendant denies Paragraph 145.

146) This Paragraph does not assert a claim against Defendant Arthur, but to the extent that it does, Defendant Arthur denies the same for lack of knowledge, information or belief.

147) This Paragraph does not assert a claim against Defendant Arthur, but to the extent that it does, Defendant Arthur denies the same for lack of knowledge, information or belief.

148) This Paragraph does not assert a claim against Defendant Arthur, but to the extent that it does, Defendant Arthur denies the same for lack of knowledge and information.

149) This Paragraph does not assert a claim against Defendant Arthur, but to the extent that it does, Defendant Arthur denies the same for lack of knowledge and information.

150) This Paragraph does not assert a claim against Defendant Arthur, but to the extent that it does, Defendant Arthur denies the same for lack of knowledge and information.

**RESPONSE TO COUNT X**

151) Defendant Arthur adopts Paragraphs 1 through 74 as if restated in full herein.

152) Paragraph 152 does not assert a claim against Defendant Arthur and Defendant Arthur denies it for lack of knowledge, information or belief.

153) Paragraph 153 does not assert a claim against Defendant Arthur and Defendant Arthur denies it for lack of knowledge, information or belief.

154) Paragraph 154 does not assert a claim against Defendant Arthur and Defendant Arthur denies it for lack of knowledge, information or belief.

155) Paragraph 155 does not assert a claim against Defendant Arthur and Defendant Arthur denies it for lack of knowledge, information or belief.

156) Paragraph 156 does not assert a claim against Defendant Arthur and Defendant Arthur denies it for lack of knowledge, information or belief.

**RESPONSE TO COUNT XI**

157) Defendant Arthur adopts by reference Paragraph 1 through 74 as if restated in full herein.

158) This Paragraph does not request or assert a claim against Defendant Arthur, but to the extent that it does, Paragraph 158 is denied for lack of knowledge, information or belief.

159) This Paragraph does not request or assert a claim against Defendant Arthur, but to the extent that it does, Paragraph 159 is denied for lack of knowledge, information or belief.

160) This Paragraph does not request or assert a claim against Defendant Arthur, but to the extent that it does, Paragraph 160 is denied for lack of knowledge, information or belief.

161) This Paragraph does not request or assert a claim against Defendant Arthur, but to the extent that it does, Paragraph 161 is denied for lack of knowledge, information or belief.

162) This Paragraph does not request or assert a claim against Defendant Arthur, but to the extent that it does, Paragraph 162 is denied for lack of knowledge, information or belief.

163) This Paragraph does not request or assert a claim against Defendant Arthur, but to the extent that it does, Paragraph 163 is denied for lack of knowledge, information or belief.

164) This Paragraph does not request or assert a claim against Defendant Arthur, but to the extent that it does, Paragraph 164 is denied for lack of knowledge, information or belief.

165) This Paragraph does not request or assert a claim against Defendant Arthur, but to the extent that it does, Paragraph 165 is denied for lack of knowledge, information or belief.

166) This Paragraph does not request or assert a claim against Defendant Arthur, but to the extent that it does, Paragraph 166 is denied for lack of knowledge, information or belief.

167) This Paragraph does not request or assert a claim against Defendant Arthur, but to the extent that it does, Paragraph 167 is denied for lack of knowledge, information or belief.

168) This Paragraph does not request or assert a claim against Defendant Arthur, but to the extent that it does, Paragraph 168 is denied for lack of knowledge, information or belief.

## AFFIRMATIVE DEFENSES

Defendant William Arthur alleges the following affirmative defenses:

A. The amount in controversy does not exceed $75,000.

B. Lack of jurisdiction over the person due to insufficient contacts with the forum.

C. Improper venue.

D. Plaintiff's Complaint is barred at law and in equity by the Employment Agreement between Plaintiff and Defendant Arthur, Section 13, which requires arbitration of all disputes arising out of his employment agreement.

E. Plaintiff's complaint fails to state a claim upon which relief can be granted.

s/Dennis J. Roberts, II
Dennis J. Roberts, II
R. I. Bar ID No. 0560
40 Westminster Street #305
Providence RI 02903
(401) 274-9600/Fax (401) 274-6500

I hereby certify that a true and correct copy of the foregoing was sent *via facsimile* this 21st day of August, 2006 to:

| **Attorneys for GPT Glendale, Inc.** | **Attorneys for Kenteck, Simmons and Pellegrini** |
|---|---|
| Darlene K. Alt<br>**Edwards, Angell Palmer & Dodge LLP**<br>2800 Financial Plaza<br>Providence RI 02903<br>**Fax: 1-401-276-6611** | W. Wright Danenbarger<br>**Wiggin & Nourie, PA**<br>P O Box 808<br>Manchester NH 03105-0808<br>**Fax: 1-603-623-8442** |
| Michael J. Lockerby<br>Peter G. Mack<br>Mark A. Salzberg<br>**Foley & Lardner LLP**<br>3000 K Street NW #500<br>Washington DC 20007<br>**Fax: 1-202-672-5399** | James W. Ryan<br>**Partridge Snow & Hahn**<br>180 S. Main Street<br>Providence RI 02903<br>**Fax: 1-401-861-8210** |

s/Dennis J. Roberts, II
Dennis J. Roberts, II