**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**GPT GLENDALE, INC.,**
**a Delaware Corporation,**
**Plaintiff,** **Case No. CA 06-334**
**vs.**

**KENTEK CORPORATION,**
**a New Hampshire corporation;**

**WILLIAM L. ARTHUR,**
**an individual resident of New Mexico;**

**BONNIE G. SIMMONS,**
**an individual resident of New Hampshire, and**

**RICHARD L. PELLEGRINI,**
**an individual resident of Florida,**
**Defendants.**

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, William L. Arthur, hereby moves that Law Offices of Mel B. O'Reilly, LLC (Mel B. O'Reilly) be admitted *Pro Hac Vice* in the above case with local counsel identified below.

Dated: August 21, 2006

s/William L. Arthur
William L. Arthur, Defendant

s/Dennis J. Roberts, II
Dennis J. Roberts, II
R. I. Bar ID No. 0560
40 Westminster Street #305
Providence RI 02903
(401) 274-9600/Fax (401) 274-6500

**ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of New Mexico and of the following Federal District Court and/or Court of Appeals Bars of New Mexico, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my P*ro Hac Vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *Pro Hac Vice* in any case in this District during the past 12 months. (If you have appeared or applied *Pro Hac Vice* admission during the past 12 months, please provide the date(s), case name(s), and name(s) of the judge(s) who presided.)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

LAW OFFICE OF MEL B. O'REILLY LLC

s/Mel B. O'Reilly

Mel B. O'Reilly, *Pro Hac Vice* Applicant
N. M. Bar ID No.: 1976
7125 Prospect Place NE
Albuquerque, NM 87110
(505) 881-7676/Fax (505) 884-6362

I certify that I have read and join in the foregoing Motion, and acknowledge and agree to observe the requirements of LR Gen 24 in its entirety and as it relates to the participation and responsibilities of local counsel.

s/Dennis J. Roberts, II
Dennis J. Roberts, II
R.I. Bar ID No.: 0560
40 Westminster Street #305
Providence RI 02903
(401) 274-9600/Fax (401) 274-6500

I hereby certify that a true and correct copy of the foregoing was sent *via facsimile* this 21st day of August, 2006 to:

| **Attorneys for GPT Glendale, Inc.** | **Attorneys for Kenteck, Simmons and Pellegrini** |
|---|---|
| Darlene K. Alt<br>**Edwards, Angell Palmer & Dodge LLP**<br>2800 Financial Plaza<br>Providence RI 02903<br>**Fax: 1-401-276-6611** | W. Wright Danenbarger<br>**Wiggin & Nourie, PA**<br>P O Box 808<br>Manchester NH 03105-0808<br>**Fax: 1-603-623-8442** |
| Michael J. Lockerby<br>Peter G. Mack<br>Mark A. Salzberg<br>**Foley & Lardner LLP**<br>3000 K Street NW #500<br>Washington DC 20007<br>**Fax: 1-202-672-5399** | James W. Ryan<br>**Partridge Snow & Hahn**<br>180 S. Main Street<br>Providence RI 02903<br>**Fax: 1-401-861-8210** |

s/Dennis J. Roberts, II
Dennis J. Roberts, II