**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GPT GLENDALE, INC., a Delaware corporation,

Plaintiff,

v.

KENTEK CORPORATION, a New Hampshire corporation;

WILLIAM L. ARTHUR, an individual resident of New Mexico;

BONNIE G. SIMMONS, an individual resident of New Hampshire; and

RICHARD L. PELLEGRINI, an individual resident of Florida,

Defendants.

C.A. No. 06-334 L

**ENTRY OF APPEARANCE**

I, James W. Ryan, hereby enter my appearance on behalf of the Defendants, Kentek Corporation, Bonnie G. Simmons, and Richard L. Pellegrini, with respect to the above-captioned matter.

KENTEK CORPORATION, BONNIE G. SIMMONS, AND RICHARD L. PELLEGRINI,

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan
James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2006, I electronically filed the ENTRY OF APPEARANCE with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Raymond M. Ripple, Esq.
Dennis J. Roberts, II, Esq.

/s/ James W. Ryan

873870_1/5451-2