# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

GPT GLENDALE, INC., a Delaware corporation,

Plaintiff,

v.

KENTEK CORPORATION, a New Hampshire corporation;

WILLIAM L. ARTHUR, an individual resident of New Mexico;

BONNIE G. SIMMONS, an individual resident of New Hampshire; and

RICHARD L. PELLEGRINI, an individual resident of Florida,

Defendants.

C.A. No. 06-334 L

## MOTION TO DISMISS BY DEFENDANTS KENTEK, SIMMONS AND PELLEGRINI FOR LACK OF PERSONAL JURISDICTION

NOW COME defendants Kentek Corporation ("Kentek"), Bonnie G. Simmons ("Simmons") and Richard L. Pellegrini ("Pellegrini"), and pursuant to Fed.R.Civ.P. 12(b)(2) move to dismiss the Complaint against them on the grounds of lack of personal jurisdiction over them in Rhode Island. The grounds for the motion are more fully stated in the MacMullin, Pelligrini and Simmons affidavits and accompanying Memorandum of Law.

WHEREFORE, said defendants pray that the Court dismiss the Complaint against them.

KENTEK CORPORATION, BONNIE G. SIMMONS, AND RICHARD L. PELLEGRINI,
By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan

James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

DATED: September 12, 2006

Of Counsel:
W. Wright Danenbarger, Esq.
Thomas J. Pappas, Esq.
Wiggin & Nourie, P.A.
670 No. Commercial Street, Suite 305
P.O. Box 808
Manchester, NH 03105-0808
(603) 669-2211
(603) 623-8442 FAX
wdanenbarger@wiggin-nourie.com
tpappas@wiggin-nourie.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of September, 2006, I electronically filed MOTION TO DISMISS BY DEFENDANTS KENTEK, SIMMONS AND PELLEGRINI FOR LACK OF PERSONAL JURISDICTION with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Raymond M. Ripple, Esq.
Dennis J. Roberts, II

/s/ James W. Ryan



874868_1/5451-2