UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT Glendale, Inc.<br>Plaintiff<br><br>v.<br><br>Kentek Corporation, et al<br>Defendant(s) | ) | C.A. No.06-334 |

WIGGIN & NOURIE, P.A., MANCHESTER, NEW HAMPSHIRE

**AFFIDAVIT OF BONNIE G. SIMMONS**

Before me appeared Bonnie G. Simmons and being duly sworn deposed and said:

1. I am one of the named defendants in the above matter. I am employed by Kentek in their facility in New Hampshire and reside at 185 East Side Drive, Concord, New Hampshire 03301.

2. I have no business or property in Rhode Island and conduct no business affairs there. Up until 7/15/05, I was employed by GPT Glendale ("Glendale") as a materials specialist/supply chain manager. I was very dissatisfied with my job there, particularly because of my treatment by Glendale's Mark Mclear. I also wanted to be closer to my relatives in New Hampshire. I had been actively looking for other employment for approximately nine months when I was presented with an opportunity to join Kentek and did so. I had no written employment agreement with Glendale and no prohibition against competition with Glendale.

3. After moving to New Hampshire and joining Kentek, my work has involved my general knowledge of supply chain management. I emphatically deny that I have disclosed any of Glendale's confidential information to anyone. To the extent that I have made disclosures of my general knowledge, those disclosures have been in New Hampshire.

FURTHER THE AFFIANT SAYETH NAUGHT

Respectfully submitted,

Date: September 1, 2006

Bonnie G. Simmons

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

Subscribed and sworn to by Bonnie G. Simmons.

Before me,

Notary Public/Justice of the Peace

My Commission Expires:

MARTHA J. MOLOY
NOTARY PUBLIC
MY COMMISSION EXPIRES
JUNE 4, 2008

WIGGIN & NOURIE, P.A., MANCHESTER, NEW HAMPSHIRE