UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT Glendale, Inc.<br>Plaintiff | ) | |
| v. | ) | C.A. No.06-334 |
| Kentek Corporation, et al<br>Defendant(s) | ) | |

**AFFIDAVIT OF RICHARD L. PELLEGRINI**

Before me appeared Richard L. Pellegrini and being duly sworn deposed and said:

1. I am one of the named defendants in the above matter. I reside at 1501-62 Grasslands Boulevard, Lakeland, Florida 33803.
2. I am the principal of an executive consulting business called Pilgrim Associates in Lakeland, Florida.
3. I have between 20 and 25 clients including the State of Florida.
4. I am a resident of Florida and I have no business or property in Rhode Island. I conduct no business in Rhode Island and have no clients there.
5. Prior to October 2004, I was a Vice President of plaintiff GPT Glendale ("Glendale"). In October 2004, Glendale and I reached a mutual understanding that I would retire. The understanding contained no prohibition against post-retirement competition with Glendale.
6. After I retired from Glendale, I had telephone conversations with Tom MacMullin of Kentek concerning my providing consulting services to Kentek. He was interested in my assistance as to exporting Kentek's products to Europe. I emphatically deny that I have every provided Kentek any confidential information of Glendale.

WIGGIN & NOURIE, P.A., MANCHESTER, NEW HAMPSHIRE

7. The initial telephone calls concerning my consulting arrangement with Kentek were between Florida and New Hampshire. All subsequent communications to Kentek have been telephone calls between Florida and New Hampshire or in personal visits to New Hampshire.

FURTHER THE AFFIANT SAYETH NAUGHT

Respectfully submitted,

Date: September 1, 2006

Richard L. Pellegrini

STATE OF FLORIDA
COUNTY OF POLK

Subscribed and sworn to by Richard L. Pellegrini.

Before me,

Notary Public/Justice of the Peace

My Commission Expires:______________

APRILLE O. HALL
Notary Public, State of Florida
My comm. exp. June 8, 2007
Comm. No. DD 220531

WIGGIN & NOURIE, P.A., MANCHESTER, NEW HAMPSHIRE