Attachment A

Kentek Web Store, September 6, 2006
Eyewear Products

Overview of Eyewear Product Offerings

| | |
|---|---|
| Materials: | Glass, Polymeric, Specialty (application-specific) |
| Coverage: | Narrow Band, Broad Band, Alignment |
| Styles: | Goggles, Spectacles, Over-the-Glasses, Wraps, Face Shields, Patient Eyeshields, Specialty (application-specific) |
| Features: | High and low transmission filters<br>Adjustable and size-specific frames |
| Applications: | Lasers (Medical, Industrial, Research, Others), Intense Pulsed Light Devices, Microdermabrasion, Industrial Safety, Splash Protection (combined with laser) |

SEARCH

Rapid Eyewear Finder

-Laser-

nm

-OD- Find




---

**Featuring . . .**



Eyewear




Containment & Barriers



Acrylic



Cavity Reflectors




Signs & Labels



Filter Slides



TRAP-IT™ Beam Dumps



Rods



VIEW-IT® IR & UV Detectors

KENTEK offers more than 400 different Laser Protective Eyewear. Browse our website or CALL for help in finding the right pair for your laser needs.

The KENTEK Corporation is a Corporate Member of Laser Institute of America, a professional society dedicated to fostering lasers, laser applications and laser safety worldwide.

Laser Institute of America
Laser Applications and Safety

The KENTEK Corporation is a member of SPIE, The International Society for Optical Engineering for professionals engaged in the fields of optics, photonics, and optoelectronics technology.

© 2005 The Kentek Corporation. All rights reserved.

SEARCH

Rapid Eyewear Finder
-Laser-
nm
-OD- Find

Laser Safety > Eyewear

# Eyewear

KENTEK offers a broad selection of laser protective eyewear in many different frame styles. Choose one of these categories for more information:

Polymeric
Kentek's polymeric styles range from form-fitting goggles to sleek wraparounds. Filters include broad band, narrow band and alignment options.

Filter Glass
Kentek's filter glass eyewear utilize state-of-the-art filter glass for maximum protection. Featuring high Visible Light Transmission (VLT) and increased color recognition.

Medical
Kentek provides a complete line of protective eyewear designed for patients, medical assistants, and physicians alike, including disposable eye shields, flip-up face shields, stainless steel goggles, intra-ocular shields and an assortment of eyewear styles and options. Kentek's Medical eye protection line includes protection for Patient and Physician and IPL as well as non-laser applications.

Clear Multi Wave
Clear Multi Wave eyewear for high transmission coverage

© 2005 The Kentek Corporation. All rights reserved.

SEARCH

Rapid Eyewear Finder
-Laser-
nm
-OD- Find

Laser Safety > Eyewear > Polymeric

# Polymeric

Kentek's polymeric styles range from form-fitting goggles to sleek wraparounds. Filters include broad band, narrow band and alignment options.

Broad Band Filters
- Wide coverage range
- Multiple wavelengths

Alignment Filters
- Lower Optical Densities (OD's)
- Visible wavelengths
- Aiming & Alignment of beam

Narrow Band Filters
- Narrow coverage range
- Higher Visible Light Transmission (VLT)

Coated Filters
- Narrow coverage range
- Increased color recognition
- Virtually clear Visible Light Transmission (VLT)

© 2005 The Kentek Corporation. All rights reserved.

SEARCH

Rapid Eyewear Finder

-Laser-

nm

-OD- Find

Laser Safety > Eyewear > Polymeric > Broad Band Filters

# Broad Band Filters

- Wide coverage range
- Multiple wavelengths

© 2005 The Kentek Corporation. All rights reserved.

SEARCH

Rapid Eyewear Finder
-Laser-
nm
-OD- Find

Laser Safety > Eyewear > Polymeric > Alignment Filters

# Alignment Filters

- Lower Optical Densities (OD's)
- Visible wavelengths
- Aiming & Alignment of beam


LG0107OD2
$189.00


LG0110OD1
$189.00


LG0120OD2
$189.00


LG0122OD2
$189.00


LG0207OD2
$219.00


LG0210OD1
$219.00


LG0220OD2
$219.00


LG0222OD2
$219.00


LG0307OD2
$189.00


LG0320OD2
$189.00


LG0322OD2
$189.00

© 2005 The Kentek Corporation. All rights reserved.

