UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GPT GLENDALE, INC.,

Plaintiff(s),

vs.

C.A. No. 06-334-ML

KENTEK CORP., ET. AL.,

Defendant(s)

______________________________/

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, GPT Glendale, Inc., hereby moves that Mark A. Salzberg be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

/s/ Raymond M. Ripple
Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200

DATED: September 18, 2006

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

1. I am a member in good standing of the bar of the State(s) of Florida and the District of Columbia and of the following Federal District Court and/or Court of Appeals Bar(s): U.S. Supreme Court, U.S. Court of Appeals for the Eleventh Circuit and the U.S. District Court for the Southern District of Florida and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or any other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac*

*vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

3. I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

4. Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided.)

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Mark A. Salzberg FL 965741
Print Name State Bar ID#
Foley & Lardner LLP
Firm Name
Washington Harbour, 3000 K Street, NW, Suite 500, Washington, D.C. 20007
Business Address
(202)295-4613 (202) 672-5399
Tel.# Fax#



WASH_1687834.1

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 201 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Raymond M. Ripple
Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
dalt@eapdlaw.com
rripple@eapdlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document has been filed electronically on this 18th day of September, 2006, and is available for viewing and downloading to the ECF registered counsel of record:

James W. Ryan, Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
jwr@psh.com

Dennis J. Roberts, II
40 Westminster Street
Suite 305
Providence, RI 02903
droberts@djrlaw.com

Mel B. O'Reilly
7125 Prospect Place NE
Albuquerque, NM 87110

/s/ Raymond M. Ripple

Raymond M. Ripple