**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GPT GLENDALE, INC., a Delaware corporation,** <br> **Plaintiff,** <br> **v.** <br><br> **KENTEK CORPORATION, a New Hampshire corporation;** <br><br> **WILLIAM L. ARTHUR, an individual resident of New Mexico;** <br><br> **BONNIE G. SIMMONS, an individual resident of New Hampshire, and** <br><br> **RICHARD L. PELLEGRINI, an individual resident of Florida,** <br> **Defendants.** | ) | **Case No. 06-334** |

**AFFIDAVIT OF MARK MCLEAR**

STATE OF RHODE ISLAND )
) ss:
COUNTY OF PROVIDENCE )

Mark McLear, having been duly sworn, deposes and says as follows:

1. I am currently employed as the Laser Sales and Marketing Manager of GPT Glendale, Inc. ("GPT Glendale"). I have been employed by GPT Glendale (including its predecessors) for 20 years, and I have been in my current position since September 2001. As the Laser Sales and Marketing Manager of GPT Glendale, I am responsible for sales and marketing of Glendale products worldwide.

2. I make this affidavit based on personal knowledge, conversations and discussions with certain employees who report to me in the ordinary course of business, other GPT Glendale employees, and a review of pertinent documents.

3. I have read the papers filed by Defendants Kentek Corporation ("Kentek"), Bonnie G. Simmons ("Simmons"), and Richard L. Pellegrini ("Pellegrini") in support of their pending Motion to Dismiss for Lack of Personal Jurisdiction ( "Defendants' Motion"). I make this affidavit to advise the Court of certain facts relevant to GPT Glendale's Opposition to Defendants' Motion. The facts relate to GPT Glendale's business relationship with the Defendants and the Defendants' various contacts with Rhode Island.

4. GPT Glendale is a Delaware corporation headquartered in Smithfield, Rhode Island. GPT Glendale's corporate headquarters includes, among others, the following corporate support service departments: customer service, billing, accounts receivable, product manufacturing, human resources, sales and marketing, distribution, etc. The corporate headquarters of GPT Glendale (including its predecessors) has been located in Rhode Island since November 2001.

5. GPT Glendale designs and manufactures protective eyewear and specialty filters. These products are used in various industries (including, among others, the medical and automotive industries) as well as in the military. GPT Glendale's principal product is laser protective eyewear.

6. Since November 2001, the laser protective eyewear products of GPT Glendale and its predecessors have been manufactured at the company's manufacturing facility in Smithfield, Rhode Island.[1] GPT Glendale sells its products directly from Rhode Island to laser equipment manufacturers and relies on distributors — such as its former distributor Defendant Kentek —-for sales in other market channels.

---

[1] For a brief period of time -- from approximately December 2001 through December 2002 -- GPT Glendale's products were manufactured in Massachusetts.

7. In or around 1997, GPT Glendale entered into a distributorship relationship with Kentek for the sale of GPT Glendale's products. As is GPT Glendale's practice, the distributorship relationship was not memorialized in a written distributor agreement.

8. During the course of this distributorship relationship, which did not end until April of this year, GPT Glendale and Kentek engaged in a regular course of dealing with one another. This distributorship relationship required GPT Glendale and Kentek to communicate with one another on a regular and routine basis by letter, telephone, e-mail, and facsimile. Indeed, GPT Glendale and Kentek generally communicated with each other on a weekly basis.

9. Nearly all of GPT Glendale's communications that I (and — while they were still employed by GPT Glendale — Bonnie Simons and Dick Pellegrini) had with Kentek took place at or were initiated from GPT Glendale's headquarters in Rhode Island. Similarly, virtually all communications by Kentek to GPT Glendale were directed to GPT Glendale in Rhode Island. Specifically, Kentek regularly and routinely sent in its customer orders and product requests to GPT Glendale in Rhode Island. All GPT Glendale products sold to Kentek were manufactured in and shipped from Rhode Island. Kentek further sent all payments for GPT Glendale products to GPT Glendale in Rhode Island.

10. In addition, throughout the years, Kentek executives would travel to GPT Glendale headquarters in Rhode Island to participate in various meetings.

11. The course of conduct and regular communication between GPT Glendale (including its predecessors) and Kentek described in the foregoing paragraphs spanned approximately nine years.

12. In 2002, the parties entered into negotiations regarding the potential sale of Lase-R-Shield to Kentek. The negotiations continued on and off for approximately two years, from 2002 to 2004. During this two-year period, the communications between GPT Glendale and Kentek substantially increased.

13. These negotiations took place in both Rhode Island and New Hampshire. In connection with these negotiations, various officers and employees of Kentek — including its President and General Manager, Thomas D. MacMullin — traveled to GPT Glendale's headquarters in Rhode Island on more than one occasion. During these negotiations, GPT Glendale provided Kentek with confidential and proprietary business information. This information included an overview of the Lase-R-Shield business and its customers. The negotiations ended in 2004 when Kentek announced, abruptly, that it was no longer interested in pursuing the Lase-R-Shield acquisition.

13. Kentek subsequently actively sought to hire members of GPT Glendale's senior management, including Defendants Simmons and Pellegrini. Kentek was successful in its efforts.

14. Defendant Simmons is a former Materials Specialist for GPT Glendale. Simmons worked at GPT Glendale's corporate headquarters in Rhode Island from approximately November 2001 through July 2005. During this same period, Simmons lived in Rhode Island. It is my understanding that Simmons now works for Kentek.

15. Defendant Pellegrini is a former Vice President of GPT Glendale. Pellegrini worked for GPT Glendale for six years, three of which were at GPT Glendale's Rhode Island headquarters. Specifically, Pellegrini worked at GPT Glendale's Rhode Island headquarters from approximately September 2001 through October 2004. During these same three years,

Pellegrini also lived in Rhode Island. It is my understanding that Pellegrini now works for Kentek as a consultant.

16. For at least the five years before April 14, 2006, Kentek was GPT Glendale's largest outside distributor of GPT Glendale products. Last year, Kentek purchased products from GPT Glendale with a total dollar value of approximately $742,000.00. I was informed by a former Kentek employee that Kentek's total sales last year were approximately $6 million. Assuming that Kentek marked up GPT Glendale products by 70 percent (for a gross margin of 40 percent), I have calculated that GPT Glendale products accounted for approximately 20 percent of Kentek's total sales.

FURTHER THE AFFIANT SAYETH NOT.

Signed and sworn to under the pains and penalties of perjury this 29th day of September, 2006.

By: [signature]
Mark McLear

The foregoing Affidavit was subscribed and sworn to before me this 29 day of Sept., 2006, by Mark McLear.

[signature]
Notary Public

MY COMMISSION EXPIRES
JULY 14, 2008



WASH_1696776.1