# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT GLENDALE, INC., a Delaware corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-334 |
| KENTEK CORPORATION, a New Hampshire corporation; | ) | |
| WILLIAM L. ARTHUR, an individual resident of New Mexico; | ) | |
| BONNIE G. SIMMONS, an individual resident of New Hampshire, and | ) | |
| RICHARD L. PELLEGRINI, an individual resident of Florida, | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF MARK MCLEAR

STATE OF RHODE ISLAND )
) ss:
COUNTY OF PROVIDENCE )

Mark McLear, having been duly sworn, deposes and says as follows:

1. I am currently employed as the Laser Sales and Marketing Manager of GPT Glendale, Inc. ("GPT Glendale"). I have been employed by GPT Glendale (including its predecessors) for 20 years, and I have been in my current position since September 2001. As the Laser Sales and Marketing Manager of GPT Glendale, I am responsible for sales and marketing of Glendale products worldwide.

2. I make this affidavit based on personal knowledge, conversations and discussions with certain employees who report to me in the ordinary course of business, other GPT Glendale employees, GPT Glendale customers, and a review of pertinent documents. This affidavit includes certain facts not specifically mentioned in GPT Glendale's Verified Complaint. Some of the facts had not yet come to the attention of GPT Glendale at the time the Verified Complaint was filed. Some of the conduct described herein actually occurred after this lawsuit was commenced.

**(Confidential Information Used to Manufacture and Sell GPT Glendale Products)**

3. As described in the Verified Complaint, GPT Glendale designs and manufactures protective eyewear and specialty filters. These products are used in various industries (including, among others, the medical and automotive industries) as well as in the military. (Compl. ¶ 13.) GPT Glendale's principal product is laser protective eyewear.

4. Kentek – by entering into a distributorship agreement with GPT Glendale, negotiating a potential purchase of Lase-R-Shield, and obtaining the services of the current and former employees of GPT Glendale named as Defendants – has obtained access to certain confidential information of GPT Glendale.

5. GPT Glendale's confidential information includes information necessary to manufacture GPT Glendale products. Specifically, this information includes: dye formulas, product history for each of the dyes, bills of materials, sources of supply, methods and techniques of production, including the manufacturing process; supplier

and vendor lists; and the methods of distribution used by GPT Glendale's Lase-R-Shield business unit. (Compl. ¶¶ 14–15, 119.)

6. GPT Glendale's confidential information also includes its customer database. The database contains information regarding GPT Glendale's customers that is not available to the general public and could not be recreated without great effort, time, and expense. This information includes: the names and addresses of all customers, potential customers, vendors, and their respective contact persons; historical sales information; details of pending sales quotations; year-to-date sales figures; and shipping, pricing, cost, and margin information.

7. The information described in Paragraphs 5 and 6 derives tremendous independent economic value to GPT Glendale from not being generally known or ascertainable by its competitors. Moreover, as described in the Verified Complaint, GPT Glendale makes reasonable efforts to maintain the secrecy of the foregoing information. (Compl. ¶¶ 15, 119.)

**(Kentek's Post-Termination Conduct That Prompted the Filing of the Verified Complaint)**

8. Based on growing concerns that Kentek was engaging in business practices that were not in the best interests of GPT Glendale and its customers, GPT Glendale terminated its distributor relationship with Kentek by letter dated April 11, 2006. (*See* Compl. at Ex. G.) This termination, effective as of April 14, 2006, required Kentek to cease selling GPT Glendale products and to sell back to GPT Glendale any

remaining unsold inventory of GPT Glendale products within 30 days of the termination. (*See id.*)

9. Despite the April 14, 2006 termination of the distributorship relationship, and until as recently as September 2006, Kentek continued to display GPT Glendale products on its website beside Kentek product names, numbers, and descriptions. In June 2006 – two months after Kentek was terminated as an authorized distributor – the majority of the products Kentek displayed on its website were still GPT Glendale products. For example, 100% of the products on Kentek's "Polymeric/Broadband" product webpage were advertised using photographs of GPT Glendale products. Of the products advertised on its "Polymeric/Narrow Band" product webpage, around half used GPT Glendale photographs. Similarly, of the products displayed on Kentek's "Alignment Filters" product webpage, 9 out of 24 products included photographs of GPT Glendale products.

10. Additionally, on Kentek's "Coated Filter" product webpage, Kentek displayed just one product – a Kentek knock-off of a GPT Glendale coated filter product. Although Kentek's product had come on the market in March 2006, Kentek continued to advertise the product on its website using a photograph of the GPT Glendale product – and did so well past the April 14, 2006 distributorship termination date.

