# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br><br>WILLIAM L. ARTHUR, an individual resident of New Mexico;<br><br>BONNIE G. SIMMONS, an individual resident of New Hampshire; and<br><br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br><br>Defendants. | C.A. No. 06-334 L |

## ENTRY OF APPEARANCE

I, Robert K. Taylor, hereby enter my appearance on behalf of the Defendants, Kentek Corporation, Bonnie G. Simmons, and Richard L. Pellegrini, with respect to the above-captioned matter.

KENTEK CORPORATION, BONNIE G. SIMMONS, AND RICHARD L. PELLEGRINI,

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: October 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ENTRY OF APPEARANCE was filed with the Clerk of the United States District Court for the District of Rhode Island this 6th day of October, 2006 and is available for viewing and downloading to the following ECF registered counsel of record:

Darlene K. Alt
dalt@eapdlaw.com

W. Wright Danenbarger
wdanenbarger@wiggin-nourie.com

Thomas J. Pappas
tpappas@eapdlaw.com

Dennis J. Roberts, II
droberts@djrlaw.com

and that true copies have been forwarded by prepaid first class mail to the following ECF non-registered counsel:

Peter G. Mack, Esq.
Mark A. Salzberg, Esq.
Michael J. Lockerby, Esq.
Foley & Lardner, LLP
Washington Harbour
3000 K Street, NW, Suite 500
Washington, DC 20007

Mel B. O'Reilly, Esq.
7125 Prospect Place NE
Albuquerque, NM 87110

/s/ Robert K. Taylor

879336_1/5451-2