UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT Glendale, Inc.<br>Plaintiff<br><br>v.<br><br>Kentek Corporation, et al<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No.06-334 |

**SUPPLEMENTAL AFFIDAVIT OF BONNIE G. SIMMONS**
**IN SUPPORT OF MOTION TO DISMISS**

Before me appeared Bonnie G. Simmons and being duly sworn deposed and said:

1. I am one of the named defendants in the above matter. I am employed by Kentek in their facility in New Hampshire and reside at 185 East Side Drive, Concord, New Hampshire 03301.

2. As indicated in my previous Affidavit, I emphatically deny that I have disclosed any of GPT Glendale's confidential information to anyone.

3. GPT Glendale's Opposition claims that my contacting one of its vendors of a "metal eye cap product" demonstrates that I am using GPT Glendale's confidential information on behalf of Kentek.

4. I believe GPT Glendale is referring to a device described in the trade as laser eye shield or patient goggles. These devices are available from several different suppliers who advertise the product on the Internet. *See* Exhibit A hereto. The simple spoon-like or goggle-like devices are quite similar in design. The GPT Glendale product is shown on the first page of Exhibit A and appears identical to the "Innovative Optics IBLOCK Goggle" shown in the Internet advertisement on the second page and quite similar to the devices advertised by Noir as the

Patient I-Shield and by Trinity Technologies on the other pages of the exhibit. All these companies are well-known laser eye protection suppliers who advertise publicly the availability of such products. In fact, if one is looking for vendors of such devices, one can simply "Google" in the term "patient goggles" and Innovative Optics and the other vendors appear along with pictures of the "metal eye cap."

5. Moreover, long before I was employed by Kentek, it purchased its laser eye shield from Innovative Optics. While I was at GPT Glendale, I believed that GPT Glendale's vendor for the "metal eye cap" was Innovative Optics, so I had nothing to disclose to Kentek that it did not already know.

FURTHER THE AFFIANT SAYETH NAUGHT

Respectfully submitted,

Date: October 17, 2006

Bonnie G. Simmons

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

Subscribed and sworn to by Bonnie G. Simmons.

Before me,

Martha J Moloy
Notary Public/Justice of the Peace

My Commission Expires: MARTHA J. MOLOY NOTARY PUBLIC MY COMMISSION EXPIRES JUNE 4, 2008