

## I-Block™ II Laser Eye Care Shields

**Model #: 31-7400**

- Ultra-lightweight alloy provides laser protection from 190-11,100nm
- Covers orbital area of the eye while allowing access to bridge, brow and temples
- "Push and lock' mechanism allows you to easily adjust eye shields
- Contoured edges provide a snug yet comfortable fit.
- Durable storage case and adjustable strap included



Innovative Optics IBLOCK Goggle

**Subject:** NOIR I Shield product

## Patient I-Shield



**CE-EN207 L-Rating:**

D 180-315 L9
R 180-395 L3
D>315-1400 L6

IR>315-1400 L7
DI>1400-10600 L4

Wright,

**Features**

- A fully adjustable stainless steel patier eye-cup for close-to· the-eye aesthetic applications;
- Bend-to-fit adjustabl nosepiece;
- Non-reflective brush finish;
- Polished interior surface;
- View certificate;
- UNBREAKABLE

List $200 -- Call for discounted

Note that Trinity Technologies, another competitor (and supplier), have also introduced something very similar - see picture below.

Tom

