# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br>Plaintiff,<br><br>v.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br>WILLIAM L. ARTHUR, an individual resident of New Mexico;<br>BONNIE G. SIMMONS, an individual resident of New Hampshire; and<br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br>Defendants. | C.A. No. 06-334 L |

**OBJECTION OF DEFENDANTS KENTEK CORPORATION, ET AL. TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**

Now comes Defendants Kentek Corporation ("Kentek"), Bonnie G. Simmons ("Simmons") and Richard L. Pellegrini ("Pellegrini"), by counsel, and hereby objects to the Plaintiff's Motion for Preliminary Injunction and Expedited Discovery for the reasons set forth in the attached Memorandum in Opposition thereto.

KENTEK CORPORATION, BONNIE G. SIMMONS, AND RICHARD L. PELLEGRINI,
By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan
James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

DATED: October 23, 2006

Of Counsel:
W. Wright Danenbarger, Esq.
Thomas J. Pappas, Esq.
Wiggin & Nourie, P.A.
670 No. Commercial Street, Suite 305
P.O. Box 808
Manchester, NH 03105-0808
(603) 669-2211
(603) 623-8442 FAX
wdanenbarger@wiggin-nourie.com
tpappas@wiggin-nourie.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing OBJECTION OF DEFENDANTS KENTEK CORPORATION, ET AL TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY was filed with the Clerk of the United States District Court for the District of Rhode Island this 23rd day of October, 2006 and is available for viewing and downloading to the following ECF registered counsel of record:

Darlene K. Alt
dalt@eapdlaw.com

W. Wright Danenbarger
wdanenbarger@wiggin-nourie.com

Thomas J. Pappas
tpappas@eapdlaw.com

Dennis J. Roberts, II
droberts@djrlaw.com

Mel B. O'Reilly
mel@oreillylawoffice.com

and that true copies have been forwarded by prepaid first class mail to the following ECF non-registered counsel:

Peter G. Mack, Esq.
Mark A. Salzberg, Esq.
Michael J. Lockerby, Esq.
Foley & Lardner, LLP
Washington Harbour
3000 K Street, NW, Suite 500
Washington, DC 20007

881858_1/5451-2