EXHIBIT B


Links Google NETSUITE LOGIN
ervice Search KENTEK
5580
Time
0.00
Laser Smart Products
Rapid Eyewear Finder
-Laser-
nm
-OD-
Find
Laser Accessories
arts
essories
Watch
LASER SAFETY
VIDEO DEMOS
Kentek Corp. is no longer an Authorized Dealer or Distributor of GPT Glendale, Inc. and no longer sells any GPT Glendale Inc. products.
CONTACT US
Catalogs Mailings
Comments
Acrylic