EXHIBIT C

[redacted]

Tom MacMullin

-----Original Message-----
From: Jim Naugle [mailto:JNaugle@laserinstitute.org]
Sent: Monday, October 16, 2006 9:33 AM
To: Kimberly Powledge; Kris Sweet
Subject: FW: Kentek Ads

Kris,
Tom MacMullin (Kentek) would like to place a new ad in the next issue. His new material will be ready by the 11/8 deadline. Also the attached announcement must go in the "members in motion" section (including the box). If you have any questions, let me know.

Thank you,

Jim Naugle
Marketing Director
Laser Institute of America
13501 Ingenuity Drive, Suite 128
Orlando, FL 32826
(p) 407.380.1553 x34
(f) 407.380.5588
www.laserinstitute.org

# Announcement

Kentek Corporation is no longer an Authorized Dealer or Distributor of GPT Glendale, Inc. and no longer sells any GPT Glendale Inc. products.