EXHIBIT D

Glendale A Bacou-Dalloz Company

B

Home | About Us | Products | What's New | FAQs | Contact | Literature

Search

## POLYMER EYEWEAR

### LASER TYPE CO2-CE

| Specifications | Filter Type | Color | VLT |
|---|---|---|---|
| D, R 10,600 L 4 | CO2-CE | Clear | 90% |

### POLYMER FRAME STYLES



**LOTG**

**Model #:LOTG-CO2-CE**

- Fits comfortably over prescription eyewear or can be worn as a stand-alone spectacle
- Ratcheting hinge and temple length adjustments

**All Glendale laser eyewear comes with a lifetime frame guarantee.**

**Danger: Always consult your laser safety officer or ANSI Z136.1 for the safe use of lasers to determine the appropri eyewear for your application. Selecting the wrong eyewear can lead to serious personal injury and/or blindness.**

### NEW SEARCH

**Search by Laser Type / Wavelength:**

Please Select a Laser Type/Wavelength

**OR**

**Search by Model Number:**

SEARCH

**To order these items, please visit local distributor or call 1-800-500-**

**Need Help? Try our FAQs | Email this pro**

Privacy Policy : Terms Of Use

B