EXHIBIT E

As for international sales, can you be a little more specific as to what customers are strategic targets and in what countries?

Feel free to call at any time to discuss further or ask questions.

Thanks again, Tom, for the opportunity to probe this opportunity.

Dick

Tom MacMullin <tmacmullin@kenteklaserstore.com> on 05/16/2002 12:32:37 PM

To: "'dpellegrini@bacou-dalloz.com'" <dpellegrini@bacou-dalloz.com>
cc: Mike Toepel <mtoepel@kenteklaserstore.com>

Subject: Kentek Confidential

Dick:

Please find attached an Excel workbook with several worksheets describing Kentek. You will find a summary of contacts/customers, a look at orders by segment and region for 2001, an analysis of the top half of our income statement for 2001 and an employee list. I have also taken the liberty of rouging out a "ProForma EBITDA Statement" to stimulate your thinking and give you a tool to work with.

Eyewear sales are captured under "Safety" in the attached. Some more specific information: 2001 sales (orders) were about $[redacted] with [redacted]% into North America, [redacted]% into Europe and [redacted]% into Middle East.

You should be able to open each worksheet and hit "print" and get one page neatly formatted.

I hope this is useful for you.

Sincerely,
Tom MacMullin
President and General Manager
Kentek Corporation
(See attached file: Kentek Corp Overview.xls)