EXHIBIT F

February 20, 2004

Susan M. Norris
Bacou-Dalloz
10 Thurber Boulevard
Smithfield, RI 02917

Dear Susan:

The Board of Directors of Kentek Corporation has authorized me to propose the following terms for the acquisition of the assets of the Lase-RShield business and related contractual agreements that we will enter into at the time of acquisition.

Proposed Terms for Asset Acquisition

- [redacted] cash at closing in exchange for non-financial assets of Lase-RShield including, but not limited to: customer lists, brand names and trade marks, internet assets, telephone numbers, bills of materials
- Due Diligence and Closing to occur within 2 months of agreement on Terms
- Kentek and Bacou-Dalloz to establish contractual commitments as described below

Proposed Terms for Contract(s)

- 5-year duration, automatic annual renewal thereafter
- Kentek to market eyewear under GPT/UVEX and Kentek brands only
- Kentek to market acrylic products from GPT/UVEX exclusively
- Kentek pricing to be no greater than published distributor list less 10% (ten percent)
- GPT/UVEX to direct laser safety product leads to Kentek
- Kentek to actively advertise and promote GPT/UVEX products in print and electronic media
- GPT/UVEX to add Kentek EverGuard® high-power barriers to catalog
- Kentek to share back with GPT monthly sales statistics

I look forward to speaking with you further about enhancing the partnership between our two companies.

Sincerely,

Thomas D. MacMullin
President and General Manager