# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

GPT GLENDALE, INC., a Delaware corporation,
Plaintiff,

v.

KENTEK CORPORATION, a New Hampshire corporation;
WILLIAM L. ARTHUR, an individual resident of New Mexico;
BONNIE G. SIMMONS, an individual resident of New Hampshire; and
RICHARD L. PELLEGRINI, an individual resident of Florida,
Defendants.

C.A. No. 06-334 ML

## DEFENDANTS KENTEK CORPORATION, BONNIE G. SIMMONS AND RICHARD L. PELLEGRINI'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Now come Defendants Kentek Corporation, Bonnie G. Simmons and Richard L. Pellegrini, and hereby withdraw without prejudice their Motion to Dismiss filed on September 12, 2006.

KENTEK CORPORATION, BONNIE G. SIMMONS, AND RICHARD L. PELLEGRINI,

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
James W. Ryan (#4042)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200 / (401) 861-8210 FAX
jwr@psh.com
rkt@psh.com

DATED: November 2, 2006

Of Counsel:

W. Wright Danenbarger, Esq.
Thomas J. Pappas, Esq.
Wiggin & Nourie, P.A.
670 No. Commercial Street, Suite 305
P.O. Box 808
Manchester, NH 03105-0808
(603) 669-2211
(603) 623-8442 FAX
wdanenbarger@wiggin-nourie.com
tpappas@wiggin-nourie.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November, 2006, I electronically filed the foregoing DEFENDANTS KENTEK CORPORATION, BONNIE G. SIMMONS AND RICHARD L. PELLEGRINI'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

and is available for viewing and downloading to the following ECF registered counsel of record:

Darlene K. Alt, Esq.
dalt@eapdlaw.com

W. Wright Danenbarger, Esq.
wdanenbarger@wiggin-nourie.com

Thomas J. Pappas, Esq.
tpappas@eapdlaw.com

Dennis J. Roberts, II, Esq.
droberts@djrlaw.com

Mel B. O'Reilly, Esq.
mel@oreillylawoffice.com

and that true copies have been forwarded by prepaid first class mail to the following ECF non-registered counsel:

Peter G. Mack, Esq.
Mark A. Salzberg, Esq.
Michael J. Lockerby, Esq.
Foley & Lardner, LLP
Washington Harbour
3000 K Street, NW, Suite 500
Washington, DC 20007

/s/ Robert K. Taylor

883210_1/5451-2