# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br><br>WILLIAM L. ARTHUR, an individual resident of New Mexico;<br><br>BONNIE G. SIMMONS, an individual resident of New Hampshire;<br><br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br><br>Defendants. | ) | Case No. CA 06-334 |

## CONSENT ORDER

WHEREAS, Plaintiff GPT Glendale, Inc. ("GPT Glendale") filed a Motion for a Preliminary Injunction; and

WHEREAS, Defendants Kentek Corporation ("Kentek"), Bonnie G. Simmons ("Simmons"), and Richard L. Pellegrini ("Pellegrini") (collectively, "Defendants") — while denying any liability to GPT Glendale and denying that GPT Glendale is entitled to any preliminary injunctive or other relief —wish to avoid the cost and disruption of litigating GPT Glendale's Motion for Preliminary Injunction; and

WHEREAS, GPT Glendale and Defendants — by entering into this Consent Order — are not waiving any claims or defenses and are not waiving the right to seek

further or different preliminary injunctive relief or to modify or dissolve this Consent Order;

For the foregoing reasons, and for good cause shown, IT IS HEREBY ORDERED that Defendants, including their officers, agents, servants, employees, and attorneys, and any persons in active concert or participation with them who receive actual notice of this Consent Order, to be immediately and temporarily:

(1) enjoined from using any photographs of GPT Glendale products in connection with the marketing, promotion, or advertising of any products that are not genuine GPT Glendale products, including but not limited to the use of such photographs on Kentek's website or in its marketing, promotional, advertising, and trade show materials;

(2) enjoined from – in connection with the manufacture, sale, promotion, or advertising of any of Kentek's protective eyewear products – using any product numbers or other methods of identifying products that begin with the letters "U" or "G," are similar in sight, sound, or appearance to any of the trademarks, brand names, or product names listed in Exhibit A, including but not limited to, Laser-Aid®, Light-Speed®, and Uvex® (the "GPT Glendale Names");

(3) enjoined from using the GPT Glendale Names or any marks that are similar in sight, sound, or appearance to the GPT Glendale Names in connection with the manufacture, sale, promotion, or advertising of any of Kentek's protective eyewear products;

(4) required to provide clear and timely notice that Kentek is no longer an authorized distributor of GPT Glendale products by:

(a) for a period of six (6) months from the date of this Consent Order, making prominent display on the top half of its website the language as set forth in Exhibit B;

(b) placement of a curative advertisement, on a one-time basis, containing the same statement as set forth in Exhibit B in the following publications: (i) the Laser Institute of America Newsletter; and (ii) *Aesthetic Trends and Technologies*; and

(c) sending by electronic mail to all current and former customers for which Kentek has e-mail addresses the statement set forth in Exhibit B; and

(5) enjoined from using, disclosing, or aiding and abetting the use or disclosure by others of:

(a) information, not readily ascertainable by proper means, necessary to manufacture GPT Glendale products – including the dye formulas, the product history for each of the dyes, bills of materials, sources of supply, and methods and techniques of production; or

(b) information, not readily ascertainable by proper means, contained in GPT Glendale's customer, supplier, and vendor lists.

(6) Within thirty (30) days of entry of this Consent Order, Defendants shall each file with this Court an affidavit certifying the extent to which Defendants have complied with the foregoing provisions.

(7) Neither GPT Glendale nor its officers, agents, servants. employees, attorneys, parents, subsidiaries, affiliates, or any person in active concert or participation with them who receives notice of this Consent Order shall, directly or indirectly, take any action to cause this Consent Order to be publicized and/or disclosed to the laser safety trade and/or present, former, or likely customers and/or vendors of the parties without prior permission of the Court.

Agreed to by:

GPT Glendale, Inc.

/s/ Darlene K. Alt
Darlene K. Alt (#6345)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 276-6476
(401) 276-6611 (fax)

Michael J. Lockerby (*admitted pro hac vice*)
Mark Salzberg (*admitted pro hac vice*)
Peter G. Mack (*admitted pro hac vice*)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007
(202) 672-5300
(202) 672-5399 (fax)

Counsel for GPT Glendale, Inc.

Kentek Corporation
Bonnie G. Simmons
Richard L. Pellegrini

/s/ Robert K. Taylor
James W. Ryan, Esq. (#4042)
Robert K. Taylor (#6514)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200 / (401) 861-8210 (fax)

W. Wright Danenbarger (*admitted pro hac vice*)
Thomas J. Pappas (*admitted pro hac vice*)
Wiggin & Nourie, PA
P.O. Box 808
Manchester, NH 03105-0808
603-669-2211
603-623-8442 (fax)

Counsel for Kentek Corporation,
Bonnie G. Simmons and
Richard L. Pellegrini

SO ORDERED this 6th day of November, 2006.

Mary M. Lisi
Hon. Mary M. Lisi
United States District Judge

**EXHIBIT A**

Glendale
uvex
LGF
LGM
LSK
LOTG
OTG
LPG
FLEXSEAL
XC
GENESIS
LS5
ENCORE
SKYPER
MILLENNIA
LASER GUARD
IPL-AID
LED-AID
LASER-AID
DERM-AID
LIGHTSPEED
LRS
LASER SHIELD
LASE-R-SHIELD
E7, E8, E25, E74, F90
F7, F8,F25,F74,F90
GU2, GU6,GU7,GW4,GW5
LGT
DVO
LS6
L5
LAZAN
I-BLOCK
SPECTRASHIELD
SPECTRAVIEW
SPECTRUM CONTROL TECHNOLOGY ( SCT)
LASER MED
LASER LINE

**EXHIBIT B**

**KENTEK CORPORATION IS NO LONGER AN AUTHORIZED DEALER OR DISTRIBUTOR OF GPT GLENDALE, INC. AND NO LONGER SELLS ANY GPT GLENDALE, INC. PRODUCTS.**