UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT Glendale, Inc. Plaintiff | ) | |
| v. | ) | C.A. No.06-334 |
| Kentek Corporation, et al Defendant(s) | ) | |

**AFFIDAVIT OF COMPLIANCE BY BONNIE G. SIMMONS**

Bonnie G. Simmons, being duly sworn , hereby deposes and says:

1. I make this Affidavit under paragraph 6 of the Consent Decree dated November 6, 2006.

2. With respect to paragraph 5(a) of the Consent Decree, I have not used, disclosed, or aided and abetted the use or disclosure by others of information, not readily obtainable or ascertainable by proper means, necessary to manufacture GPT Glendale products – including the dye formulas, the product history for each of the dyes, bills of materials, sources of supply, and methods and techniques of production.

3. With respect to paragraph 5(b) of the Consent order, I have not used, disclosed, or aided and abetted the use or disclosure by others of information not readily ascertainable by proper means contained in GPT Glendale's customer, supplier, and vendor list.

Respectfully submitted,

KENTEK CORPORATION

Date: 12-06-06, 2006

By: ______________________
Bonnie G. Simmons

STATE OF NEW HAMPSHIRE
MERRIMACK CTY., ss.

Subscribed and sworn to by Bonnie G. Simmons.

Before me,

______________________
Notary Public/Justice of the Peace

My Commission Expires: MARTHA J. MOLOY
NOTARY PUBLIC
MY COMMISSION EXPIRES
JUNE 4, 2008