UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT Glendale, Inc.<br>Plaintiff<br><br>v.<br><br>Kentek Corporation, et al<br>Defendant(s) | ) | C.A. No.06-334 |

**AFFIDAVIT OF COMPLIANCE BY RICHARD L. PELLEGRINI**

Richard L. Pellegrini, being duly sworn , hereby deposes and says:

1. I make this Affidavit under paragraph 6 of the Consent Decree dated November 6, 2006.

2. With respect to paragraph 5(a) of the Consent Decree, I have not used, disclosed, or aided and abetted the use or disclosure by others of information, not readily obtainable or ascertainable by proper means, necessary to manufacture GPT Glendale products – including the dye formulas, the product history for each of the dyes, bills of materials, sources of supply, and methods and techniques of production.

3. With respect to paragraph 5(b) of the Consent order, I have not used, disclosed, or aided and abetted the use or disclosure by others of information not readily ascertainable by proper means contained in GPT Glendale's customer, supplier, and vendor list.

Respectfully submitted,

KENTEK CORPORATION

Date: Dec 6, 2006

By: [signature]
Richard L. Pellegrini

STATE OF NEW HAMPSHIRE
____________________, ss.

Subscribed and sworn to by Richard L. Pellegrini.

Before me,

[signature]
Notary Public/Justice of the Peace

My Commission Expires: 3/6/2009

JACQUELINE D. DOZIER
Comm# DD0403302
Expires 3/6/2009
Bonded thru (800)432-4254
Florida Notary Assn., Inc