UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT Glendale, Inc.<br>Plaintiff<br><br>v.<br><br>Kentek Corporation, et al<br>Defendant(s) | ) | C.A. No.06-334 |

**AFFIDAVIT OF COMPLIANCE BY KENTEK CORPORATION**

Thomas D. MacMullin, being duly sworn , hereby deposes and says:

1. I am the President of Kentek Corporation. I make this Affidavit for Kentek under paragraph 6 of the Consent Decree dated November 6, 2006.

2. With respect to paragraph 1 of the Consent Decree, to the best of my knowledge, Kentek does not use any photographs of GPT Glendale's products in connection with the marketing, promotion or advertising of any products that are not genuine GPT Glendale products. I am certain that no such photographs appear on Kentek's website. With respect to all printed material under Kentek's control, I believe there are no such photographs.

3. With respect to paragraph 2 of the Consent Decree, Kentek, in connection with the manufacture, sale, promotion, and/or advertising of its protective eyewear products, does not use any product numbers or other methods of identifying products that begin with the letters "U" or "G, " are similar in sight, sound, or appearance to any of the trademarks, brand names, or product names listed in Exhibit A, including but not limited to Laser-Aid®, Lightspeed®, and Uvex® (the

"GPT Glendale Names") on its website. With respect to all printed material under Kentek's control, there is no such usage.

4. With respect to paragraph 3 of the Consent Decree, Kentek does not use GPT Glendale names or any marks that are similar in sight, sound, or appearance to the GPT Glendale Names in connection with the manufacture, sale, promotion, or advertising of any of Kentek's protective eyewear products on its website. With respect to all printed material under its control, there is no such usage.

5. With respect to paragraph 4(a) of the Consent Decree, Kentek, since October 16, 2006 has made prominent display on the top half of its website the language set forth in Exhibit B of the Consent Decree.

6. With respect to paragraph 4(b) of the Consent Decree, Kentek has placed a curative advertisement, on a one-time basis, containing the statement set forth in Exhibit B in the *Laser Institute of America Newsletter for December 2006 publication.*. A similar request has been made of the publisher of Ae*sthetic Trends & Technologies, also for December publication.*

7. With respect to paragraph 4 (c) of the Consent Decree, Kentek has sent by electronic mail to all current and former customers for which Kentek has e-mail addresses the statement set forth in Exhibit B of the Consent Decree. This mailing was conducted on November 30, 2006.

8. With respect to paragraph 5(a) of the Consent Decree, Kentek has not used, disclosed, or aided and/or abetted the use or disclosure by others of information not readily ascertainable by proper means, necessary to manufacture GPT Glendale products – including the dye formulas, the product history for each of

the dyes, bills of material, sources of supply, and methods and techniques of production.

9. With respect to paragraph 5(b) of the Consent Order, Kentek has not used, disclosed, or aided and abetted the use and disclosure by others of information not readily ascertainable by proper means contained in GPT Glendale's customer, supplier, and vendor list.

Respectfully submitted,

KENTEK CORPORATION

Date: December 6, 2006

By: [signature]
Thomas D. MacMullin
President

STATE OF NEW HAMPSHIRE
MERRIMACK COUNTY, ss.

Subscribed and sworn to by Thomas D. MacMullin.

Before me,

[signature: Martha J. Moloy]
Notary Public/Justice of the Peace

My Commission Expires: MARTHA J. MOLOY NOTARY PUBLIC MY COMMISSION EXPIRES JUNE 4, 2008