UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br><br>WILLIAM L. ARTHUR, an individual resident of New Mexico;<br><br>BONNIE G. SIMMONS, an individual resident of New Hampshire;<br><br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br><br>Defendants. | ) | Case No. CA 06-334 |

**FINAL CONSENT ORDER**

WHEREAS, on or about July 21, 2006, Plaintiff GPT Glendale, Inc. ("GPT Glendale") filed a Verified Complaint ("Complaint") in the above-captioned action against Kentek Corporation, William L. Arthur, Bonnie G. Simmons, and Richard L. Pellegrini, asserting various causes of action, including, among others, breach of contract, misappropriation of trade secrets, breach of fiduciary duty and breach of the duty of loyalty (GPT Glendale and William L. Arthur are collectively referred to herein as the "Parties");

WHEREAS, Defendant William L. Arthur answered the Complaint on or about August 21, 2006 denying liability and subsequently moved to compel arbitration and stay these proceedings pending arbitration;

WHEREAS, on or about October 4, 2006, GPT Glendale moved for a preliminary injunction against all of the defendants, including William L. Arthur;

WHEREAS, to avoid further time and expense and to fully and finally resolve all disputes between them, GPT Glendale and William L. Arthur desire to enter into this Final Consent Order, upon the terms and conditions contained herein;

For the foregoing reasons, and for good cause shown, IT IS HEREBY STIPULATED BY AND BETWEEN GPT GLENDALE AND WILLIAM L. ARTHUR, AND ORDERED BY THE COURT, AS FOLLOWS:

1. Subject to the exception set forth in Paragraph 2 below, William L. Arthur shall submit all of the following information, including, without limitation, any and all originals, copies and duplicates, to GPT Glendale:

a. All GPT Glendale property in his possession, custody and control, including, without limitation, any and all notes, files, records, invoices, correspondence, emails, documents, products, or other information belonging, referring or relating to GPT Glendale or any of its products, customers, vendors, suppliers, trademarks, or patents;

b. All documents in William L. Arthur's possession, custody or control, including, without limitation, any and all notes, files, records, invoices, correspondence, emails or other documents referring or relating to any sales leads for

any existing or potential customers of GPT Glendale, or any leads he obtained relating to any new or potential customers of GPT Glendale; and

c. All correspondence, emails, letters, notes or other documents in William L. Arthur's possession, custody or control reflecting or referring to any communications between or among William L. Arthur, Kentek Corporation, Karen Brown, Bonnie G. Simmons, Richard L. Pelligrini or any former or existing customers of GPT Glendale.

2. For a period of eleven years, with respect to documents, Bates-stamped WA000001 through WA000366 ("Documents"), William L. Arthur shall submit these Documents, including, without limitation, any and all originals, copies and duplicates, to his counsel of record in the above-captioned action, Messrs. Mel. B. O'Reilly, Esq. and Dennis J. Roberts, II, Esq. ("Counsel of Record") and they agree to retain the Documents until further order from this Court or agreement by the Parties. In addition, William Arthur and his Counsel of Record shall not use or otherwise disclose the Documents, or any information contained therein, to any person or entity unless permitted to do so by order of this Court or agreement of the Parties. At the expiration of eleven years following the date of entry of this Final Consent Order, Counsel of Record may return the Documents to William Arthur.

3. William L. Arthur shall file with this Court an affidavit certifying his compliance with the terms contained in Paragraphs 1 and 2, above. Such affidavit is attached hereto as Exhibit A and incorporated into and made part of this Consent Order. Within ten (10) days of filing this Consent Order, the Parties shall execute and file a Stipulation of Dismissal of the Verified Complaint against William L. Arthur with

prejudice pursuant to Fed. R. Civ. P. Rule 41(a), with each party to bear its own costs and expenses, including attorneys' fees.

4. William L. Arthur shall be subject to the non-competition provision, Paragraph 9(a), of his March 31, 2000 Employment Agreement with Bacou USA Safety, Inc. ("Non-Competition Agreement") for an additional six (6) months beginning on January 1, 2007 and continuing through June 30, 2007, or until final resolution of the above-captioned action, whether by order, judgment or settlement, with Defendants Kentek Corporation, Bonnie G. Simmons and Richard L. Pelligrini, whichever occurs first. During the time period that the Non-Competition Agreement is in effect, GPT Glendale shall pay William L. Arthur his base salary at the current rate and pursuant to the schedule set forth in the letter dated May 2, 2006 from Bacou-Dalloz to William L. Arthur.

5. GPT Glendale shall retain the option to extend the terms set forth in Paragraph 4, above, for an additional six (6) month period beginning July 1, 2007. That option belongs solely to GPT Glendale and shall be exercised at its sole discretion upon written notice to William L. Arthur on or before June 1, 2007.

