**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GPT GLENDALE, INC., a Delaware corporation,

Plaintiff,

v.

KENTEK CORPORATION, a New Hampshire corporation;

WILLIAM L. ARTHUR, an individual resident of New Mexico;

BONNIE G. SIMMONS, an individual resident of New Hampshire;

RICHARD L. PELLEGRINI, an individual resident of Florida,

Defendants.

Case No. CA 06-334 ML

Enter: Mary M. Lisi USDJ 12/14/06

## DISMISSAL STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff GPT Glendale, Inc. ("GPT Glendale") and Defendant William Arthur ("Arthur") hereby stipulate and agree that all of GPT Glendale's claims against Mr. Arthur asserted in the above-captioned action shall be dismissed with prejudice with GPT Glendale and Mr. Arthur each to bear their own costs, attorneys' fees and expenses, including without limitation, any and all court costs and filing fees.

GPT Glendale, Inc.
By its attorneys,

/s/ Darlene K. Alt

Darlene K. Alt (#6345)
EDWARDS ANGELL
PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
(401) 276-6611 Fax

William L. Arthur
By his attorney,

/s/ Dennis J. Roberts

Dennis J. Roberts, Esq. (#0560)
LAW OFFICES OF DENNIS J. ROBERTS
40 Westminster Street
Providence, RI 02903-2525
Telephone: (401) 274-9600
(401) 274-6500 Fax

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants listed below and as identified on the Notice of Electronic Filing (NEF) on December 14, 2006, and that there are no non-registered participants.

James W. Ryan
PARTRIDGE, SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

Michael J. Lockerby
Peter G. Mack
Mark A. Salzberg
FOLEY & LARDNER LLP
3000 K Street NW #500
Washington, D.C. 20007

W. Wright Danenbarger
Thomas J. Pappas
WIGGIN & NOURIE, PA
P.O. BOX 808
Manchester, NH 03105-0808

Mel B. O'Reilly
LAW OFFICES OF MEL B. O'REILLY, L.L.C
7125 Prospect Place, N.E.
Albuquerque, NM 87110-4313

Dennis J. Roberts
LAW OFFICES OF DENNIS J. ROBERTS II
40 Westminster Street
Providence, RI 02903-2525
Telephone: (401) 274-9600
Fax: (401) 274-6500

/s/ Darlene K. Alt