UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT GLENDALE, INC.,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENTEK CORPORATION,<br>a New Hampshire corporation ET AL.<br><br>Defendants | ) | C.A. NO. 06-334 ML |

**ENTRY OF APPEARANCE**

Christine K. Bush, Esq. and the law firm of Duffy Sweeney & Scott, LTD, hereby enter their appearance on behalf of defendant, Kentek Corporation, in the above-referenced matter.

KENTEK CORP.,
By its Attorneys,

/s/ Christine K. Bush

Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suit e 1200
Providence, Rhode Island 02903
(401) 455-0700
(401) 455-0701 (Fax)
cbush@duffysweeney.com

Dated: December 20, 2006

## CERTIFICATE OF SERVICE

TO:

Darlene K. Alt, Esq.
Edwards Angell Plamer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

W. Wright Danenbarger, Esq.
Wiggin & Nourie, P.A.
670 No. Commercial Street, suite 305
P. O. box 808
Manchester, NH 03105

James W. Ryan, Esq.
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

I hereby certify that I caused the within *Entry of Appearance* to be filed through the ECF system on the 20th day of December, 2006, and it will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing, and that I caused a copy to be served, via First Class Mail, to the following counsel who are non-registered participants in the ECF system:

Michael J. Lockerby, Esq.
Peter G. Mack, Esq.
Mark A. Salzberg, Esq.
Foley & Lardner, LLP
Washington Harbour
3000 K. Street, NW., Suite 500
Washington, DC 20007

/s/ Christine K. Bush #5587

*clients/Kentek/Pleadings/Entry Appearance CKB*