UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GPT GLENDALE, INC., a Delaware corporation,

Plaintiff,

v.

KENTEK CORPORATION, a New Hampshire corporation ET AL.

Defendants

C.A. NO. 06-334 ML

# MOTION FOR ADMISSION PRO HAC VICE

Defendant, Kentek Corp., hereby moves that George A. Smith, Jr. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

KENTEK CORP.,
By its Attorneys,

/s/ Christine K. Bush

Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suit e 1200
Providence, Rhode Island 02903
(401) 455-0700
(401) 455-0701 (Fax)
cbush@duffysweeney.com

Dated: December 20, 2006

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

1. I am a member in good standing of the bar of the State(s) of Pennsylvania and of the following Federal District and/or Court of Appeals Bar(s): E.D. Pennsylvania, W.D. Wisconsin, 3, 7, 7, 10 Federal Circuit, and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or any other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending

against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation).

3. I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

4. Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided.)

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

[signature]
Signature of *Pro Hac Vice* Applicant

George A. Smith, Jr. PA 13593
Print name State Bar ID
Howson & Howson, LLP
Firm Name
Suite 210, 501 Office Center Drive, Fort Washington, PA 19034
Business Address
(215) 540-9200 (215) 540-5818
Tel. # Fax. #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 201 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Christine K. Bush #5587
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 Tel.
(401) 455-0701 Fax.
cbush@duffysweeney.com

**CERTIFICATE OF SERVICE**

TO:

Darlene K. Alt, Esq.
Edwards Angell Plamer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

W. Wright Danenbarger, Esq.
Wiggin & Nourie, P.A.
670 No. Commercial Street, suite 305
P. O. box 808
Manchester, NH 03105

James W. Ryan, Esq.
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

I hereby certify that I caused the within *Motion for Admission Pro Hac Vice* to be filed through the ECF system on the 20th day of December, 2006, and it will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing, and that I caused a copy to be served, via First Class Mail, to the following counsel who are non-registered participants in the ECF system:

Michael J. Lockerby, Esq.
Peter G. Mack, Esq.
Mark A. Salzberg, Esq.
Foley & Lardner, LLP
Washington Harbour
3000 K. Street, NW., Suite 500
Washington, DC 20007

/s/ Christine K. Bush #5587

*clients/Kentek/Pleadings/Pro Hac Motion Smith*