UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br><br>BONNIE G. SIMMONS, an individual resident of New Hampshire; and<br><br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br><br>Defendants. | ) | Case No. CA 06-0334-ML<br><br>TRIAL BY JURY DEMANDED |

**PLAINTIFF'S PRETRIAL CONFERENCE STATEMENT**

Plaintiff GPT Glendale, Inc. ("GPT Glendale"), submits the following pretrial conference statement in accordance with this Court's January 10, 2007 Pretrial Order.

GPT Glendale designs and manufactures protective eyewear and specialty filters. GPT Glendale sells its products directly to laser equipment manufacturers and relies on authorized distributors for sales in other markets, including its own internal distribution arm, Lase-R-Shield. Defendant Kentek Corporation ("Kentek") was, until April 14, 2006, one of a handful — and the largest — of GPT Glendale's outside distributors. Based upon the actions alleged in the Verified Complaint, GPT Glendale terminated Kentek as an authorized distributor on April 14, 2006.

In 2002, while still a GPT Glendale authorized distributor, Kentek expressed an interest in purchasing Lase-R-Shield from GPT Glendale. In conjunction with the potential sale of Lase-R-Shield, GPT Glendale and Kentek entered into a Mutual Confidentiality Agreement (the "Lase-R-Shield Confidentiality Agreement") to govern the exchange of confidential and

proprietary information. Negotiations surrounding the sale of Lase-R-Shield continued on and off for two years. During that time, and pursuant to the Lase-R-Shield Confidentiality Agreement, GPT Glendale provided Kentek with confidential and proprietary business information for the sole purpose of allowing Kentek to evaluate the potential purchase of Lase-R-Shield. In 2004, Kentek informed GPT Glendale that it was no longer interested in purchasing Lase-R-Shield.

Shortly after the Lase-R-Shield negotiations ended, it became apparent to GPT Glendale that Kentek had been improperly using GPT Glendale's proprietary materials disclosed pursuant to the Lase-R-Shield Confidentiality Agreement in order to develop its own business and to compete directly with GPT Glendale. Additionally, Kentek actively sought to hire away from GPT Glendale members of GPT Glendale's senior management and other employees (including the entire competing Lase-R-Shield sales unit). As of early 2005, at least five GPT Glendale employees had resigned from GPT Glendale and had accepted employment or consulting positions with Kentek. These individuals include Defendants Bonnie G. Simmons ("Simmons") and Richard L. Pellegrini ("Pellegrini"), each of whom were in possession of GPT Glendale trade secrets and other proprietary information.

Moreover, to gain a competitive advantage over GPT Glendale, Kentek employed unfair and deceptive trade practices, including: (*i*) misappropriating GPT Glendale's trade secrets by accepting from former GPT Glendale employees confidential and proprietary information concerning GPT Glendale's business and products; (*ii*) making improper use of GPT Glendale's trade dress, trademarks, and product numbers to effectuate a "bait and switch" between GPT Glendale's products (the "bait") and Kentek's knock-off products (the "switch"); (*iii*) providing false and misleading information to GPT Glendale's current and potential customers regarding

the availability of GPT Glendale's products; (*iv*) failing to inform current and potential GPT Glendale customers that Kentek was no longer an authorized distributor of GPT Glendale products; and (*v*) tortiously interfering with GPT Glendale's business relationships by advising GPT Glendale's current and potential customers not to purchase GPT Glendale products because Kentek would soon be coming out with "knock-off" products identical to and cheaper than those offered by GPT Glendale. At least one of Kentek's "knock-off" products infringe patents held by GPT Glendale.

The misconduct of Kentek, Simmons, and Pellegrini has caused GPT Glendale to lose sales and therefore profits. Moreover, GPT Glendale has lost control of the reputation and goodwill associated with its trademarks and products, and of its valuable trade secrets. As a result, GPT Glendale faces damages to its customer relationships, if not the loss of certain customer relationships altogether.

The legal issues raised by Defendants' conduct include: (1) whether Kentek breached the Lase-R-Shield Confidentiality Agreement by using GPT's Glendale's confidential and proprietary information to develop its own competing laser protective eyewear business; (2) whether Kentek's actions amount to trademark infringement, unfair competition, misappropriation of trade secrets, and/or tortious interference with current and prospective business relationships; (3) whether Simmons and Pellegrini breached their respective duties of loyalty to GPT Glendale, and misappropriated GPT Glendale's trade secrets; (4) whether Kentek's SEPS-Eyesafe product infringes one or more claims of U.S. Patent No. 6,320,094 (the "'094 Patent"), assigned to GPT Glendale on or around September 15, 2000, and, if so, whether Kentek has sold, offered to sell, imported, and/or used any articles that directly, contributorily, or by inducement, infringe one or more claims of the '094 patent.

GPT GLENDALE, INC.

By its Attorneys,

/s/ Darlene K. Alt

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (fax)
dalt@eapdlaw.com
rripple@eadplaw.com

Michael J. Lockerby (*admitted pro hac vice*)
Peter G. Mack (*admitted pro hac vice*)
Mark A. Salzberg (*admitted pro hac vice*)
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 500
Washington, DC 20007
(202) 672-5300
(202) 672-5399 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants listed below and as identified on the Notice of Electronic Filing (NEF) on January 31, 2007 and that there are no non-registered participants.

James W. Ryan
Robert K. Taylor
PARTRIDGE, SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

Christine K. Bush
DUFFY, SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

Michael J. Lockerby
Peter G. Mack
Mark A. Salzberg
FOLEY & LARDNER LLP
3000 K Street NW #500
Washington, D.C. 20007

George A. Smith, Jr.
HOWSON & HOWSON, LLP
501 Office Center Drive, Suite 210
Fort Washington, PA 19034
(215) 540-9200
(215) 540-5818 (fax)

W. Wright Danenbarger
Thomas J. Pappas
WIGGIN & NOURIE, PA
P.O. BOX 808
Manchester, NH 03105-0808

/s/ Darlene K. Alt