**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT GLENDALE, INC., a Delaware corporation, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CA 06-334-ML |
| KENTEK CORPORATION, a New Hampshire corporation; | ) | TRIAL BY JURY DEMANDED |
| BONNIE G. SIMMONS, an individual resident of New Hampshire; and | ) | |
| RICHARD L. PELLEGRINI, an individual resident of Florida, | ) | |
| Defendants. | ) | |

**ACKNOWLEDGEMENT AND AGREEMENT**
**TO MAINTAIN CONFIDENTIALITY**

I, ___________________________, understand that one of the parties in this action desires to disclose to me certain information that is confidential. I have read and I understand the Protective Order to which this Acknowledgment and Agreement is attached. I understand and acknowledge that the Protective Order governs my use of the Confidential Information.

I agree that I will not disclose any Confidential Information (including any copies, summaries, extracts or notes of any Confidential Information) to any person, agency, institution, company or other entity, except those persons to whom disclosure is permitted under this Protective Order. I further agree and hereby submit myself to the jurisdiction of the United States District Court for the District of Rhode Island, with respect to any proceedings for

enforcement of, or sanctions in connection with my use of Confidential Information under this Protective Order.

DATE:_______________

_____________________________
(Signature)

_____________________________
(Type or Print Name)