UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br><br>BONNIE G. SIMMONS, an individual resident of New Hampshire; and<br><br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br><br>Defendants. | ) | Case No. CA 06 334<br><br>TRIAL BY JURY DEMANDED |

**NOTICE OF WITHDRAWAL – W. WRIGHT DANENBARGER**

MR. CLERK:

Enter my Withdrawal as counsel for the defendants, Kentek Corporation, Bonnie G. Simmons, and Richard L. Pellegrini, in respect to the above-entitled case. All defendants will continue to be represented by counsel.

Respectfully submitted,

KENTEK CORPORATION
BONNIE G. SIMMONS
RICHARD L. PELLEGRINI

By their Attorneys,

WIGGIN & NOURIE, P.A.

Date: June 21, 2007

By: *<u>/s/ W. Wright Danenbarger</u>*
W. Wright Danenbarger, Esquire
Wiggin & Nourie, P.A.

670 No. Commercial Street, Suite 305
P.O. Box 808
Manchester, NH 03105-0808
(603) 669-2211
(603) 623-8442 FAX
wdanenbarger@wiggin-nourie.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 21st day of June, 2007 I caused a true and correct copy of the foregoing Notice of Withdrawal to be served by first class mail, postage prepaid, on the following counsel of record:

Darlene K. Alt, Esquire
Raymond M. Ripple, Esquire
Edwards, Angell, Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Michael J. Lockerby, Esquire
Mark A. Salzberg, Esquire
FOLEY & LARDNER LLP
3000 K St. NW
Washington, DC 20007

George A. Smith, Jr., Esquire
HOWSON & HOWSON
501 Office Center Drive, Suite 210
Fort Washington PA 19034

Christine K. Bush, Esquire
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

James W. Ryan
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

__*/s/ W. Wright Danenbarger*________
W. Wright Danenbarger

822361.doc