**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br><br>BONNIE G. SIMMONS, an individual resident of New Hampshire; and<br><br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br><br>Defendants. | ) | Case No. CA 06-334-ML |

**JOINT MOTION TO**
**EXTEND CERTAIN PRE-TRIAL DEADLINES**

Plaintiff GPT Glendale, Inc. and Defendants Kentek Corporation, Bonnie G. Simmons, and Richard L. Pellegrini, though their undersigned counsel, hereby jointly request that this Court enter an Order amending the Pretrial Order (DE #47) and extending certain pre-trial deadlines as follows:

1. Fact Discovery Cut-Off: August 13, 2007

2. Deadline for Initial Expert Witness Reports: August 31, 2007

3. Deadline to File Motion Requesting Markman Hearing: September 30, 2007

4. Deadline for Rebuttal Expert Witness Reports: October 31, 2007

5. Expert Discovery Cut-Off: November 16, 2007

6. Deadline for Filing Dispositive Motions: December 14, 2007

Apart from the deadlines noted above, the parties would request that all other deadlines set forth in the Pretrial Order remain the same.

The parties stipulate and agree that good cause exists to extend the above-noted deadlines because the parties, despite their diligence, cannot complete discovery, including third-party discovery, prior to the current August 1, 2007 fact discovery cut-off date. In particular, despite that extensive written discovery has already been conducted, the parties need additional time to take numerous out-of-district depositions. Furthermore, the parties stipulate and agree that the proposed extended deadlines will not delay trial in this matter.

**WHEREFORE**, Plaintiff GPT Glendale, Inc. and Defendants Kentek Corporation, Bonnie G. Simmons, and Richard L. Pellegrini respectfully request that the Pretrial Order be amended to reflect the proposed extended deadlines set forth above.

/s/ Raymond M. Ripple______________
Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (fax)
dalt@eapdlaw.com
rripple@eadplaw.com

and

Michael J. Lockerby (*admitted pro hac vice*)
Mark A. Salzberg (*admitted pro hac vice*)
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 500
Washington, DC 20007

/s/ James W. Ryan_______________
James W. Ryan (#4042)
Robert K. Taylor (#6515)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)
jwr@sdh.com
rkt@psh.com

and

W. Wright Danenbarger
Thomas J. Pappas
Wiggin & Nourie, P.A.
670 North Commercial Street, Suite 305
P.O. Box 808
Manchester, NH 03105-0808

(202) 672-5300
(202) 672-5399 (fax)

*Counsel for Plaintiff GPT Glendale, Inc.*

(603) 669-2211
(603) 623-8442 (fax)
wdanenbarger@wiggin-nourie.com
tpappas@wiggen-nourie.com

and

Christine K. Bush (#5587)
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (fax)

and

George A. Smith, Jr.
Howson & Howson, LLP
501 Office Center Drive, Suite 210
Fort Washington, PA 19034
(215) 540-9200
(215) 540-5818 (fax)

*Counsel for Defendant Kentek Corporation, Bonnie G. Simmons, and Richard L. Pellegrini*