UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br><br>BONNIE G. SIMMONS, an individual resident of New Hampshire; and<br><br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br><br>Defendants. | Case No. CA 06 334<br><br>TRIAL BY JURY DEMANDED |

**MOTION FOR WITHDRAWAL OF APPEARANCE OF PETER G. MACK ON BEHALF OF PLAINTIFF**

Plaintiff GPT Glendale, Inc., by and through its attorneys, hereby moves for the withdrawal of Peter G. Mack as counsel of record upon his retirement from Foley & Lardner LLP. The Plaintiff will continue to be represented by Foley & Lardner LLP and Edwards, Angell, Palmer & Dodge LLP.

Dated: July 25, 2007

Respectfully submitted,

GPT GLENDALE, INC.

/s/ Raymond M. Ripple

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (fax)
dalt@eapdlaw.com
rripple@eadplaw.com

Michael J. Lockerby (*admitted pro hac vice*)
Mark A. Salzberg (*admitted pro hac vice*)
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 500
Washington, DC 20007
(202) 672-5300
(202) 672-5399 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 25, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple