UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br><br>BONNIE G. SIMMONS, an individual resident of New Hampshire; and<br><br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br><br>Defendants. | ) | C.A. 06-334-ML |

**PLAINTIFF GPT GLENDALE, INC.'S ASSENTED TO MOTION TO RESCHEDULE SETTLEMENT CONFERENCE DATE**

Defendant GPT Glendale, Inc. ("GPT") hereby respectfully moves to reschedule the settlement conference currently scheduled for August 9, 2007 at 2:00 p.m.. In support of this motion, GPT submits that its trial counsel has scheduling conflicts on the date that the settlement conference currently is scheduled, which existed in time prior to the scheduling of the settlement conference for that date. Counsel for GPT has conferred with opposing counsel regarding the rescheduling of the settlement conference, and all parties are available for a conference on August 14th, August 16th, or the week of August 20 – 24th, subject to the Court's schedule and availability.

Dated: July 26, 2007

Respectfully submitted,

GPT GLENDALE, INC.

/s/ Raymond M. Ripple

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (fax)
dalt@eapdlaw.com
rripple@eadplaw.com

Michael J. Lockerby (*admitted pro hac vice*)
Mark A. Salzberg (*admitted pro hac vice*)
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 500
Washington, DC 20007
(202) 672-5300
(202) 672-5399 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 26, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple