UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GPT Glendale, Inc.
Plaintiff(s)

v. Dkt. No. CA 06 334

Kentek Corporation , et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff GPT Glendale, Inc. hereby moves that Brian J. McNamara be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

GPT Glendale, Inc.
(Plaintiff)
By: Raymond M. Ripple
Edwards Angell Palmer & Dodge LLP
Bar ID No.: 6489
Address: 2800 Financial Plaza
Providence, RI 02903

DATED: July 27, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Maryland and District of Columbia and of the following Federal District Court and/or Court of Appeals Bar(s), E.D.Texas, Federal Circuit and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel,as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Brian J McNamara

Signature of *Pro Hac Vice* Applicant

Brian J. McNamara
Print Name

417082
State Bar ID #

Foley & Lardner LLP
Firm Name

3000 K Street NW, Washington DC 20007
Business Address

202-672-5416
Tel. #

202-672-5399
Fax #

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Raymond M. Ripple
Signature of Local Counsel

Raymond M. Ripple — 6489
Print Name — R.I. Bar ID #

Edwards Angell Palmer & Dodge, LLP
Firm and Business Address

2800 Financial Plaza
Providence, RI 02903

Tel. # 401-274-9200 Fax # 401-276-6611

---

**ORDER**

This motion is hereby ______________________________

______________________________
District Judge

Date: