UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br><br>BONNIE G. SIMMONS, an individual resident of New Hampshire; and<br><br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br><br>Defendants. | ) | Case No. CA 06 334-ML<br><br>TRIAL BY JURY DEMANDED |

**<u>JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES</u>**

Pursuant to Local Rule CV-29, Plaintiff GPT Glendale, Inc. and Defendant Kentek Corporation, Bonnie G. Simmons, and Richard L. Pellegrini, though their undersigned counsel, hereby stipulate and respectfully move this Court to extend pre-trial deadlines in this proceeding. In support of this request, the parties state as follows:

1. The parties stipulate and agree that good cause exists to extend pre-trial deadlines an additional two months based upon persisting difficulties the parties have encountered in scheduling out-of-district depositions.

2. This is the second request the parties have made to extend pre-trial deadlines in this matter. By joint motion filed on July 17, 2007, the parties requested that the Court extend certain pre-trial deadlines on grounds of difficulty in scheduling out-of-district depositions of key party-affiliated witnesses. At the time of filing the joint motion, the parties had already engaged

in substantial discovery, including the exchange of documents and responses to written discovery requests. The Court granted the extension on July 18, 2007.

3. Since the first discovery deadline extension, the parties have taken several depositions, but continue to have difficulty scheduling the remaining witnesses despite good faith efforts to do so. Several depositions remain to be taken. Two witnesses are not available to be deposed until the first week of September 2007. A third witness, scheduled to be deposed on August 13, 2007, informed Defendants' counsel on August 6, 2007 that an unexpected conflict had arisen and that she is now unavailable for deposition until after September 4, 2007.

4. Given the difficulty in scheduling these depositions, the parties now will not have adequate time to prepare their cases to meet the remaining pre-trial deadlines. The parties, therefore, request a two-month extension on all pre-trial deadlines. A two-month extension will allow adequate time for the parties to schedule the remaining depositions, prepare their expert witness reports, and prepare any dispositive motions based on fact and expert discovery.

5. Additionally, the parties have been engaged in settlement discussions. The parties have already agreed to settle the non-patent claims raised in Plaintiff's Verified Complaint, executing a Settlement Agreement and Release on July 31, 2007. A two-month extension of pre-trial deadlines will permit the parties to continue their discussions concerning an out-of-court resolution of the sole remaining claim (the patent claim) as well.

6. Based on the above considerations, the parties jointly request that this Court enter an Order amending the Pretrial Order (DE #47) and extending the pre-trial deadlines as follows:

a. Fact Discovery Cut-Off: <u>October 13, 2007</u>

b. Deadline for Initial Expert Witness Reports: <u>October 31, 2007</u>

c. Deadline for Filing Opening Briefs for Markman Hearing: <u>November 30, 2007</u>

d. Deadline for Filing Responsive Briefs for Markman Hearing: December 30, 2007.

e. Deadline for Rebuttal Expert Witness Reports: December 31, 2007

f. Expert Discovery Cut-Off: January 16, 2007

g. Deadline for Filing Dispositive Motions: February 14, 2007.

The parties request that the remaining pre-trial deadlines be calculated from the February 14, 2007 dispositive motion cut-off date.

WHEREFORE, Plaintiff GPT Glendale, Inc. and Defendants Kentek Corporation, Bonnie G. Simmons, and Richard L. Pellegrini respectfully request that their Joint Motion be granted.

GPT GLENDALE, INC.

By Its Attorneys,

/s/ Raymond M. Ripple

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (fax)
dalt@eapdlaw.com
rripple@eadplaw.com

KENTEK CORPORATION,
BONNIE G. SIMMONS,
RICHARD L. PELLEGRINI

By Their Attorneys,

/s/ Craig M. Scott

James W. Ryan (#4042)
Robert K. Taylor (#6515)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)
jwr@sdh.com
rkt@psh.com

Craig M. Scott (#4237)
Christine K. Bush (#5587)
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (fax)

Michael J. Lockerby (*admitted pro hac vice*)
Mark A. Salzberg (*admitted pro hac vice*)
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 500
Washington, DC 20007
(202) 672-5300
(202) 672-5399 (fax)

Thomas J. Pappas (*admitted pro hac vice*)
Wiggin & Nourie, P.A.
670 North Commercial Street, Suite 305
P.O. Box 808
Manchester, NH 03105-0808
(603) 669-2211
(603) 623-8442 (fax)
wdanenbarger@wiggin-nourie.com
tpappas@wiggen-nourie.com

George A. Smith, Jr. (*admitted pro hac vice*)
Howson & Howson, LLP
501 Office Center Drive, Suite 210
Fort Washington, PA 19034
(215) 540-9200
(215) 540-5818 (fax)

SO ORDERED this ___ day of August 2007.

___________________________________
Mary M. Lisi
United States District Judge