**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br><br>BONNIE G. SIMMONS, an individual resident of New Hampshire; and<br><br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br><br>Defendants. | ) | Case No. CA 06-334ML<br><br>TRIAL BY JURY DEMANDED |

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT WITH RESPECT TO NON-PATENT CLAIMS**

**COMES NOW** Plaintiff GPT Glendale, Inc. ("Plaintiff") and Defendants Kentek Corporation ("Kentek"), Bonnie G. Simmons ("Simmons"), and Richard L. Pellegrini ("Pellegrini", and collectively with Kentek and Simmons, "Defendants"), and hereby jointly move this Court for entry of the proposed Final Judgment by Consent with Respect to Non-Patent Claims (the "Consent Judgment"), a copy of which is attached hereto as **Exhibit 1**.

By agreement of the parties, the proposed Consent Judgment provides for the settlement of all claims, other than those claims for patent infringement, brought by Plaintiff against Defendants in the above-captioned action pursuant to terms of the executed Settlement and Release Agreement, a copy of which is attached hereto as **Exhibit 2**.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court enter the attached proposed Consent Judgment.

GPT GLENDALE, INC.

By Its Attorneys,

/s/ Raymond M. Ripple
Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (fax)
dalt@eapdlaw.com
rripple@eadplaw.com

Michael J. Lockerby (*admitted pro hac vice*)
Mark Salzberg (*admitted pro hac vice*)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007
(202) 672-5300
(202) 672-5399 (fax)

KENTEK CORPORATION,
BONNIE G. SIMMONS,
RICHARD L. PELLEGRINI

By Their Attorneys,

/s/ James W. Ryan
James W. Ryan (#4042)
Robert K. Taylor (#6515)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)
jwr@sdh.com
rkt@psh.com

Craig M. Scott (#4237)
Christine K. Bush (#5587)
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (fax)

Thomas J. Pappas *(admitted pro hac vice)*
Wiggin & Nourie, PA
670 No. Commercial Street
P.O. Box 808
Manchester, NH 03105-0808
603-669-2211
603-623-8442 (fax)

George A. Smith Jr. (*admitted pro hac vice*)
Howson & Howson, LLP
501 Office Center Drive, Suite 210
Fort Washington, PA 19034
(215) 540-9200
(215) 540-5818 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 16, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple