# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br><br>BONNIE G. SIMMONS, an individual resident of New Hampshire; and<br><br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br><br>Defendants. | ) | Case No. CA 06-334 |

**FINAL JUDGMENT BY CONSENT WITH RESPECT TO NON-PATENT CLAIMS**

THE COURT, having been advised that – except with respect to claims for patent infringement – the parties to this case wish to compromise and settle all complaints, disputes, and claims between and among them arising out of this action and to release each other from any and all liability; and

IT BEING JUST AND PROPER TO DO SO, the Court hereby ORDERS as follows:

A. **Definitions**. For purposes of this Final Judgment By Consent With Respect to Non-Patent Claims, the following terms shall have the following meanings:

1. "Pending Action" means the above-styled case pending in this Court.

2. "Final Judgment Date" means the date this Final Judgment By Consent With Respect to Non-Patent Claims is entered by the Court.

3. "Patent Claim" means any claim for infringement of a U.S. patent and is ***not*** limited to claims of patent infringement asserted in the Pending Action.

4. "GPT Glendale" means Plaintiff GPT Glendale, Inc. ("GPT Glendale").

5. "Defendants" means Defendants in the Pending Action, *i.e.*, Kentek Corporation ("Kentek"), Bonnie G. Simmons ("Simmons"), and Richard L. Pellegrini ("Pellegrini").

B. **Approval of Settlement Agreement.** The Court has approved the Parties' confidential Settlement Agreement and Release and shall retain jurisdiction to enforce its terms, which are hereby incorporated by reference.

C. **Advertising and Marketing.** For the foregoing reasons, and for good cause shown, IT IS HEREBY ORDERED that Defendants, including their officers, agents, servants, employees, and attorneys, and any persons in active concert or participation with them who receive actual notice of this Final Judgment By Consent With Respect to Non-Patent Claims, to be permanently:

1. enjoined from using any photographs of GPT Glendale products in connection with the marketing, promotion, or advertising of any products that are not genuine GPT Glendale products, including but not limited to the use of

such photographs on Kentek's website or in its marketing, promotional, advertising, and trade show materials;

2. enjoined from – in connection with the manufacture, sale, promotion, or advertising of any of Kentek's protective eyewear products – using any product numbers or other methods of identifying products that begin with the letters "U" or "G" or the letter combination "SEPS," are similar in sight, sound, or appearance to any of the trademarks, brand names, or product names listed in **Exhibit A**, including but not limited to, Laser-Aid®, Light-Speed®, and Uvex® (the "GPT Glendale Names");

3. enjoined from using the GPT Glendale Names or any marks that are similar in sight, sound, or appearance to the GPT Glendale Names in connection with the manufacture, sale, promotion, or advertising of any of Kentek's protective eyewear products;

4. enjoined from using, disclosing, or aiding and abetting the use or disclosure by any third party of the following (collectively, the "Proprietary Materials"):

a. information, not readily ascertainable by proper means, necessary to manufacture GPT Glendale products – including the dye formulas, the product history for each of the dyes, bills of materials, sources of supply, and methods and techniques of production; or

 PRV_901399_1.DOC/RRIPPLE

b. information, not readily ascertainable by proper means, contained in GPT Glendale's customer, supplier, and vendor lists;

nothing herein shall preclude Kentek (i) from continuing to use its existing sources of supply or vendors, or from selling product to its existing customers, and (ii) from using new sources of supply or vendors, or from selling product to new customers, provided (x) that Kentek did not obtain or learn of said existing or new sources of supply, vendors, or customers from the Proprietary Materials, (y) that Kentek's right to sell its product to existing or new customers is subject to the Patent Claims, and (z) that GPT Glendale does not herein waive any claim, or release Kentek from any claim, that the sale of Kentek's product to existing and/or new customers infringes any patent held by GPT Glendale or any patent in which GPT Glendale has an interest, all of which claims are expressly reserved by GPT Glendale.

D. **Return and Destruction of Proprietary Materials.** Within thirty (30) days of entry of this Final Judgment by Consent With Respect to Non-Patent Claims, Defendants — shall:

1. return the Proprietary Materials to GPT Glendale, as that term is defined above; and

2. remove from Defendants' offices, files, and computers all derivative works created from said Proprietary Materials.

E. **Certificate of Compliance.** Within thirty (30) days of entry of this Final Judgment by Consent With Respect to Non-Patent Claims, Defendants shall file with the Court an affidavit signed by each (or, in the case of Kentek, an officer of the company) verifying that company's compliance with the foregoing provisions.

F. **Dismissal With Prejudice.** Except with respect to Count XI and Patent Claims, all claims of the Parties that were asserted or could have been asserted in the Pending Action are hereby DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated this _____ day of August, 2007.

IT IS SO ORDERED:

______________________________
Mary M. Lisi
United States District Judge

We ask for this:

GPT GLENDALE, INC.

By Its Attorneys,

/s/ Raymond M. Ripple
Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (fax)
dalt@eapdlaw.com
rripple@eadplaw.com

KENTEK CORPORATION,
BONNIE G. SIMMONS,
RICHARD L. PELLEGRINI

By Their Attorneys,

/s/ James W. Ryan
James W. Ryan (#4042)
Robert K. Taylor (#6515)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)
jwr@sdh.com
rkt@psh.com

Craig M. Scott (#4237)
Christine K. Bush (#5587)
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (fax)

Michael J. Lockerby (*admitted pro hac vice*)
Mark A. Salzberg (*admitted pro hac vice*)
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 500
Washington, DC 20007
(202) 672-5300
(202) 672-5399 (fax)

Thomas J. Pappas (*admitted pro hac vice*)
Wiggin & Nourie, P.A.
670 North Commercial Street, Suite 305
P.O. Box 808
Manchester, NH 03105-0808
(603) 669-2211
(603) 623-8442 (fax)
wdanenbarger@wiggin-nourie.com
tpappas@wiggen-nourie.com

George A. Smith, Jr. (*admitted pro hac vice*)
Howson & Howson, LLP
501 Office Center Drive, Suite 210
Fort Washington, PA 19034
(215) 540-9200
(215) 540-5818 (fax)

**EXHIBIT A**

Glendale
uvex
LGF
LGM
LSK
LOTG
OTG
LPG
FLEXSEAL
XC
GENESIS
LS5
ENCORE
SKYPER
MILLENNIA
LASER GUARD
IPL-AID
LED-AID
LASER-AID
DERM-AID
LIGHTSPEED
LRS
LASER SHIELD
LASE-R-SHIELD
E7, E8, E25, E74, F90
F7, F8,F25,F74,F90
GU2, GU6,GU7,GW4,GW5
LGT
DVO
LS6
L5
LAZAN
I-BLOCK
SPECTRASHIELD
SPECTRAVIEW
SPECTRUM CONTROL TECHNOLOGY ( SCT)
LASER MED
LASER LINE