# EXHIBIT 2

**SETTLEMENT AGREEMENT AND RELEASE**

This Settlement Agreement and Release (hereinafter referred to as the "Agreement"), made and entered into on this 31st day of July 2007 (the "Settlement Date"), by and among each of the following (each, a "Party"): GPT Glendale, Inc. ("GPT Glendale" or "Plaintiff") and Kentek Corporation ("Kentek"), Bonnie G. Simmons ("Simmons"), and Richard L. Pellegrini ("Pellegrini") (collectively, "Defendants") (collectively, the "Parties"):

**WITNESSETH**

WHEREAS, the Plaintiff and Defendants are adverse in litigation pending in the United States District Court for the District of Rhode Island, Case No. CA 06-334 (the "Civil Action");

WHEREAS, without admitting fault or liability, the Parties have agreed — except with respect to claims for patent infringement — to compromise and settle all complaints, disputes, and claims between and among them arising out of the Civil Action and to release each other from any and all liability with respect to non-patent claims in said Civil Action, and to set forth their mutual understanding and agreements with respect thereto;

WHEREAS, the Parties informed the United States District Court for the District of Rhode Island (the "Court") of the Parties' agreement to compromise and settle all non-patent complaints, disputes and claims between and among them arising out of the Civil Action and to release each other from any and all liability with respect to said Civil Action, except for claims of patent infringement, pursuant to the Final Judgment By Consent With Respect to Non-Patent Claims attached as **Exhibit A**;

NOW, THEREFORE, in consideration of the mutual promises contained herein, and for other good and valuable consideration, the receipt and sufficiency whereof are hereby acknowledged, the Parties agree as follows:

1. **<u>Inventory Repurchase</u>.** Within thirty (30) days of the Settlement Date, GPT Glendale shall repurchase those new items of GPT Glendale products listed in **<u>Exhibit B</u>** (the "GPT Glendale Inventory List"), at the prices identified in the GPT Glendale Inventory List, less the cost of freight, PROVIDED, HOWEVER, that GPT Glendale shall have no obligation to repurchase items on the GPT Glendale Inventory List that GPT Glendale in its sole discretion determines not to be new, in original packaging, and in resalable condition.

2. **<u>GPT Glendale's Release of Defendants</u>.** Except for the Patent Claims as that term is defined in the Final Judgment by Consent With Respect to Non-Patent Claims, GPT Glendale does hereby, now and forever, fully and finally, remise, release, acquit and discharge Defendants and their representatives, insurers, sureties, guarantors, attorneys, successors, assigns, employees, officers, agents, directors, affiliate, subsidiaries, and parents and all other persons, firms or corporations, if any, who are or may be liable in any way to the other, of and from any and all present or future claims, damages, demands, actions, liabilities, responsibilities, causes of action, debts due, sums of money, accounts, reckonings, bonds, bills, covenants, controversies, agreements, or promises whatsoever, in law or in equity, known or unknown, whether in tort or otherwise, against Defendants which were or could have been asserted in the Civil Action. The release provided for herein is not based upon any representations or statements of any kind by any party hereto or any representative of any party hereto as to the merit, legal liability, or value of any claim or claims released herein, or any other matter relating thereto. GPT Glendale further covenants, agrees, and promises that it shall not hereafter commence any type of civil action against Defendants or assert any defenses, counterclaims, or setoffs against Defendants arising out of or related to the claims of the Civil Action released herein.

3. **Defendants' Release of GPT Glendale**. Defendants do hereby, now and forever, fully and finally, remise, release, acquit and discharge GPT Glendale and its representatives, insurers, sureties, guarantors, attorneys, successors, assigns, employees, officers, agents, directors, affiliates, subsidiaries, and parents, and all other persons, firms or corporations, if any, who are or may be liable in any way to the other, of and from any and all present or future claims, damages, demands, actions, liabilities, responsibilities, causes of action, debts due, sums of money, accounts, reckonings, bonds, bills, covenants, controversies, agreements, or promises whatsoever, in law or in equity, known or unknown, whether in tort or otherwise, against GPT Glendale, which were or could have been asserted in the Civil Action. Notwithstanding the foregoing, nothing contained herein shall be construed as a waiver of any defenses to the Patent Claims. The release provided for herein is not based upon any representations or statements of any kind by any party hereto or any representative of any party hereto as to the merit, legal liability, or value of any claim or claims released herein, or any other matter relating thereto. Defendants further covenant, agree, and promise that they shall not hereafter commence any type of civil action against GPT Glendale or assert any defenses, counterclaims, or setoffs against GPT Glendale arising out of or related to the claims of the Civil Action released herein.

