**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GPT GLENDALE, INC., a Delaware corporation,

Plaintiff,

v.

KENTEK CORPORATION, a New Hampshire corporation;

BONNIE G. SIMMONS, an individual resident of New Hampshire; and

RICHARD L. PELLEGRINI, an individual resident of Florida,

Defendants.

C.A. No. 06-334

TRIAL BY JURY DEMANDED

**MOTION FOR WITHDRAWAL OF APPEARANCE OF JAMES W. RYAN ON BEHALF OF DEFENDANTS**

Defendants Kentek Corporation, Bonnie G. Simmons, and Richard L. Pellegrini, by and through their attorneys, hereby move for the withdrawal of James W. Ryan as counsel of record.

Dated: August 22, 2007

Respectfully submitted,

KENTEK CORPORATION,
BONNIE G. SIMMONS,
RICHARD L. PELLEGRINI

By Their Attorneys,

/s/ James W. Ryan

James W. Ryan (#4042)
Robert K. Taylor (#6515)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)
jwr@psh.com
rkt@psh.com

Craig M. Scott (#4237)
Christine K. Bush (#5587)
DUFFY SWEENEY & SCOTT LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0710 (fax)

Thomas J. Pappas (*admitted pro hac vice*)
Stephanie A. Bray (*admitted pro hac vice*)
WIGGIN & NOURIE, P.A.
670 North Commercial Street, Suite 305
P.O. Box 808
Manchester, NH 03105-0808
(603) 669-2211
(603) 623-8442 (fax)

George A. Smith, Jr. (*admitted pro hac vice*)
HOWSON & HOWSON, LLP
501 Office Center Drive, Site 210
Fort Washington, PA 19034
(215) 540-9200
(215) 540-5818 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that this document, flied through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 22, 2007.

/s/ James W. Ryan
James W. Ryan

933992_1/5451-2