# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

GPT GLENDALE, INC., a Delaware corporation,

Plaintiff,

v.

KENTEK CORPORATION, a New Hampshire corporation;

BONNIE G. SIMMONS, an individual resident of New Hampshire; and

RICHARD L. PELLEGRINI, an individual resident of Florida,

Defendants.

C.A. No. 06-334

TRIAL BY JURY DEMANDED

**MOTION FOR WITHDRAWAL OF APPEARANCE OF ROBERT K. TAYLOR ON BEHALF OF DEFENDANTS**

Defendants Kentek Corporation, Bonnie G. Simmons, and Richard L. Pellegrini, by and through their attorneys, hereby move for the withdrawal of Robert K. Taylor as counsel of record.

Respectfully submitted,

KENTEK CORPORATION,
BONNIE G. SIMMONS,
RICHARD L. PELLEGRINI

By Their Attorneys,

/s/ Robert K. Taylor
James W. Ryan (#4042)
Robert K. Taylor (#6514)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com
rkt@psh.com

DATED: August 22, 2007

Craig M. Scott (#4237)
Christine K. Bush (#5587)
DUFFY SWEENEY & SCOTT LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0710 (fax)

Thomas J. Pappas (*admitted pro hac vice*)
Stephanie A. Bray (*admitted pro hac vice*)
WIGGIN & NOURIE, P.A.
670 North Commercial Street, Suite 305
P.O. Box 808
Manchester, NH 03105-0808
(603) 669-2211
(603) 623-8442 (fax)

George A. Smith, Jr. (*admitted pro hac vice*)
HOWSON & HOWSON, LLP
501 Office Center Drive, Site 210
Fort Washington, PA 19034
(215) 540-9200
(215) 540-5818 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 22, 2007.

/s/ Robert K. Taylor

935738_1/5451-2