UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GPT GLENDALE, INC., a Delaware corporation,

Plaintiff,

v.

KENTEK CORPORATION, a New Hampshire corporation, et al.

Defendants.

C.A. NO. 06-334 ML

**ORDER**

Defendant Kentek Corporation's oral request to compel Mark McLear to submit to deposition was on for hearing before the Honorable David L. Martin on October 9, 2007. After hearing thereon, and consideration thereof, it is hereby

**ORDERED**:

1. Deponent Mark McLear shall submit to deposition upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure within four (4) weeks of October 9, 2007, or on or before Tuesday, November 6, 2007;

2. Defendant Kentek Corporation shall comply with the procedural requirements set forth in Rule 30 of the Federal Rules of Civil Procedure in scheduling and taking the deposition of Mr. McLear; and

3. Counsel for all interested parties shall confer and will attempt to schedule Mr. McLear's deposition on a date that is convenient for Mr. McLear within the requisite time period.

ENTER:

PER ORDER:

Magistrate Judge David L. Martin

Dated: October 11, 2007

Presented by:

/s/ Rachelle R. Green

Craig M. Scott (#4237)
Rachelle R. Green (#5870)
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455 0700
(401) 455 0701 (fax)
cscott@duffysweeney.com
rgreen@duffysweeney.com

*H:\Clients\Kentec\Pleadings\Order.DOC*