SEARCH

Rapid Eyewear Finder
-Laser-
nm
-OD- Find

Laser Safety > Eyewear > Polymeric > Narrow Band Filters

# Narrow Band Filters

- Narrow coverage range
- Higher Visible Light Transmission (VLT)



Product #: KBS-5150
KBS-5150
$189.00
Nd:YAG Laser Spectacle

ADD to CART



Product #: KBS-5300
KBS-5300
$189.00
KTP, Argon Laser Spectacle

ADD to CART



Product #: KBS-5401
KBS-5401
$299.00
KTP, Nd:YAG Laser Spectacle

ADD to CART



Product #: KBS-5700
KBS-5700
$87.00
Excimer Laser Spectacle

ADD to CART



Product #: KBS-5800
KBS-5800
$189.00
Diode, Alexandrite Laser Spectacle

ADD to CART



Product #: KBS-6000
KBS-6000
$37.00
CO2 Laser Spectacle

ADD to CART



Product #: KBS-6100
KBS-6100
$189.00
Ruby Laser Spectacle

ADD to CART



Product #: KRZ-5100
KRZ-5100
$189.00
Nd:YAG Laser Spectacle

ADD to CART



Product #: KRZ-5300
KRZ-5300

$189.00
KTP, Argon Laser Spectacle

ADD to CART



Product #: KRZ-5401
KRZ-5401
$299.00
KTP, Nd:YAG Laser Spectacle

ADD to CART



Product #: KRZ-5700
KRZ-5700
$87.00
Excimer Laser Spectacle

ADD to CART



Product #: KRZ-5800
KRZ-5800
$189.00
Diode, Alexandrite Laser Spectacle

ADD to CART



Product #: KRZ-6000
KRZ-6000
$37.00
CO2 Laser Spectacle

ADD to CART



Product #: KRZ-6100
KRZ-6100
$189.00
Ruby Laser Spectacle

ADD to CART



Product #: KXL-5100
KXL-5100
$189.00
Nd:YAG Laser Spectacle

ADD to CART



Product #: KXL-5150
KXL-5150
$189.00
Nd:YAG Laser Spectacle

ADD to CART



Product #: KXL-5300
KXL-5300
$189.00
KTP, Argon Laser Spectacle

ADD to CART



Product #: KXL-5401
KXL-5401
$299.00
KTP, Nd:YAG Laser Spectacle

ADD to CART



Product #: KXL-5700
KXL-5700
$87.00
Excimer Laser Spectacle

ADD to CART



Product #: KXL-5800
KXL-5800
$189.00
Diode, Alexandrite Laser Spectacle

ADD to CART



Product #: KXL-6000
KXL-6000
$37.00
CO2 Laser Spectacle

ADD to CART



Product #: KXL-6100
KXL-6100
$189.00
Ruby Laser Spectacle

ADD to CART



Product #: KXL-C589C
KXL-C589C
$495.00
Diode Laser Spectacle

ADD to CART



Product #: KXP-5100
KXP-5100
$189.00
Nd:YAG Laser Spectacle

ADD to CART



Product #: KXP-5150
KXP-5150
$189.00
Nd:YAG Laser Spectacle

ADD to CART



Product #: KXP-5300
KXP-5300
$189.00
KTP, Argon Laser Spectacle

ADD to CART



Product #: KXP-5401
KXP-5401
$299.00
KTP, Nd:YAG Laser Spectacle

ADD to CART



Product #: KXP-5700
KXP-5700
$87.00
Excimer, UV Laser Spectacle

ADD to CART



Product #: KXP-6000
KXP-6000
$37.00
CO2 Laser Spectacle

ADD to CART



Product #: KXP-6100
KXP-6100
$189.00

Ruby Laser Spectacle

ADD to CART



Product #: KXS-5100
KXS-5100
$189.00
Nd:YAG Laser Spectacle

ADD to CART



Product #: KXS-5150
KXS-5150
$189.00
Nd:YAG Laser Spectacle

ADD to CART



Product #: KXS-5300
KXS-5300
$189.00
KTP, Argon Laser Spectacle

ADD to CART



Product #: KXS-5401
KXS-5401
$299.00
KTP, Nd:YAG Laser Spectacle

ADD to CART



Product #: KXS-5700
KXS-5700
$87.00
Excimer Laser Spectacle

Case 1:06-cv-00334-ML-DLM Document 20-5 Filed 09/12/2006 Page 15 of 60


ADD to CART



Product #: KXS-5800
KXS-5800
$189.00
Diode Alexandrite Laser Spectacle

ADD to CART



Product #: KXS-6000
KXS-6000