11. In addition to the unauthorized use of GPT Glendale's products, Kentek also made unauthorized use of GPT Glendale trademarks. For example, Kentek – on its website and otherwise – has used the product name LASEAID to advertise a laser

protective eye patch product. The photograph displayed on Kentek's website beside Kentek's LASEAID product description was clearly that of GPT Glendale's Laser-Aid® product. Laser-Aid® is registered trademark owned by GPT Glendale. (*See* Ex. 1.)

12. Since the filing of this lawsuit, Kentek has asserted that it used the "LASEAID" designation for GPT Glendale's Laser-Aid® product due to "the need to abbreviate LASER-AID to fit order management software dimensions." (*See* Kentek Motion to Dismiss at MacMullin Aff. ¶ 7 n. 2.) This statement ignores the fact that Kentek had no right to use the Laser-Aid® designation ***in any form*** after GPT Glendale terminated its distributorship relationship. This statement is also inconsistent with the fact that many of the product numbers displayed on Kentek's website were as long as or longer than "LASER-AID." Like "LASER-AID," many of Kentek's other product designations include a combination of hyphens and letters. Examples include "SEMP-FACE" and "KWR-IPLSAFE." (*See* Ex. 2.)

13. By using GPT Glendale photographs and trademarks, Kentek has suggested a continuing affiliation with GPT Glendale. This illusion is compounded by Kentek's use of a product numbering system similar to that used by GPT Glendale. As just one example, Kentek's knock-offs of GPT Glendale's polymer frames – GPT Glendale model LSK-YAG/KTP – are designated with the product number "UXK-YAG-KTP." (*See* Ex. 3.) Similarly, Kentek offers a pair of LGT frames under the product number "UX-L506." GPT Glendale's product number for the equivalent product is "LS506." (*See* Ex. 4.) Kentek's website is replete with other examples of deceptive product numbering.

14. The resultant customer confusion and deception has been compounded by Kentek's failure – as described in Paragraphs 15-19 below – to inform customers that it had been terminated as an authorized distributor of GPT Glendale products, even when contacted directly for GPT Glendale products. Rather, Kentek sales representatives informed customers either that the GPT Glendale product they sought had been discontinued, or that it would not be available for 6 to 9 weeks – apparently the length of time needed for Kentek to complete the production of its own knock-off products and bring them to market.

15. On or around May 25, 2006, for example, Kentek informed a GPT Glendale customer, Pratt & Whitney Rocketdyne ("Pratt & Whitney"), that certain GPT Glendale laser safety goggles – product number 31-70101 – would not be available through Kentek for six to nine weeks. The Kentek sales representative did ***not*** inform Pratt & Whitney that Kentek was no longer authorized to sell GPT Glendale products. Pratt & Whitney's purchaser contacted GPT Glendale to inquire as to why it would take so long to receive this product, and to ask if the product would be available sooner from any other suppliers. (*See* Ex. 5.)

16. A few weeks later, on or around June 9, 2006, GPT Glendale sales manager Cathi Scogin called Kentek to order GPT Glendale's Laser-Aid® product, and was informed by a Kentek employee that the GPT Glendale's Laser-Aid® product had been "discontinued." The Kentek employee added, however, that Kentek had a less expensive and more "user friendly" product available. (*See* Ex. 6.)

17. Kentek provided the same misinformation to Bacou-Dalloz employee, Lisa M. Crowell, in early June 2006. (*See* Ex. 7.) At that time, Ms. Crowell spoke with Kentek employee Kim Casey ("Casey") regarding an order for GPT Glendale Laser-Aid® product. During this exchange, Casey stated that GPT Glendale's Laser-Aid® product was "no longer available" but that Kentek was offering a substitute product. According to Casey, Kentek's substitute was equivalent to GPT Glendale's Laser-Aid® product. In fact, Casey claimed the Kentek product offered the benefit of including 50 units per package, rather than the 24 per package offered by GPT Glendale for the same price. The only difference, Casey stated, was the color of the product. Casey further informed Ms. Crowell that Kentek's substitute product was still "in the tail end of production," and that Kentek had been accumulating a "huge list" of pre-orders over the previous four weeks. Again, Casey did ***not*** mention during this phone conversation that Kentek was no longer an authorized distributor of GPT Glendale products. Only when Ms. Crowell called back to ask Casey where she could obtain GPT Glendale's Laser-Aid® product, did Casey explain that Kentek was "no longer a Laser-Aid® distributor because Kentek had come out with its own product." In that second telephone conversation, Casey also informed Ms. Crowell that Kentek had yet to advertise its substitute product on its website because it was waiting to have the product on the shelf first. Casey also claimed that Kentek's substitute product was "FDA approved." This statement was a misrepresentation as the FDA does not require or even provide approval for the sale of laser eye patches.