6. This Court shall retain jurisdiction to enforce this Final Consent Judgment and determine whether either party has violated any of the terms or conditions of this Final Consent Judgment.

AGREED TO BY COUNSEL FOR THE PARTIES:

FOR THE PLAINTIFF,

GPT Glendale, Inc.

/s/ Darlene K. Alt

_______________________________

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

Michael J. Lockerby *(admitted pro hac vice)*
Mark Salzberg *(admitted pro hac vice)*
Peter G. Mack *(admitted pro hac vice)*
FOLEY & LARDNER LLP
3000 K Street NW, Suite 500
Washington, DC 20007
(202) 672-5300
(202) 672-5399 (fax)

FOR THE DEFENDANT,

William L. Arthur

/s/ Dennis J. Roberts II

_______________________________

Dennis J. Roberts II (#0560)
LAW OFFICES OF DENNIS J. ROBERTS II
40 Westminster Street
Providence, RI 02903-2525
(401) 274-9600
(401) 274-6500 (fax)

Mel O'Reilly (*admitted pro hac vice*)
LAW OFFICES OF MEL B. O'REILLY, L.L.C
7125 Prospect Place, N.E.
Albuquerque, NM 87110-4313
(505)-881-7676
(505)-884-6362 fax

SO ORDERED this 12th day of December 2006.

Mary M. Lisi

The Honorable Mary M. Lisi

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**GPT GLENDALE, INC.,**
**a Delaware Corporation,**
**Plaintiff,**

**vs.** **Case No. CA 06-334**

**KENTEK CORPORATION,**
**a New Hampshire corporation;**
**WILLIAM L. ARTHUR,**
**an individual resident of New Mexico;**
**BONNIE G. SIMMONS,**
**an individual resident of New Hampshire, and**
**RICHARD L. PELLEGRINI,**
**an individual resident of Florida,**
**Defendants.**

**AFFIDAVIT**

STATE OF NEW MEXICO )
) ss
COUNTY OF BERNALILLO )

**WILLIAM L. ARTHUR**, being first duly sworn upon his oath, deposes and says:

1. I make this Affidavit pursuant to the Final Consent Order entered in the above-entitled and captioned cause.

2. I have submitted any and all originals, copies, and duplicates to GPT Glendale of the following:

a. All GPT Glendale property in my possession, custody, and control, including without limitation, any and all notes, files, records, invoices, correspondence, emails, documents, products or other information belonging, referring or relating to GPT Glendale or any of its products, customers, vendors, suppliers, trademarks, or patents;

W.L.A

b. All documents in my possession, custody or control, including without limitation, any and all notes, files, records, invoices, correspondence, emails or other records, electronic or otherwise, referring or relating to any sales leads for any existing or potential customers of GPT Glendale, or any leads I obtained relating to any new or potential customers of GPT Glendale: and

c. All correspondence, emails, letters, notes or other documents in my possession, custody or control reflecting or referring to any communications between or among myself, Kentek Corporation, Karen Brown, Bonnie G. Simmons, Richard L. Pelligrini or any former or existing customers of GPT Glendale.

3. I have delivered documents, Bates-Stamped as WA000001 through WA000366 ("Bates-Stamped Documents"), to my counsel of record in the above-captioned action, Messrs. Mel B. O'Reilly, Esq. and Dennis J. Roberts, II, Esq., to be held pursuant to the terms of the Final Consent Order agreed to by the parties on the 6th day of December, 2006. Upon delivery of those Bates-Stamped Documents, I have no other property, documents or correspondence in my possession relating or referring to GPT Glendale.

4. Any sales leads and contact information relating to Lase-R-Shield and/or GPT Glendale's existing or potential customers that I obtained during the course of my employment with Bacou-Dalloz were recorded either electronically in Lase-R-Shield's ACCESS database or in hardcopy. All such records, including those maintained electronically and in hard copy, have been turned over to GPT Glendale, with the exception of the Bates-Stamped Documents set forth in Paragraph 3, above. I have no other documents or records, electronic, hardcopy or otherwise, that refer, relate or otherwise reflect any sales leads or contact information relating to Lase-R-Shield and/or GPT Glendale's existing or potential customers.

W.L.A



PRV_PRV_850787_2/DALT

FURTHER Affiant sayeth naught.

W.L. Arthur
William L. Arthur

SUBSCRIBED and SWORN TO before me this 7th day of December, 2006, by William L. Arthur.

M Zamora
Notary Public

My commission expires:
04-28-2010

MARY L. ZAMORA NOTARY PUBLIC STATE OF NEW MEXICO