4. **Confidentiality**. It is understood and agreed that the terms of this Agreement shall be confidential and shall not be divulged to any person, firm or corporation except the Parties hereto, their attorneys, accountants, and office staffs provided that any party may disclose this Agreement to the extent necessary to enforce any part thereof or to the extent necessary to comply with the law.

5. **Entire Agreement**. This Agreement is an integrated agreement, containing the entire understanding among the parties regarding the matters addressed herein and, except as set

forth in this Agreement, no representations, warranties or promises have been made or relied upon by the parties to the Agreement. This Agreement shall prevail over prior communications regarding the matters addressed herein.

6. **Governing Law**. This Agreement shall be governed by the laws of Rhode Island.

7. **Independent Advice**. Each of the Parties to this Agreement represents and warrants that (i) each Party has received independent legal advice in this matter and is entering into this Agreement freely and voluntarily, wholly upon such Party's own judgment, belief and knowledge, and (ii) except as expressly set forth herein, each party does not rely, and has not relied, upon any representation, warranty, omission, promise or statement made by any of the other Parties to this Agreement, or anyone else, with respect to this matter.

8. **Joint Preparation**. Each Party to this Agreement acknowledges that this Agreement has been drafted and reviewed jointly by the Parties and their counsel, and no presumption of construction shall be applied in favor of or against any of the parties.

9. **Non-Admission of Liability**. It is further understood and agreed between the Parties that the aforesaid consideration, as well as the releases provided for herein, are given and received for the purpose of compromising disputed claims, and that the giving and receiving of said consideration and the releases contained herein are not and shall not be construed to constitute an admission of liability on the part of the Parties released hereby, said liability being expressly denied.

10. **Severability**. The provisions of this Agreement are independent of and separable from each other, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that for any reason any other or others of them may be invalid or unenforceable in whole or part.

11. **Counterparts.** This Agreement may be executed in one or more counterparts, provided that each party shall sign at least one counterpart, and all such counterparts together shall constitute one agreement binding on the Parties, notwithstanding that all Parties are not signatories to the same counterpart.

12. **Binding Effect.** The terms and conditions of this Agreement shall be binding upon and shall inure to the benefit of the Parties hereto, their respective heirs, executors, administrators, legal representatives, successors, and assigns. No person other than a signatory and its successors, and assigns shall have any legally enforceable right under this settlement Agreement. All parts of this Agreement are material and are of the essence of this Agreement, and are not mere recitals.

13. **Authority.** The Parties hereto have read this Agreement and understand all of its terms, and each executes it voluntarily and with full consideration of its significance, and each person signing this Agreement on behalf of the Parties is authorized to execute the Agreement, and the Parties are bound by such signatures.

14. **Claims.** The Parties further represent and warrant to each other that no claims addressed by this Agreement have been assigned or transferred, expressly or implied by operation of law to any other person or party and no person or parties are subrogated to the rights of the Parties, in this matter and that all claims released herein are owned exclusively by the Parties with the sole authority to release them.

15. **Attorneys' Fees.** Each Party hereto shall bear its own respective attorneys' fees and costs, including, without limitation, any attorneys' fees and costs in connection with the Civil Action.

IN WITNESS WHEREOF, the Parties have hereunto set their hands and affixed their seals as of the Settlement Date .

**GPT GLENDALE, INC.**

BY: [signature]

NAME: Philippe Suhas

TITLE: Sr. Vice President

**KENTEK CORPORATION**

BY: ______________________

NAME: ______________________

TITLE: ______________________

**BONNIE G. SIMMONS**

BY: ______________________

**RICHARD L. PELLEGRINI**

BY: ______________________

00832392.DOC

IN WITNESS WHEREOF, the Parties have hereunto set their hands and affixed their seals as of the Settlement Date .