$37.00
CO2 Laser Spectacle

ADD to CART



Product #: KXS-6100
KXS-6100
$189.00
Ruby Laser Spectacle

ADD to CART



Product #: KXS-C589C
KXS-C589C
$495.00
Diode Laser Spectacle

ADD to CART



Product #: KOS-5152
KOS-5152
$189.00
Nd:YAG Laser Spectacle

ADD to CART



Product #: KOS-5303
KOS-5303
$189.00
KTP, Argon Laser Spectacle

ADD to CART



Product #: KOS-5304
KOS-5304
$189.00
Argon, KTP Alignment Laser Spectacle

ADD to CART



Product #: KOS-5402
KOS-5402
$299.00
KTP, Nd:YAG Laser Spectacle

ADD to CART



Product #: KOS-5403
KOS-5403
$299.00
KTP, Nd:YAG Laser Spectacle

ADD to CART



Product #: KOS-5404
KOS-5404
$299.00
KTP, Nd:YAG Laser Spectacle

ADD to CART



Product #: KOS-5405
KOS-5405
$299.00
Nd:YAG, KTP Alignment Laser Spectacle

ADD to CART



Product #: KOS-5502
KOS-5502
$189.00
Dye, Nd:YAG Laser Spectacle

ADD to CART



Product #: KOS-5602
KOS-5602
$189.00
Diode, Telecom Laser Spectacle

ADD to CART



Product #: KOS-5603
KOS-5603
$189.00
Diode, Telecom Laser Spectacle

ADD to CART



Product #: KOS-5702
KOS-5702
$120.00
CO2, Excimer Laser Spectacle

ADD to CART



Product #: KOS-5802
KOS-5802
$189.00
Diode Laser Spectacle

ADD to CART



Product #: KOS-5803
KOS-5803
$189.00
Diode Laser Spectacle

ADD to CART



Product #: KOS-5804
KOS-5804
$189.00
Diode Laser Spectacle

ADD to CART



Product #: KOS-5805
KOS-5805
$189.00
Diode Laser Spectacle

ADD to CART



Product #: KOS-5806
KOS-5806
$189.00
Diode Laser Spectacle

ADD to CART



Product #: KOS-5807
KOS-5807
$189.00
Diode Alignment Laser Spectacle

ADD to CART



Product #: KOS-5902
KOS-5902
$199.00
Erbium Laser Spectacle

ADD to CART



Product #: KOS-6002
KOS-6002
$90.00
CO2 Laser Spectacle

ADD to CART



Product #: KOS-6102
KOS-6102
$189.00
Diode, Ruby Laser Spectacle

ADD to CART



Product #: KOS-6103
KOS-6103
$189.00
Diode, Ruby Laser Spectacle

ADD to CART



Product #: KOS-6202
KOS-6202
$189.00
Alexandrite, Nd:YAG Laser Spectacle

ADD to CART



Product #: KOS-6203
KOS-6203
$189.00
Diode, Nd:YAG Laser Spectacle

ADD to CART



Product #: KOS-6302
KOS-6302
$189.00
Diode, KTP Laser Spectacle

ADD to CART



Product #: KOS-6402
KOS-6402
$339.00
Broadband Laser Spectacle

ADD to CART



Product #: KOS-6702
KOS-6702
$189.00
Diode Alignment Laser Spectacle

ADD to CART



Product #: KOS-6703
KOS-6703
$189.00
HeNe Alignment Laser Spectacle

ADD to CART



Product #: KOS-6704
KOS-6704
$189.00
Diode, HeNe Alignment Laser Spectacle

ADD to CART



Product #: KOS-6902
KOS-6902
$150.00
Dye Laser Spectacle

ADD to CART



Product #: KOS-7102
KOS-7102
$189.00
Alexandrite Laser Spectacle

ADD to CART



Product #: KOS-7103
KOS-7103
$189.00
Alexandrite Laser Spectacle

ADD to CART



Product #: KOS-7104
KOS-7104
$189.00
Diode, Alexandrite Laser Spectacle

ADD to CART



Product #: KOS-8102
KOS-8102
$189.00
Diode Alignment Laser Spectacle

ADD to CART



Product #: KOS-8602
KOS-8602
$189.00
Diode Alignment Laser Spectacle

ADD to CART



Product #: KOS-8603
KOS-8603
$189.00
Diode Alignment Laser Spectacle

ADD to CART



Product #: KOS-8604
KOS-8604
$189.00
Diode, HeNe Alignment Laser Spectacle