18. The foregoing conduct suggests that Kentek was trying to keep GPT Glendale's customers at bay until its substitute for Laser-Aid® and its other knock-off products were on the market. To that end, according to a GPT Glendale customer, Kentek was directing customers at an April 2006 trade show to hold off purchasing GPT Glendale products, as Kentek was about to come out with its own cheaper products. This trade show took place when Kentek was still an authorized distributor of GPT Glendale products.

19. Approximately the third week of May 2006, I was informed by one of my sales personnel that a GPT Glendale customer had received a letter from Kentek stating that Kentek was coming out with its own disposable eye patches.

20. I have also received reports that Defendant William L. Arthur ("Arthur"), while still an GPT Glendale employee, was assisting Kentek in its unfair competition against GPT Glendale. For example, on around May 17, 2006, GPT Glendale employee Cathi Scogin learned from a GPT Glendale customer Alcon Medical ("Alcon"), that Arthur – while still a GPT Glendale employee – had refused to give Alcon a written quote for a particular GPT Glendale product. (*See* Ex. 8.) Arthur also suggested to an Alcon employee that Alcon purchase a certain lens through Kentek rather than through GPT Glendale's distribution arm Lase-R-Shield. This customer showed Ms. Scogin the lens Alcon hoped to purchase – at Arthur's suggestion – through Kentek. Ms. Scogin immediately recognized that that particular lens would not meet Alcon's specifications, and should not be used. Ms. Scogin informed Alcon that GPT Glendale would need to custom design a filter to meet Alcon's specifications. After this exchange, Ms. Scogin



WASH_1698751.1

discovered that Arthur had made no note of Alcon's request for this lens in GPT Glendale's customer database. (*Id.*) Nor had Arthur listed Alcon's contact person, Project Manager Mike Tasker, in GPT Glendale's customer database. (*Id.*)

21. I also learned that Arthur, while still on GPT Glendale's payroll, was informing GPT Glendale customers that he and his assistant Karen Brown would be working for Kentek. This information was provided to me by GPT Glendale customer Newport Corporation. This information also prompted GPT Glendale to exercise its non-competition option under the Arthur Employment Agreement (*see* Compl. at Ex. A), effectively retaining Arthur as a paid employee through December 31, 2006 (*see* Compl. at Ex. D).

**(Additional Conduct of Kentek Since GPT Glendale's Filing of the Verified Complaint)**

22. The foregoing conduct prompted GPT Glendale to institute this action against Kentek. Since filing its Verified Complaint on July 21, 2006, however, GPT Glendale has uncovered additional conduct of Kentek that is similar to – but not specifically described in – the Verified Complaint.

23. Until as recently as September 2006, Kentek was using a photograph of GPT Glendale's Light Speed® product to advertise its own IPL product, numbered "IEGW-LTSPD." (*See* Ex. 9.) Light Speed® is a federally registered trademark owned by GPT Glendale, listed on the Principal Register of the U.S. Patent and Trademark Office. (*See* Ex. 10.) GPT Glendale's registration of the Light Speed® mark remains in full force and effect. (*See id.*)

24. As recently as August 27, 2006, Kentek was also using photographs of Uvex products on its website. (*See* Ex. 11.) "Uvex" is a brand name used by GPT Glendale after Uvex and GPT Glendale merged in 2001. Kentek was not authorized to use the Uvex name after its distributor relationship with GPT Glendale was terminated on April 14, 2006.

25. For those products advertised with photographs of Uvex products, Kentek also employed product numbers beginning with "UX" or that were otherwise similar to the Uvex product numbers, further implying a connection with GPT Glendale.

26. In late August 2006, Kentek redesigned its website, but continued to display photographs of GPT Glendale and Uvex products. At least six of the products displayed on Kentek's "Alignment Filters" webpage were GPT Glendale products (GM-58A; GM-82; UXK-Arg-A; UXK-KTP-A; UXO-Arg-A; and UXO-KTP-A). At that time, every product displayed on Kentek's "Broadband" and "Coated Filters" webpages were GPT Glendale products. Kentek also displayed an IPL spectacle, Kentek product number KBS-OPLA, identical to GPT Glendale's Prospect 9180 ratchet hinge product.