**GPT GLENDALE, INC.**

BY: ______________________

NAME: ______________________

TITLE: ______________________

**KENTEK CORPORATION**

BY: [signature]

NAME: Thomas O. MacMullin

TITLE: President and General Manager

**BONNIE G. SIMMONS**

BY: ______________________

**RICHARD L. PELLEGRINI**

BY: ______________________

*00832392.DOC*

IN WITNESS WHEREOF, the Parties have hereunto set their hands and affixed their seals as of the Settlement Date .

**GPT GLENDALE, INC.**

BY: ______________________

NAME: ______________________

TITLE: ______________________

**KENTEK CORPORATION**

BY: ______________________

NAME: ______________________

TITLE: ______________________

**BONNIE G. SIMMONS**

BY: ______________________

**RICHARD L. PELLEGRINI**

BY: ______________________

00832392.DOC

IN WITNESS WHEREOF, the Parties have hereunto set their hands and affixed their seals as of the Settlement Date .

**GPT GLENDALE, INC.**

BY: ______________________

NAME: ______________________

TITLE: ______________________

**KENTEK CORPORATION**

BY: ______________________

NAME: ______________________

TITLE: ______________________

**BONNIE G. SIMMONS**

BY: ______________________

**RICHARD L. PELLEGRINI**

BY: R L Pellegrini

RICHARD L. PELLEGRINI

00832392.DOC

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br><br>BONNIE G. SIMMONS, an individual resident of New Hampshire; and<br><br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br><br>Defendants. | ) | Case No. CA 06-334 |

**FINAL JUDGMENT BY CONSENT WITH RESPECT TO NON-PATENT CLAIMS**

THE COURT, having been advised that — except with respect to claims for patent infringement — the parties to this case wish to compromise and settle all complaints, disputes, and claims between and among them arising out of this action and to release each other from any and all liability; and

IT BEING JUST AND PROPER TO DO SO, the Court hereby ORDERS as follows:

A. **Definitions**. For purposes of this Final Judgment By Consent With Respect to Non-Patent Claims, the following terms shall have the following meanings:

1. "Pending Action" means the above-styled case pending in this Court.

2. "Final Judgment Date" means the date this Final Judgment By Consent With Respect to Non-Patent Claims is entered by the Court.

3. "Patent Claim" means any claim for infringement of a U.S. patent and is ***not*** limited to claims of patent infringement asserted in the Pending Action.

4. "GPT Glendale" means Plaintiff GPT Glendale, Inc. ("GPT Glendale").

5. "Defendants" means Defendants in the Pending Action, *i.e.*, Kentek Corporation ("Kentek"), Bonnie G. Simmons ("Simmons"), and Richard L. Pellegrini ("Pellegrini").

B. **Approval of Settlement Agreement**. The Court has approved the Parties' confidential Settlement Agreement and Release and shall retain jurisdiction to enforce its terms, which are hereby incorporated by reference.

C. **Advertising and Marketing**. For the foregoing reasons, and for good cause shown, IT IS HEREBY ORDERED that Defendants, including their officers, agents, servants, employees, and attorneys, and any persons in active concert or participation with them who receive actual notice of this Final Judgment By Consent With Respect to Non-Patent Claims, to be permanently:

1. enjoined from using any photographs of GPT Glendale products in connection with the marketing, promotion, or advertising of any products that are not genuine GPT Glendale products, including but not limited to the use of

such photographs on Kentek's website or in its marketing, promotional, advertising, and trade show materials;

2. enjoined from — in connection with the manufacture, sale, promotion, or advertising of any of Kentek's protective eyewear products — using any product numbers or other methods of identifying products that begin with the letters "U" or "G" or the letter combination "SEPS," are similar in sight, sound, or appearance to any of the trademarks, brand names, or product names listed in **Exhibit A**, including but not limited to, Laser-Aid®, Light-Speed®, and Uvex® (the "GPT Glendale Names");

3. enjoined from using the GPT Glendale Names or any marks that are similar in sight, sound, or appearance to the GPT Glendale Names in connection with the manufacture, sale, promotion, or advertising of any of Kentek's protective eyewear products;