ADD to CART



Product #: KOS-8802
KOS-8802
$189.00
Dye Laser Spectacle

ADD to CART



Product #: KRA-5152
KRA-5152
$189.00
Nd:YAG Laser Spectacle

ADD to CART



Product #: KRA-5303
KRA-5303
$189.00
KTP, Argon Laser Spectacle

ADD to CART



Product #: KRA-5304
KRA-5304
$189.00
Argon, KTP Alignment Laser Spectacle

ADD to CART



Product #: KRA-5402
KRA-5402
$299.00
KTP, Nd:YAG Laser Spectacle

ADD to CART



Product #: KRA-5403
KRA-5403
$299.00
KTP, Nd:YAG Laser Spectacle

ADD to CART



Product #: KRA-5404
KRA-5404
$299.00
Nd:YAG, KTP Alignment Laser Spectacle

ADD to CART



Product #: KRA-5405
KRA-5405
$299.00
Nd:YAG, KTP Alignment Laser Spectacle

ADD to CART



Product #: KRA-5502
KRA-5502
$189.00
Dye, Nd:YAG Laser Spectacle

ADD to CART



Product #: KRA-5602
KRA-5602
$189.00
Diode Telecom Laser Spectacle

ADD to CART



Product #: KRA-5603
KRA-5603
$189.00
Diode Telecom Laser Spectacle

ADD to CART



Product #: KRA-5702
KRA-5702
$120.00
CO2, Excimer Laser Spectacle

ADD to CART



Product #: KRA-5802
KRA-5802
$189.00
Diode Laser Spectacle

ADD to CART



Product #: KRA-5803
KRA-5803
$189.00
Diode Laser Spectacle

ADD to CART



Product #: KRA-5804
KRA-5804
$189.00
Diode Laser Spectacle

ADD to CART



Product #: KRA-5805
KRA-5805
$189.00
Diode Laser Spectacle

ADD to CART



Product #: KRA-5806
KRA-5806
$189.00
Diode Alignment Laser Spectacle

ADD to CART



Product #: KRA-5807
KRA-5807
$189.00
Diode Alignment Laser Spectacle

ADD to CART



Product #: KRA-5902
KRA-5902
$199.00
Erbium Laser Spectacle

ADD to CART



Product #: KRA-6002
KRA-6002
$90.00
CO2 Laser Spectacle

ADD to CART



Product #: KRA-6102
KRA-6102
$189.00
Diode, Ruby Laser Spectacle

ADD to CART



Product #: KRA-6103
KRA-6103
$189.00
Diode, Ruby Laser Spectacle

ADD to CART



Product #: KRA-6202
KRA-6202
$189.00
Alexandrite, Nd:YAG Laser Spectacle

ADD to CART



Product #: KRA-6203
KRA-6203
$189.00
Alexandrite, Nd:YAG Laser Spectacle

ADD to CART



Product #: KRA-6302
KRA-6302
$189.00
Diode, KTP Laser Spectacle

ADD to CART



Product #: KRA-6402
KRA-6402
$339.00
Broadband Laser Spectacle

ADD to CART



Product #: KRA-6702
KRA-6702
$189.00
Diode Alignment Laser Spectacle

ADD to CART



Product #: KRA-6703
KRA-6703
$189.00
HeNe Alignment Laser Spectacle

ADD to CART



Product #: KRA-6704
KRA-6704
$189.00
Diode, HeNe Alignment Laser Spectacle

ADD to CART



Product #: KRA-6902
KRA-6902
$150.00
Dye Laser Spectacle

ADD to CART



Product #: KRA-7102
KRA-7102
$189.00
Alexandrite Laser Spectacle

ADD to CART



Product #: KRA-7103
KRA-7103
$189.00
Alexandrite Laser Spectacle

ADD to CART



Product #: KRA-7104
KRA-7104
$189.00
Diode, Alexandrite Laser Spectacle

ADD to CART



Product #: KRA-8102
KRA-8102
$189.00
Diode Alignment Laser Spectacle

ADD to CART



Product #: KRA-8602
KRA-8602
$189.00
Diode Alignment Laser Spectacle

ADD to CART



Product #: KRA-8603
KRA-8603
$189.00
Diode, KTP Alignment Laser Spectacle

ADD to CART



Product #: KRA-8604
KRA-8604
$189.00
Diode, HeNe Alignment Laser Spectacle

ADD to CART



Product #: KRA-8802
KRA-8802
$189.00