27. The July/August 2006 newsletter of the Laser Institute of America contained an advertisement for Kentek that utilized photographs of GPT Glendale's Encore and Flexseal frame styles. (*See* Ex. 12.)

28. GPT Glendale has recently received a "Laser Safety Supply Resources" flyer from Cuevas Distribution, Inc., in Fort Worth, Texas, which lists Kentek as the only supplier for Uvex eyewear. (*See* Ex. 13.)

29. In addition to the foregoing acts, Kentek has made omissions and misrepresentations on its website that – given Kentek's attempts to perpetuate the illusion of a connection with GPT Glendale – could greatly harm GPT Glendale's reputation and erode its goodwill with customers. For example, Kentek's descriptions of its coated filters – posted until September 2006 beside a photograph of a GPT Glendale product – does not warn customers that the products would not provide protection if the coating scratches off. This fact could harm GPT Glendale's reputation, should a customer purchase a Kentek coated filter product, assume the association with GPT Glendale, and then be harmed by the product.

30. Similarly, Kentek describes two of its products as having a "visible light transmission" value of 80%, which is impossible under the laws of physics. Kentek also described one of its eye shield products as being "FDA Approved," despite that there are no FDA approval requirements for that product. Given Kentek's attempts to imply association with GPT Glendale, these misrepresentations could harm the reputation of and erode customer confidence in GPT Glendale.

FURTHER THE AFFIANT SAYETH NOT.

Signed and sworn to under the pains and penalties of perjury this 3rd day of October, 2006.

By: [signature]
Mark McLear

The foregoing Affidavit was subscribed and sworn to before me this 4th day of October, 2006, by Mark McLear.

[signature]
Notary Public

VICTORIA M. PAWLAK
Notary Public-State of Rhode Island
My Commission Expires
July 14, 2008

# Exhibit 1

SEARCH

Rapid Eyewear Finder

-Laser-

nm

-OD- Find

Laser Safety > Eyewear > Medical > Patient Products > Laser Protection

# Laser Protection



SEEPS-EC

~~$139.00~~

$89.00



SEPS-LASEAID

$75.00



SEPS-SSBK

$99.00



SEPS-SSWH

$99.00

© 2005 The Kentek Corporation. All rights reserved.

# Exhibit 2

$39.00
IPL Protective Spectacle

ADD to CART



Product #: KWR-IPLSAFE
KWR-IPLSAFE
$39.00
IPL Protective Spectacle

ADD to CART



Product #: SEPM-EYE
SEPM-EYE
$12.00
NON-LASER Patient hot and cold mask

ADD to CART



Product #: SEPM-FACE
SEPM-FACE
$27.00
NON-LASER Patient hot and cold mask

ADD to CART

© 2005 The Kentek Corporation. All rights reserved.

# Exhibit 3

Product #: GBL-64-N
GBL-64-N
$339.00
Argon, KTP, Nd:YAG Spectacle

ADD to CART



Product #: GBM-64-N
GBM-64-N
$339.00
Argon, KTP, Nd:YAG Spectacle

ADD to CART



Product #: UXK-YAGKTP
UXK-YAGKTP
$299.00
KTP, Nd:YAG Spectacle

ADD to CART



Product #: UXO-YAGKTP
UXO-YAGKTP
$299.00
KTP, Nd:YAG Spectacle

ADD to CART

© 2005 The Kentek Corporation. All rights reserved.

Glendale



# POLYMER EYEWEAR

## LASER TYPE Nd: YAG, Harmonics

Show Fi

| Specifications | Filter Type | Color | VLT |
|---|---|---|---|
| 7@190-532nm / 3@800-839nm / 4+@840-864nm/ 5+@865-1063nm /7@1064nm / 5@10,600nm | YAG & KTP | Brown | 24% |

## POLYMER FRAME STYLES



**Glendale XC**

**Model #:31-80102**

- Superior coverage and uninterrupted peripheral vision from dual 9-base wrap-around lens
- Unparalleled comfort, Multi-Material Technology cushions every point of contact with the face
- Detachable Rx insert included



**LSK**

**Model #:LSK-YAG/KTP**

- Superior comfort, sleek, contemporary design with multiple adjustments
- Molded in sideshields and browguard
- Ratcheting hinge and temple length adjustments



**LOTG**

**Model #:LOTG-YAG/KTP**

- Fits comfortably over prescr eyewear or can be worn as stand-alone spectacle
- Ratcheting hinge and templ length adjustments