4. enjoined from using, disclosing, or aiding and abetting the use or disclosure by any third party of the following (collectively, the "Proprietary Materials"):

a. information, not readily ascertainable by proper means, necessary to manufacture GPT Glendale products — including the dye formulas, the product history for each of the dyes, bills of materials, sources of supply, and methods and techniques of production; or

b. information, not readily ascertainable by proper means, contained in GPT Glendale's customer, supplier, and vendor lists;

nothing herein shall preclude Kentek (i) from continuing to use its existing sources of supply or vendors, or from selling product to its existing customers, and (ii) from using new sources of supply or vendors, or from selling product to new customers, provided (x) that Kentek did not obtain or learn of said existing or new sources of supply, vendors, or customers from the Proprietary Materials, (y) that Kentek's right to sell its product to existing or new customers is subject to the Patent Claims, and (z) that GPT Glendale does not herein waive any claim, or release Kentek from any claim, that the sale of Kentek's product to existing and/or new customers infringes any patent held by GPT Glendale or any patent in which GPT Glendale has an interest, all of which claims are expressly reserved by GPT Glendale.

D. **Return and Destruction of Proprietary Materials.** Within thirty (30) days of entry of this Final Judgment by Consent With Respect to Non-Patent Claims, Defendants — shall:

1. return the Proprietary Materials to GPT Glendale, as that term is defined above; and

2. remove from Defendants' offices, files, and computers all derivative works created from said Proprietary Materials.

E. **Certificate of Compliance.** Within thirty (30) days of entry of this Final Judgment by Consent With Respect to Non-Patent Claims, Defendants shall file with the Court an affidavit signed by each (or, in the case of Kentek, an officer of the company) verifying that company's compliance with the foregoing provisions.

F. **Dismissal With Prejudice.** Except with respect to Count XI and Patent Claims, all claims of the Parties that were asserted or could have been asserted in the Pending Action are hereby DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated this _____ day of July, 2007.

IT IS SO ORDERED:

_________________________________
United States District Judge

We ask for this:

Agreed to by:

GPT GLENDALE, INC.

Darlene K. Alt (#6345)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 276-6476
(401) 276-6611 (fax)

Michael J. Lockerby (*admitted pro hac vice*)
Mark Salzberg (*admitted pro hac vice*)
Peter G. Mack (*admitted pro hac vice*)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007
(202) 672-5300
(202) 672-5399 (fax)

Counsel for GPT Glendale, Inc.

KENTEK CORPORATION
BONNIE G. SIMMONS
RICHARD L. PELLEGRINI

James W. Ryan, Esq. (#4042)
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
401-861-8200
401-861-8210 (fax)

Thomas J. Pappas (*admitted pro hac vice)*
Wiggin & Nourie, PA
670 No. Commercial Street
P.O. Box 808
Manchester, NH 03105-0808
603-669-2211
603-623-8442 (fax)

Counsel for Kentek Corporation,
Bonnie G. Simmons and
Richard L. Pellegrini

**EXHIBIT A**

Glendale
uvex
LGF
LGM
LSK
LOTG
OTG
LPG
FLEXSEAL
XC
GENESIS
LS5
ENCORE
SKYPER
MILLENNIA
LASER GUARD
IPL-AID
LED-AID
LASER-AID
DERM-AID
LIGHTSPEED
LRS
LASER SHIELD
LASE-R-SHIELD
E7, E8, E25, E74, F90
F7, F8,F25,F74,F90
GU2, GU6,GU7,GW4,GW5
LGT
DVO
LS6
L5
LAZAN
I-BLOCK
SPECTRASHIELD
SPECTRAVIEW
SPECTRUM CONTROL TECHNOLOGY ( SCT)
LASER MED
LASER LINE