Dye Laser Spectacle

ADD to CART



Product #: KS-CO2SAFE
KS-CO2SAFE
$29.00
CO2, Excimer, UV Laser Spectacle

ADD to CART



Product #: KSGG-5152
KSGG-5152
$189.00
Nd:YAG Laser Goggle

ADD to CART



Product #: KSGG-5303
KSGG-5303
$189.00
KTP, Argon Laser Goggle

ADD to CART



Product #: KSGG-5304
KSGG-5304
$189.00
Argon, KTP Alignment Laser Goggle

ADD to CART



Product #: KSGG-5402
KSGG-5402
$299.00
KTP, Nd:YAG Laser Goggle

ADD to CART



Product #: KSGG-5403
KSGG-5403
$299.00
KTP, Nd:YAG Laser Goggle

ADD to CART



Product #: KSGG-5404
KSGG-5404
$299.00
KTP Alignment, Nd:YAG Laser Goggle

ADD to CART



Product #: KSGG-5405
KSGG-5405
$299.00
KTP Alignment, Nd:YAG Laser Goggle

ADD to CART



Product #: KSGG-5502
KSGG-5502
$189.00
Dye, Nd:YAG Laser Goggle

ADD to CART



Product #: KSGG-5602
KSGG-5602
$189.00
Diode Telecom Laser Goggle

ADD to CART



Product #: KSGG-5603
KSGG-5603
$189.00
Diode Telecom Laser Goggle

ADD to CART



Product #: KSGG-5702
KSGG-5702
$120.00
CO2, Excimer Laser Goggle

ADD to CART



Product #: KSGG-5802
KSGG-5802
$189.00
Diode, HeNe Laser Goggle

ADD to CART



Product #: KSGG-5803
KSGG-5803
$189.00
Diode Laser Goggle

ADD to CART



Product #: KSGG-5804
KSGG-5804
$189.00
Diode Laser Goggle

ADD to CART



Product #: KSGG-5805
KSGG-5805
$189.00
Diode Laser Goggle

ADD to CART



Product #: KSGG-5806
KSGG-5806
$189.00
Diode Alignment Laser Goggle

ADD to CART



Product #: KSGG-5807
KSGG-5807
$189.00
Diode Alignment Laser Goggle

ADD to CART



Product #: KSGG-5902
KSGG-5902
$199.00
Erbium Laser Goggle

ADD to CART



Product #: KSGG-6002
KSGG-6002
$90.00
CO2 Laser Goggle

ADD to CART



Product #: KSGG-6102
KSGG-6102
$189.00
Diode, Ruby Laser Goggle

ADD to CART



Product #: KSGG-6103
KSGG-6103
$189.00
Diode, Ruby Laser Goggle

ADD to CART



Product #: KSGG-6202
KSGG-6202
$189.00
Alexandrite, Nd:YAG Laser Goggle

ADD to CART



Product #: KSGG-6203
KSGG-6203
$189.00
Alexandrite, Nd:YAG Laser Goggle

ADD to CART



Product #: KSGG-6302
KSGG-6302
$189.00
Diode, KTP Laser Goggle

ADD to CART



Product #: KSGG-6402
KSGG-6402
$339.00
Broadband Laser Goggle

ADD to CART



Product #: KSGG-6702
KSGG-6702
$189.00
Diode Alignment Laser Goggle

ADD to CART



Product #: KSGG-6703
KSGG-6703
$189.00
HeNe Alignment Laser Goggle

ADD to CART



Product #: KSGG-6704
KSGG-6704
$189.00
Diode, HeNe Alignment Laser Goggle

ADD to CART



Product #: KSGG-6902
KSGG-6902
$150.00
Dye Laser Goggle

ADD to CART



Product #: KSGG-7102
KSGG-7102
$189.00
Alexandrite Laser Goggle

ADD to CART



Product #: KSGG-7103
KSGG-7103
$189.00
Alexandrite Laser Goggle

ADD to CART



Product #: KSGG-7104
KSGG-7104
$189.00
Diode, Alexandrite Laser Goggle

ADD to CART



Product #: KSGG-8102
KSGG-8102
$189.00
Diode, HeNe Alignment Laser Goggle

ADD to CART



Product #: KSGG-8602
KSGG-8602
$189.00
Diode Alignment Laser Goggle

ADD to CART



Product #: KSGG-8603
KSGG-8603
$189.00
Diode, KTP Alignment Laser Goggle

ADD to CART



Product #: KSGG-8604
KSGG-8604
$189.00
Diode, HeNe Alignment Laser Goggle

ADD to CART



Product #: KSGG-8802
KSGG-8802
$189.00