**Encore, Large**

**Model #:31-21102**

- Stylish, comfortable OTG spectacle
- Adjustable temple length



**Flex Seal**

**Model #:31-70102**

- Silicone body offers maximum comfort and an airtight seal
- Fits over prescription eyewear
- Indirect ventilation system minimizes fogging

**All Glendale laser eyewear comes with a lifetime frame guarantee.**

**Danger: Always consult your laser safety officer or ANSI Z136.1 for the safe use of lasers to determine the appropri**

# Exhibit 4



Product #: UX-L506
UX-L506
$560.00
Nd:YAG, Holmium, Erbium, CO2

ADD to CART



Product #: UX-L508
UX-L508
$399.00
CO2 Laser Spectacle

ADD to CART



Product #: UX-L513
UX-L513
$447.00
KTP, CO2 Laser Spectacle

ADD to CART



Product #: UX-L545
UX-L545
$454.00
HeNe Alignment, Diodes Laser Spectacle

ADD to CART



Product #: UX-L596
UX-L596
$345.00
Nd:YAG, Holmium, Erbium Laser Spectacle

GLASS LGT EYEWEAR

## LASER TYPE NdYag & C02, OD 8

Show Fi

| Specifications | Filter Type | Color | VLT |
|---|---|---|---|
| 5+@930-2350 nm/ 5+@3800-10600 nm/ 7+@1000-1050 nm/ 8+@1060-1450 nm | 06 | Light Gray | 70% |

## LGT FRAME STYLES



**LS5**

**Model #:LS506**

- Features a large 66 mm curved lens
- Wrap-around spectacle design conforms closely to your face
- Ratcheting hinge and adjustable temples
- Packaged in a storage case with a safety cord.



**LS6**

**Model #:LS606**

- Anti-fog goggle design provides a free flow of air from bottom to top, producing cool, clear vision
- Fits over virtually all prescriptions
- Laser resistant frame with replaceable foam flange



**Encore, Small**

**Model #:31-20006**

- Stylish, comfortable OTG sp
- Adjustable temple length



**Encore, Large**

**Model #:31-21006**

- Stylish, comfortable OTG spectacle
- Adjustable temple length

**All Glendale laser eyewear comes with a lifetime frame guarantee.**

**Danger: Always consult your laser safety officer or ANSI Z136.1 for the safe use of lasers to determine the appropri eyewear for your application. Selecting the wrong eyewear can lead to serious personal injury and/or blindness.**

# Exhibit 5

**"McClain, Christy PWR"**
**<Christy.McClain@pwr.utc.com>**

05/25/2006 01:01 PM

To <mmoseley@bacou-dalloz.com>

cc

Subject Laser Safety Goggles

Matt,

Glendale manufactures a laser safety goggle with the model number 31-70101. Previously my team was purchasing this item through the Kentek Corporation with a relatively quick turnaround time, however they are now quoting a lead time of six to nine weeks before this item will be available through them. I would like to find out if there is a manufacturing problem contributing to this extended lead time, and if there are any other suppliers who may carry this item.

Christy McClain
Huntsville Materials Application Team
Pratt & Whitney Rocketdyne
555 Discovery Dr. M/C: RRA-02
Huntsville, AL 35806
Phone: 256-544-1376
Email: christy.mcclain@pwr.utc.com

# Exhibit 6

Mark McLear/uvex

06/08/2006 02:35 PM
To
Winn Major/BacouUSA@Bacou-Dalloz
cc
Jeff Brown/Admin/Bacou-Dalloz@Bacou-Dalloz
Subject
Fw: competitive Aid product from Kentek.

Winn, FYI,,,Cathi actually called Kentek about their new disposable eye patches.

When she asked them for Laser-Aid ( our product) they told her " that had been discontinued" She then mentioned that she had talked to Glendale and they were still making the product, only then did they mention they had a new product that was cheaper, more user friendly and FDA approved.
They are sending these to Cathi's sister in Arkansas, we should have them in 8 days.
Tom Hakala is also trying to source them as well.

# Exhibit 7

----

----- Forwarded by Mark McLear/uvex on 06/14/2006 04:11 PM -----

Lisa Crowell/MKT/US/Bacou-Dalloz

06/14/2006 03:18 PM
To
Mark McLear/uvex@Bacou-Dalloz
cc

Subject
Kentek call

Mark,

As discussed, I placed an order (as my husband) with Kentek via their on-line ordering system last night for the 31-8300. I requested the product be sent 2-day Fed-Ex to our home.

I received a voicemail message from Kim Casey of Kentek (1.800.332.2323 x 330) today (about noon) asking that I call her regarding the order.