# EXHIBIT B

**EXHIBIT B**

## GPT Glendale Inventory List

| Kentek p/n | GPT p/n | Description | Quantity on Hand | Cost Each | Total Cost |
|---|---|---|---|---|---|
| GES-60C | 31-20100 | Laser Protective Eyewear for CO2, small spectacle, clear poly filter, OD 7+@ 190-360 & 5000-11000nm VLT @ 89% | 2 | $ 21.00 | $ 42.00 |
| GEL-60C | 31-21100 | Laser Protective Eyewear for CO2, large spectacle, clear poly filter, OD 7+@ 190-360 & 5000-11000nm VLT @ 89% | 1 | $ 21.00 | $ 21.00 |
| GEL-54-N | 31-21110 | Laser Protective Eyewear for KTP/Nd:YAG, large spectacle, amber poly filter, OD 5.5+ @ 532nm, OD 5.5+ @ 1064nm VLT @ 35% | 1 | $ 187.00 | $ 187.00 |
| GEL-60P | 31-21113 | Laser Protective Eyewear for Excimer,CO2, large spectacle, pink poly filter, OD 9+@ 190-380, 7+@ 5000-11000nm VLT @ 70% | 1 | $ 52.00 | $ 52.00 |
| GM-56 | 31-2219 | Laser Protective Eyewear for Telecom, miniwrap, green poly filter, OD 3+ @ 804-1755nm VLT @ 30% | 3 | $ 111.51 | $ 334.53 |
| GS-60G | 31-2231 | Laser Protective Eyewear for CO2, spectacle, green poly filter, OD 9+ 190-385, 5+ 385-420, 2+ 800-1800, 7+ 5000-11000nm VLT@ 30% | 1 | $ 50.00 | $ 50.00 |
| GS-68A | 31-2273 | Laser Alignment Eyewear for Krypton, spectacle, blue poly filter, OD 0.6-1.2@ 694.3, 1.9-2.3@ 676.4, 0.9-1.2@ 647.1nm VLT 40% | 12 | $ 50.00 | $ 600.00 |
| GM-88 | 31-30122 | Laser Protective Eyewear for Dye, Candela V-Beam, miniwrap, light blue poly filter, OD 4.9+ @ 591-597nm VLT @ | 4 | $ 117.41 | $ 469.64 |
| GM-59 | 31-3700 | Laser Protective Eyewear for Er:YAG, miniwrap, yellow poly filter, OD7+@ 190-340, OD7+ @ 2940, OD7+ @ 2760-3740, OD7+ @ 10600nm VLT @ 85% | 8 | $ 117.41 | $ 939.28 |
| GM-61P | 31-4005 | Laser Protective Eyewear for Ruby, miniwrap, violet poly filter, OD 7+@ 689-782, 5+@ 681-789nm VLT @ 20% | 2 | $ 111.51 | $ 223.02 |
| GL-71 | 31-5003 | Laser Protective Eyewear for Diode, Alex, spectacle, pink poly filter, OD7+@ 190-380, 3+@ 705-715, 4+@ 715-810, 7+@ 755nm VLT @ 35% | 1 | $ 111.51 | $ 111.51 |
| GL-51M-N | 31-5013 | Laser Protective Eyewear for Nd:YAG, spectacle, green poly filter, OD 9+@ 190-375, OD 5+@ 870-1063, OD 7+@ 1064, OD 5+@ 10600nm VLT @ 60% | 2 | $ 111.51 | $ 223.02 |
| GL-60P | 31-5015 | Laser Protective Eyewear for Excimer,CO2, spectacle, pink poly filter, OD 9+@ 190-380, 7+@ 5000-11000nm VLT @ 70% | 5 | $ 51.33 | $ 256.65 |
| GL-56 | 31-5019 | Laser Protective Eyewear for Telecom, spectacle, green poly filter, OD 3+ @ 804-1755nm VLT @ 30% | 4 | $ 111.51 | $ 446.04 |
| GGF-60C | 31-70100 | Laser Protective Eyewear for CO2, goggle, clear poly filter, OD 7+@ 190-360, 5000-11000nm VLT @ 89% | 14 | $ 21.00 | $ 294.00 |