Dye Laser Goggle

ADD to CART



Product #: KWL-CO2SAFE
KWL-CO2SAFE
$29.00
CO2, Excimer Laser Wraparound

ADD to CART



Product #: KWL-ERBSAFE
KWL-ERBSAFE
$94.00
Er:YAG Laser Spectacle

ADD to CART



Product #: KWL-KTPSAFE
KWL-KTPSAFE
$145.00
KTP Laser Wraparound

ADD to CART



Product #: KWL-YAGSAFE
KWL-YAGSAFE
$179.00
Nd:YAG Laser Wraparound

ADD to CART



Product #: KWR-CO2SAFE
KWR-CO2SAFE
$29.00
CO2, Excimer Laser Spectacle

ADD to CART



Product #: KWR-YAGSAFE
KWR-YAGSAFE
$179.00
Nd:YAG Laser Spectacle

ADD to CART



Product #: LG0101OD6
LG0101OD6
$189.00
Excimer Laser Spectacle

ADD to CART



Product #: LG0108OD6
LG0108OD6
$189.00
Argon, CO2 Laser Spectacle

ADD to CART



Product #: LG0116OD6
LG0116OD6
$189.00
Nd:YAG Laser Spectacle

ADD to CART



Product #: LG0119OD6
LG0119OD6
$189.00
KTP, YAG Laser Spectacle

ADD to CART



Product #: LG0121OD6
LG0121OD6
$189.00
Broadband Laser Spectacle

ADD to CART



Product #: LG0201OD6
LG0201OD6
$219.00
Excimer Laser Spectacle

ADD to CART

IMAGE NOT
AVAILABLE

Product #: LG0208OD6
LG0208OD6
$219.00
Argon, CO2 Wraparound

ADD to CART



Product #: LG0216OD6
LG0216OD6
$219.00
Nd:YAG Laser Wraparound

ADD to CART



Product #: LG0219OD6
LG0219OD6
$219.00
Nd:YAG, Harmonics Laser Wraparound

ADD to CART



Product #: LG0221OD6
LG0221OD6
$219.00
Broadband Laser Wraparound

ADD to CART



Product #: LG0301OD6
LG0301OD6
$189.00
Excimer Laser Goggle

ADD to CART



Product #: LG03080D6
LG0308OD6
$189.00
Argon Laser Goggle

ADD to CART



Product #: LG0316OD6
LG0316OD6
$189.00
Nd:YAG Laser Goggle

ADD to CART



Product #: LG0319OD6
LG0319OD6
$189.00
Nd:YAG, Harmonics Laser Goggle

ADD to CART



Product #: LG0321OD6
LG0321OD6
$189.00
Broadband Laser Goggle

ADD to CART

© 2005 The Kentek Corporation. All rights reserved.

SEARCH

Rapid Eyewear Finder
-Laser-
nm
-OD- Find

Laser Safety > Eyewear > Filter Glass > Narrow Band Filters

# Narrow Band Filters

- Narrow coverage range
- Higher Visible Light Transmission (VLT)



Product #: KBS-01C
KBS-01C
$275.00
Nd:YAG Laser Spectacle

ADD to CART



Product #: KBS-05C
KBS-05C
$275.00
Nd:, Er:, Ho:YAG Laser Spectacle

ADD to CART



Product #: KGG-01F
KGG-01F
$275.00
Nd:YAG Laser Goggle

ADD to CART



Product #: KGG-03F
KGG-03F
$275.00
KTP Laser Goggle

ADD to CART



Product #: KGG-05F
KGG-05F
$275.00
Nd:, Ho:, Er:YAG, CO2 Goggle

ADD to CART



Product #: KGG-21F
KGG-21F
$275.00
Diode Laser Goggle

ADD to CART



Product #: KGS-01C
KGS-01C
$220.00
Nd:YAG Laser Spectacle

ADD to CART



Product #: KGS-05C
KGS-05C
$220.00
Nd:, Er:, Ho:YAG Laser Spectacle

ADD to CART



Product #: KWS-01F
KWS-01F
$190.00

Nd:YAG Laser Spectacle

ADD to CART



Product #: KWS-03F
KWS-03F
$190.00
KTP Laser Spectacle

ADD to CART



Product #: KWS-05F
KWS-05F
$190.00
Nd:, Er:, Ho:YAG Laser Spectacle

ADD to CART



Product #: KWS-21F
KWS-21F
$190.00
Diode Laser Spectacle

ADD to CART



Product #: KWS-24F
KWS-24F
$395.00
Dye Laser Spectacle

ADD to CART



Product #: KWS-C04F
KWS-C04F
$399.00
KTP, Nd:YAG Laser Spectacle

ADD to CART

© 2005 The Kentek Corporation. All rights reserved.