I called back and learned that the item is no longer available (according to Kentek), however, they are offering a substitute.

Kim described the substitution they were offering as an equivalent product, however, with added benefits including 50 units instead of 24 per pack for the same price. I asked if there was any difference and Kim explained that the only difference was the color (the Kentek option is blue).

I asked if I accepted the substitute if it would ship and be delivered as the original order was requested and Kim responded that the product was in the tail end of production and they expected to have it in house at the end of the week.

I requested a phone call if the order wasn't going to ship by the end of the week but Kim said she couldn't be sure that I'd get a call because of a huge list of pre-orders they have been accumulating over the last four weeks.

I told her I'd have to mention the situation to my husband and would call her back if the

substitution was unacceptable.

I called Kim back about an hour later and asked if Laser-Aid was no longer available or if Kentek knew where I could get it. Kim said I could go to GPT directly if I wouldn't accept the alternative. She went on to mention that the situation was that Kentek was no longer a Laser-Aid distributor because they came out with their own product.

I then asked where I could get information on the new product and she explained that it isn't on the website because they wanted to wait until the option was on the shelf before they advertised it.

Lastly, Kim went on again explaining that their version was a better value because you get more for the money. I explained that my husband was leary because he had tried substitutions before and didn't like them. Kim then said this product is approved by the FDA…I asked what that meant, exactly, and she said that the product was FDA approved to use in a Laser application and that it was considered safe and hypoallergenic.

I told her that it all sounded fine and we would keep the order.

Lisa
P.S. The order total for $84.05 (including shipping).

Lisa M. Crowell
Product Manager
Eye & Face Protection
Bacou-Dalloz
10 Thurber Boulevard
Smithfield, Rhode Island 02917-1874
USA
Phone: 1.401.757.2454
Fax: 1.401.757.2912
www.bacou-dalloz.com

# Exhibit 8

----- Forwarded by Mark McLear/uvex on 06/09/2006 05:47 PM -----

Cathi Scogin/uvex

06/09/2006 05:07 PM
To
Mark McLear/uvex@Bacou-Dalloz
cc
Winn Major/BacouUSA@Bacou-Dalloz
Subject
Re: Alcon and Will ArthurLink
<Notes://Smitty/852563C40055BF1E/5E502A1BAAAF40CA85256197006C1A32/A4389CD1B7C461C185257188 0008A1C4>

I gave this information to the lawyer who contacted me. Essentially, after most of our meeting was concluded, and Mike Tasker and I were on our way out of the building, I was standing outside a laser lab waiting while Mike Tasker went in and asked a question about a frame style. While I was standing in the hall, another gentleman, whose name I do not know, walked by and asked if these were going to be the new frames. I showed them to him, ( I did not get his name, as I believe his cell phone rang and he answered it), then the man said that Will had suggested they contact Kentek for the glasses to cover the ranges they were looking for. Several other people came out of the lab during the short time we were standing there, and a few more made comments about the laser frames/lenses. I do not know the mans name who made the comment, nor the others who came out. Once Mike came out, we finished up our conversation and I left the building. I do not know of any emails or writing that Will sent, except those Mike showed me some emails that went back and forth to him from Will; I did not see these except across the table and did not read any

of them. There are no notes in Will's database (Mike Tasker is not mentioned as a contact under the Alcon Surgical or Alcon Labs name).

Cathi Scogin, CLSO, Glendale/Uvex Territory Sales Mgr.
2769 Milani Ave., Pleasanton, Ca. 94588
925-485-0126 office/voice mail 925-485-0109 fax
401-225-7045 cell 800-500-4739 Corporate offices
e-mail: cscogin@bacou-dalloz.com
website, www.glendale-laser.com
Ask about our new High Transmission Filters for the XC; An Rx insert comes standard with every laser XC!

Mark McLear/uvex

06/08/2006 06:37 PM
To
Cathi Scogin/uvex@Bacou-Dalloz
cc
Winn Major/BacouUSA@Bacou-Dalloz
Subject
Alcon and Will Arthur

Cathi, you told me Will suggested to Alcon that they contact Kentek for their new IR system. A few comments

Was this done in writing /email, if so can we get a copy?

If not, can you recount the conversation with Alcon employee ? This is a key part of our case against Kentek and Will so pls try to do this today or at least have it to us by Monday

thanks

Mark McLear
Sales and Marketing Manager, Glendale
401-757-2298 (office)
401-225-7038 (cell)

Be sure to visit our website to view our complete line of laser eyewear, patient care products, windows and specialty filters. For customer service or technical questions dial 800-500-4739.