| Kentek p/n | GPT p/n | Description | Quantity on Hand | Cost Each | Total Cost |
|---|---|---|---|---|---|
| GGF-YAGKTP | 31-70102 | Laser Protective Eyewear for Nd:YAG,KTP, goggle, brown poly filter, OD7@190-532, 4+@840-864, 5+@865-1063, 7@1064, 5@10600nm VLT @ 24% | 11 | $ 176.10 | $ 1,937.10 |
| GGF-51M-N | 31-70108 | Laser Protective Eyewear for Nd:YAG, goggle , green poly filter, OD 9+@ 190-375, OD 5+@ 870-1063, OD 7+@ 1064, OD 5+@ 10600nm VLT @ 60% | 2 | $ 111.51 | $ 223.02 |
| GGF-PDG | 31-70116 | Laser Protective Eyewear for PDT/Dye/Krypton/Ruby, goggle, blue poly filter, OD7@190-380, 2-3@ 585-605, 4-5@ 610-695, 5@ 10600nm, VLT @ 20% | 4 | $ 111.51 | $ 446.04 |
| GGF-88 | 31-70122 | Laser Protective Eyewear for Dye, Candela V-Beam, goggle, light blue poly filter, OD 4.9+ @ 591-597nm VLT @ 28% | 1 | $ 117.51 | $ 117.51 |
| GGF-HENE-A | 31-70152 | Laser Alignment Eyewear for HeNe, goggle, blue poly filter, OD 7@190-380, 1-2@ 633, 4-5@ 670-680, 5@ 10600nm, VLT @ 41% | 7 | $ 111.51 | $ 780.57 |
| SEPS-SSALC | 31-7313 | Laser Protective Patient goggle, white, aluminum with foam comfort pads, adjustable bridge and strap, 4 pr. replacement foam | 1 | $ 53.46 | $ 53.46 |
| SEPS-ADH | 31-7325 | Eyewear accesory, 10 pair adhesive for SEPS-EC patient shield. | 15 | $ 7.50 | $ 112.50 |
| GF-RX60C | 31-80100 | Laser protective eyewear for UV/CO2, flipup frame, non-laser lens in base, for RX, clear poly filter in flip, OD9@ 190-360, 7@ 5000-11000nm VLT90% NO Z87 | 8 | $ 42.00 | $ 336.00 |
| GXC-51M-N | 31-80101 | Laser Protective Eyewear for Nd:YAG, RX adaptable spectacle, green poly filter, OD 9+@ 190-375, OD 5+@ 870-1063, OD 7+@ 1064, OD 5+@ 10600nm VLT | 1 | $ 113.28 | $ 113.28 |
| GXC-YAGKTP | 31-80102 | Laser Protective Eyewear for Nd:YAG,KTP, RX adaptable spectacle, brown poly filter, OD7@190-532, 4+@840-864, 5+@865-1063, 7@1064 | 1 | $ 190.57 | $ 190.57 |
| GXC-ARGKTP | 31-80103 | Laser Protective Eyewear for Argon/KTP, RX adaptable spectacle, orange poly filter, OD7@190-532, 5@ 10600nm, VLT | 5 | $ 113.28 | $ 566.40 |
| GF-RX51N | 31-80108 | Laser protective eyewear for Yag/CO2, flip up frame, non-laser lens in base for RX, green poly filter in flip, OD7+@810-1100, 10+@1064, 7+@5-11Knm VLT45% NO Z87 | 5 | $ 110.00 | $ 550.00 |
| GXC-51-N | 31-80108 | Laser Protective Eyewear for Nd:YAG, RX adaptable spectacle, green poly filter, OD 9+@ 190-420, 5+ 770-810, 7+ 810-1100, 10+ 1064, 7+ 5000-11000nm VLT | 5 | $ 113.28 | $ 566.40 |
| GXC-54A-N | 31-80155 | Laser Alignment Eyewear for KTP, protection for Nd:YAG, RX adaptable spectacle, amber poly filter, OD 7 @ 1064, 2.9-3.5 @ 532nm VLT @ 40% | 2 | $ 190.57 | $ 381.14 |