SEARCH

Rapid Eyewear Finder
-Laser-
nm
-OD- Find

Laser Safety > Eyewear > Medical > Patient Products

# Patient Products

Kentek's Patient eye protection line includes:
- Disposable
- Reusable
- Non-Laser

Laser Protection

Non-Laser Protection
Kentek's Non-Laser eye protection products are designed specifically for non-laser applications such as microdermabrasion and Intense Pulsed Light.




Product #: SEPS-EYESAFE
SEPS-EYESAFE
$75.00
Multiple procedure disposable eyeshields

ADD to CART

© 2005 The Kentek Corporation. All rights reserved.

SEARCH

Rapid Eyewear Finder
-Laser-
nm
-OD- Find

Laser Safety > Eyewear > Medical > Patient Products > Laser Protection

# Laser Protection




Product #: SEPS-EYESAFE
SEPS-EYESAFE
$75.00
Multiple procedure disposable eyeshields

ADD to CART



Product #: KIP-AS
KIP-AS
$375.00
Intra-Ocular Patient Shield

ADD to CART



Product #: KIP-CE
KIP-CE
$375.00
Laser Patient Goggle

ADD to CART



Product #: KIP-CS
KIP-CS
$375.00
Intra-Ocular Patient Shield

ADD to CART



Product #: KIP-GA
KIP-GA
$375.00
Laser Patient Goggle

ADD to CART



Product #: KIP-IS
KIP-IS
$375.00
Intra-Ocular Patient Shield

ADD to CART



Product #: KIP-NS
KIP-NS
$375.00
Intra-Ocular Patient Shield

ADD to CART

© 2005 The Kentek Corporation. All rights reserved.

SEARCH

Rapid Eyewear Finder
-Laser-
nm
-OD- Find

Laser Safety > Eyewear > Medical > Patient Products > Non-Laser Protection

# Non-Laser Protection

Kentek's Non-Laser eye protection products are designed specifically for **non**-laser applications such as microdermabrasion and Intense Pulsed Light.



Product #: KBS-IPLA
KBS-IPLA
$49.00
IPL Protective Spectacle, True Color Gray

ADD to CART



Product #: KBS-IPLU
KBS-IPLU
$49.00
IPL Protective Spectacle, True Color Blue

ADD to CART



Product #: KBS-IPLW
KBS-IPLW
$49.00
IPL Protective Spectacle, True Color Brown

ADD to CART



Product #: KRZ-IPLA
KRZ-IPLA
$49.00
IPL Protective Spectacle, True Color Gray

ADD to CART



Product #: KRZ-IPLW
KRZ-IPLW
$49.00
IPL Protective Spectacle, True Color Brown

ADD to CART



Product #: KXL-IPLA
KXL-IPLA
$49.00
IPL Protective Spectacle, True Color Gray

ADD to CART



Product #: KXL-IPLW
KXL-IPLW
$49.00
IPL Protective Spectacle, True Color Brown

ADD to CART



Product #: KXS-IPLA
KXS-IPLA
$49.00
IPL Protective Spectacle, True Color Gray

ADD to CART



Product #: KXS-IPLW
KXS-IPLW
$49.00

IPL Protective Spectacle, True Color Brown

ADD to CART




Product #: SEPS-EYESAFE
SEPS-EYESAFE
$75.00
Multiple procedure disposable eyeshields

ADD to CART



Product #: KWR-IPLMAX
KWR-IPLMAX
$39.00
IPL Protective Spectacle

ADD to CART



Product #: KWR-IPLSAFE
KWR-IPLSAFE
$39.00
IPL Protective Spectacle

ADD to CART



Product #: SEPM-EYE
SEPM-EYE
$12.00
NON-LASER Patient hot and cold mask

ADD to CART



Product #: SEPM-FACE
SEPM-FACE
$27.00

NON-LASER Patient hot and cold mask

ADD to CART

© 2005 The Kentek Corporation. All rights reserved.