# Exhibit 9

$49.00
IPL Protective Spectacle, True Color Brown

ADD to CART



Product #: SEPS-EYESAFE
SEPS-EYESAFE
$75.00
Multiple procedure disposable eyeshields

ADD to CART



Product #: IEGM-IPLS3
IEGM-IPLS3
$49.00
IPL Protective Spectacle

ADD to CART



Product #: IEGM-IPLS5
IEGM-IPLS5
$49.00
IPL Protective Spectacle

ADD to CART



Product #: IEGW-LTSPD
IEGW-LTSPD
$399.00
Auto-dark IPL Protective Spectacle

ADD to CART



Product #: KWR-IPLMAX
KWR-IPLMAX

Glendale™ A Bacou-Dalloz Company



PRODUCTS: IPL APPLICATIONS



**Light Speed™**

**Model: 31-90900**

- Glendale has taken Liquid Crystal technology from the aerospace and comput and adapted it for use in safety eyewear.
- Work in daylight, but protected the whole time
- Light SPEED™ filter reacts in less than a millisecond to protect eyes in Intens Light (IPL) environments
- Glare reduction factor 2 to 9, with permanent UV and IR protection
- Eliminates the danger of accidents and loss of productivity associated with wc taking their eyewear on and off during procedures
- Minimizes headaches and other adverse effects associated with IPL glare
- Fits comfortably over prescription eyewear



**LGF Full View Green**

**Model: 31-9623**

- Protects you from radiation and reduces bright glare from IPL systems
- Lightweight and slim, wrap around spectacle
- Offers large protective area with unrestricted angle viewing



**LGF Full View Dark Green**

**Model: 31-9624**

- Protects you from radiation and reduces bright glare from IPL systems
- Lightweight and slim, wrap around spectacle
- Offers large protective area with unrestricted angle viewing




**IPL-Aid™ (50 pair/box)**

**Model: 31-9300**

- For non-laser use only, opaque inner layer to shield IPL
- Latex-free and hypoallergenic
- Allows access to bridge, brow and temples
- Easy to apply and comfortable to wear
- Designed to protect most orbital sizes

**I-Block™ II Laser Eye Care Shields**

**Model: 31-7400**

# Exhibit 10

United States Patent and Trademark Office



## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Aug 9 04:19:05 EDT 2006*



Logout *Please logout when you are done to release system resources allocated for you.*

Start List At: OR Jump to record: **9 Records(s) found (This page: 1 ~ 9)**

**Refine Search** (GPT Glendale)[OW] Submit

**Current Search: S1: (GPT Glendale)[OW]** docs: 9 occ: 18

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 76522509 | 3109692 | LIGHT SPEED | TARR | LIVE |
| 2 | 76535972 | 2990097 | I-BLOCK | TARR | LIVE |
| 3 | 76427720 | 2784910 | LASER-AID | TARR | LIVE |
| 4 | 76212471 | 2634368 | IR/PC | TARR | LIVE |
| 5 | 76212470 | 2661828 | LASER-GARD | TARR | LIVE |
| 6 | 76155824 | 2506377 | DERMSHIELD | TARR | LIVE |
| 7 | 76155823 | 2509618 | DERM-AID | TARR | LIVE |
| 8 | 76155685 | 2608928 | EYECARE SHIELD | TARR | LIVE |
| 9 | 76124216 | 2763182 | SPECTRASHIELD | TARR | LIVE |

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Aug 9 04:19:05 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 1 out of 9**

---

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | LIGHT SPEED |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Protective eyewear, namely, electric eyewear to protect the eyes during intense pulse light applications in industrial, military, commercial and medical fields. FIRST USE: 20031001. FIRST USE IN COMMERCE: 20031001 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76522509 |
| **Filing Date** | June 12, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 8, 2005 |
| **Registration Number** | 3109692 |
| **Registration Date** | June 27, 2006 |
| **Owner** | (REGISTRANT) **GPT GLENDALE**, INC. CORPORATION DELAWARE 10 Thurber Boulevard Smithfield RHODE ISLAND 02917 |
| **Attorney of Record** | Neil F. Greenblum |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LIGHT" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |

**Indicator** LIVE

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2006-08-09 16:21:29 ET

**Serial Number:** 76522509 Assignment Information

**Registration Number:** 3109692

**Mark (words only):** LIGHT SPEED

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-06-27

**Filing Date:** 2003-06-12

**Transformed into a National Application:** No

**Registration Date:** 2006-06-27

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-05-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. GPT GLENDALE, INC.