| Kentek p/n | GPT p/n | Description | Quantity on Hand | Cost Each | Total Cost |
|---|---|---|---|---|---|
| IEGM-IPLS3 | 31-9623 | Intense Pulsed Light Protective Eyewear NON-LASER, black miniwrap frame, green poly Shade 3 filter | 13 | $ 21.07 | $ 273.91 |
| GGF-IPLS3 | 31-9623 | Intense Pulsed Light Protective Eyewear, NON-LASER, goggle frame, green poly filter | 9 | $ 8.25 | $ 74.25 |
| IEGM-IPLS5 | 31-9624 | Intense Pulsed Light Protective Eyewear NON-LASER, black miniwrap frame, green poly Shade 5 filter | 15 | $ 21.07 | $ 316.05 |
| UXO-KTP-A | LOTG-532 | Laser Alignment Eyewear for KTP, OTG wrap, amber poly filter, OD7@190-400, 4@401-514, 3-4@532, 5@10600nm, VLT @ 61% | 7 | $ 95.58 | $ 669.06 |
| UXO-ARG-A | LOTG-AR-ALGN | Laser Alignment Eyewear for Argon, OTG wrap, amber poly filter, OD7@190-380, 2-3@488-515, OD 5@10600nm, VLT @ | 3 | $ 93.00 | $ 279.00 |
| UXO-ARGKTP | LOTG-ARGON/KTP | Laser Protective Eyewear for Argon/KTP, OTG wrap, orange poly filter, OD7@190-532, 5@10600nm, VLT @ 45% | 2 | $ 85.55 | $ 171.10 |
| UXO-CO2 | LOTG-CO2 | Laser Protective Eyewear for CO2, OTG wrap, clear poly filter, OD7@190-380, 5@10600nm, VLT @ 90% | 1 | $ 21.83 | $ 21.83 |
| UXO-DYE2 | LOTG-DYE II/CM | Laser Protective Eyewear for Dye, OTG wrap, red poly filter, OD 7@190-380, 4-5@ 450-585, 5@ 10600nm, VLT @ 6% | 3 | $ 88.50 | $ 265.50 |
| UXO-54-N | LOTG-KTP/YAG | Laser Protective Eyewear for KTP/Nd:YAG, OTG wrap, amber poly filter, OD 5.5+ @ 532nm, OD 5.5 + @ | 1 | $ 176.41 | $ 176.41 |
| UX-L506 | LS506 | Laser Protective Eyewear for Nd:, Ho:YAG, CO2, spectacle, grey glass filter, OD5+@ 930-2350, 5+@ 3800-10600, 7+ @1000-1050, 8+ @1060- | 1 | $ 420.00 | $ 420.00 |
| UX-L513 | LS513 | Laser Protective Eyewear for UV, Nd:YAG, Harmonics, spectacle, orange curved glass filter, OD8+@ 190-532, 5+@10600nm, VLT @ 42% | 1 | $ 335.25 | $ 335.25 |
| UX-L545 | LS545 | Laser Protective Eyewear for Alex, Nd:YAG, Diode, CO2, spectacle, green curved glass filter, OD2-3 @ 633, 7+@ 694-1320, 5+@ 10600nm, VLT @ 36% | 1 | $ 340.50 | $ 340.50 |
| UX-L568 | LS568 | Laser Protective Eyewear for Nd:YAG, Diode, CO2, spectacle, aqua curved glass filter, OD1-2@ 633, 7+@ 750-1050, 8+@ 1050-1064, 5+@ 10600nm, VLT @ 50% | 1 | $ 365.00 | $ 365.00 |
| UX-L596 | LS596 | Laser Protective Eyewear for Nd:YAG, spectacle, green curved glass filter, OD4+@ 950-2300, 4+@ 2850-10600, 5+@ 1040-1550, 5+@ 10600nm, VLT @ | 4 | $ 258.75 | $ 1,035.00 |
| UX-L913 | LS913 | Laser Protective Eyewear for UV, Nd:YAG Harmonics, spectacle frame, orange glass lens, OD 8 + @ 190-532, OD 5 + @ 10600nm, VLT @ 42% | 1 | $ 335.25 | $ 335.25 |
| UX-L933 | LS933 | Laser Protective Eyewear for Nd:YAG, Harmonics, CO2, spectacle, orange glass filter, OD7+ @ 190-532, 6+@ 1050-1064, 4+ @ 10600nm, VLT @ 40% | 2 | $ 335.25 | $ 670.50 |

| Kentek p/n | GPT p/n | Description | Quantity on Hand | Cost Each | Total Cost |
|---|---|---|---|---|---|
| UXK-KTP-A | LSK-532 | Laser Alignment Eyewear for KTP, spectacle, amber poly filter, OD7@190-400, 4@401-514, 3-4@532, 5@10600nm, VLT @ 61% | 3 | $ 95.58 | $ 286.74 |
| UXK-ARGKTP | LSK-ARGKTP | Laser Protective Eyewear for Argon/KTP, spectacle, orange poly filter, OD7@190-532, 5@10600nm, VLT @ 45% | 2 | $ 79.00 | $ 158.00 |
| | | | | TOTAL COST: | $ 16,817.03 |