SEARCH

Rapid Eyewear Finder
-Laser-
nm
-OD- Find

Laser Safety > Eyewear > Clear Multi Wave

# Clear Multi Wave

Clear Multi Wave eyewear for high transmission coverage


KRZ-C500C
$695.00


KRZ-C505C
$695.00


KRZ-C589C
$495.00


KXL-C500C
$695.00


KXL-C505C
OD 7+ @ 532, 755-810, 1064nm OD 5+ @ 1320, 1510, 2940, 10600nm
$695.00


KXL-C589C
$495.00


KXS-C500C
$695.00


KXS-C505C
$695.00


KXS-C589C
$495.00

© 2005 The Kentek Corporation. All rights reserved.

SEARCH

Rapid Eyewear Finder
-Laser-
nm
-OD- Find



# Physician's Eyewear

Kentek's Physician eyewear includes:
- Polymeric
- Glass
- Face Shields
- Rx & Custom

Clip-Ins



Our clip-ins offer laser protection when wearing loupes or some Rx eyewear. The lightweight frame easily clips in behind your loupes or Rx eyewear. Also a great option for a second laser filter! Available in regular and small frame sizes. Call for details!

Loupes

See the smaller picture with magnifying loupes now available from KENTEK! Available in long, short or regular working distances and large and regular frame sizes with 2.5 or 2.75x magnification. Use with our clip-ins for laser protection & magnification. Call for details!





Product #: KBS-IPLA
KBS-IPLA
$49.00
IPL Protective Spectacle, True Color Gray

ADD to CART



Product #: KBS-IPLU
KBS-IPLU
$49.00
IPL Protective Spectacle, True Color Blue

ADD to CART



Product #: KBS-IPLW
KBS-IPLW
$49.00
IPL Protective Spectacle, True Color Brown

ADD to CART



Product #: KRZ-IPLA
KRZ-IPLA
$49.00
IPL Protective Spectacle, True Color Gray

ADD to CART



Product #: KRZ-IPLW
KRZ-IPLW
$49.00
IPL Protective Spectacle, True Color Brown

ADD to CART



Product #: KXL-IPLA
KXL-IPLA
$49.00
IPL Protective Spectacle, True Color Gray

ADD to CART



Product #: KXL-IPLW
KXL-IPLW
$49.00
IPL Protective Spectacle, True Color Brown

ADD to CART



Product #: KXS-IPLA
KXS-IPLA
$49.00
IPL Protective Spectacle, True Color Gray

ADD to CART



Product #: KXS-IPLW
KXS-IPLW
$49.00
IPL Protective Spectacle, True Color Brown

ADD to CART



Product #: KBS-05C
KBS-05C
$275.00
Nd:, Er:, Ho:YAG Laser Spectacle

ADD to CART



Product #: KGG-05F
KGG-05F
$275.00
Nd:, Ho:, Er:YAG, CO2 Goggle

ADD to CART



Product #: KGS-05C
KGS-05C
$220.00
Nd:, Er:, Ho:YAG Laser Spectacle

ADD to CART



Product #: KIF-51
KIF-51
$295.00
Nd:YAG, CO2 Face Shield

ADD to CART



Product #: KIF-58
KIF-58
$295.00
Diode Laser Face Shield

ADD to CART



Product #: KIF-60C
KIF-60C
$89.00
CO2 Laser Face Shield

ADD to CART



Product #: KS-CO2SAFE
KS-CO2SAFE
$29.00
CO2, Excimer, UV Laser Spectacle

ADD to CART



Product #: KWL-CO2SAFE
KWL-CO2SAFE
$29.00
CO2, Excimer Laser Wraparound

ADD to CART



Product #: KWL-ERBSAFE
KWL-ERBSAFE
$94.00
Er:YAG Laser Spectacle

ADD to CART



Product #: KWL-YAGSAFE
KWL-YAGSAFE
$179.00
Nd:YAG Laser Wraparound

ADD to CART



Product #: KWR-CO2SAFE
KWR-CO2SAFE
$29.00
CO2, Excimer Laser Spectacle

ADD to CART



Product #: KWR-IPLMAX
KWR-IPLMAX
$39.00
IPL Protective Spectacle

ADD to CART



Product #: KWR-IPLSAFE
KWR-IPLSAFE
$39.00
IPL Protective Spectacle

ADD to CART



Product #: KWR-YAGSAFE
KWR-YAGSAFE
$179.00
Nd:YAG Laser Spectacle

ADD to CART

© 2005 The Kentek Corporation. All rights reserved.