**Address:**
GPT GLENDALE, INC.
10 Thurber Boulevard
Smithfield, RI 02917
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
**Class Status:** Active

Protective eyewear, namely, electric eyewear to protect the eyes during intense pulse light applications in industrial, military, commercial and medical fields
**Basis:** 1(a)
**First Use Date:** 2003-10-01
**First Use in Commerce Date:** 2003-10-01

## ADDITIONAL INFORMATION

**Disclaimer:** "LIGHT"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-06-27 - Registered - Principal Register

2006-05-12 - Law Office Registration Review Completed

2006-05-05 - Assigned To LIE

2006-04-28 - Allowed for Registration - Principal Register (SOU accepted)

2006-04-08 - Statement of use processing complete

2005-10-12 - Amendment to Use filed

2005-10-12 - TEAS Statement of Use Received

2005-05-31 - Notice of allowance - mailed

2005-03-08 - Published for opposition

2005-02-16 - Notice of publication

2004-11-09 - Law Office Publication Review Completed

2004-11-09 - Assigned To LIE

2004-10-20 - Approved for Pub - Principal Register (Initial exam)

2004-06-02 - Amendment From Applicant Entered

2004-06-02 - Communication received from applicant

2004-06-02 - PAPER RECEIVED

2003-12-03 - Non-final action mailed

2003-11-15 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
Neil F. Greenblum (Attorney of record)

NEIL F. GREENBLUM
GREENBLUM & BERNSTEIN, P.L.C.
1950 ROLAND CLARKE PLACE
RESTON, VA 20191

**Phone Number:** (703) 716-1191
**Fax Number:** (703) 716-1180

---

# Exhibit 11

ADD to CART



Product #: UX-L596CE
UX-L596CE
$345.00
Nd:YAG, Holmium, Erbium CE Laser Spectacle

ADD to CART



Product #: UX-L723
UX-L723
$732.00
Diode, Alexandrite

ADD to CART



Product #: UX-L913
UX-L913
$447.00
Argon, KTP Laser Spectacle

ADD to CART



Product #: UX-L933
UX-L933
$575.00
Nd:YAG, KTP Laser Spectacle

ADD to CART



Product #: UX-LS610
UX-LS610
$345.00
Dye Laser Goggle

# Exhibit 12


Laser Smart Products™
from the laser people you depend on
Laser Safety Eyewear
VIEW-IT™ IR & UV Detectors
EVER-GUARD® High Power Barriers & Curtains
Laser Diode Modules
ENTRY-GUARD™ Safety Interlock Systems
TRAP-IT™ Beam Dumps
Enclosure Systems
Pump Chambers
ZAP-IT® Alignment Paper
SERVICE-RIGHT™ Portable Barrier Systems
KENTEK
800 432 2323
+1 603 435 5580
www.kentek.com
Laser Safety Solutions • Laser Accessories • Laser Replacement Parts

# Exhibit 13

# Cuevas Distribution, Inc.

3719 NORTH MAIN STREET
FT. WORTH, TEXAS 76106
800-328-3827

## *Laser Safety Supply Resources*

***Available for purchase from Cuevas Distribution, Inc.***

**Laser Eyewear**
**Uvex Eyewear** (A division of Bacou-Dalloz)
Website: www.uvex.com/laser Phone: 800-343-3411
Representative: Will Arthur Email: arthur@highfiber.com

**Lab Safety Supply** Website: www.labsafety.com Phone: 800-356-0783

**Laser Products**
**Lase-R Shield** (A division of Bacou-Dalloz)
Website: www.lase-rshield.com Phone: 800-288-1164
General Manager: Will Arthur Email: arthur@highfiber.com

**Laser Warning Signs**
**Brady Corporation** Website: www.bradyid.com
Phone: 888-BRADYGO or 800-537-8791

**Additional Laser Resources (For reference only on Uvex eyewear)**
**Kentek Laser**
Website: www.kentek-laser.com Phone: 800-423-2323

**Miscellaneous Hardware and Safety**

**Grainger Industrial Supply** Website: www.grainger.com

**Radio Shack** (NOTE: orders must be placed directly with Radio Shack)
Website: www.radioshack.com Phone: 800-843-7422

*VISA, MASTERCARD AND AMERICAN EXPRESS CARDS ARE ACCEPTED BY CUEVAS DISTRIBUTION, INC.*

Austin Area Sales Representative: Shannon Chavera-Kruse
Phone: 512-260-1449Fax: 512-260-2990
*Email: sckruse@cuevasdistribution.com*