UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GPT GLENDALE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KENTEK CORPORATION, a New Hampshire corporation;<br><br>BONNIE G. SIMMONS, an individual resident of New Hampshire; and<br><br>RICHARD L. PELLEGRINI, an individual resident of Florida,<br><br>Defendants. | Case No.: CA 06- 334-ML |

**MOTION TO WITHDRAW**

NOW COMES Stephanie A. Bray, one of the attorneys for Defendants, Kentek Corporation, Bonnie G. Simmons and Richard L. Pellegrini and respectfully requests that this Honorable Court permit her to withdraw from further representation of the defendants, and states as follows:

1. Attorney Bray has accepted a position with New Hampshire Legal Assistance in Concord, New Hampshire and will be leaving the firm of Wiggin & Nourie, P.A.

2. Defendants will continue to be represented by Thomas J. Pappas of Wiggin & Nourie, P.A., as well as by Duffy, Sweeney & Scott Ltd.

WHEREFORE, it is requested that this Honorable Court:

A. Allow the withdrawal of Attorney Stephanie A. Bray; and

B. Grant such other and further relief as may be just and equitable.

Respectfully submitted,

DUFFY, SWEENEY & SCOTT, LTD

Dated: November 2, 2007

/s/ Rachelle R. Green
Craig M. Scott (#4237)
Rachelle R. Green (#5870)
One Turks Head Place, Suite 1200
Providence, RI 02903
401 455 0700
401 455 0701 (fax)
cscott@duffysweeney.com
rgreen@duffysweeney.com

George A. Smith, Jr. (admitted *pro hac vice*)
HOWSON & HOWSON LLP
501 Office Center Drive
Fort Washington, PA 1034
215 540 9200
215 540 5818 (fax)
gasmith@howsonandhowson.com

CERTIFICATE OF SERVICE

I hereby certify that I caused the within *Motion to* Withdraw to be filed through the ECF system on the 2nd day of November, 2007 and it will be sent electronically to the below named counsel who are registered participants identified on the Notice of Electronic Filing:

Darlene K. Alt, Esquire
Raymond M. Ripple, Esquire
Edwards, Angell, Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Thomas J. Pappas., Esquire
Wiggin & Nourie, P.A.
670 N. Commercial Street, Suite 305
Manchester, NH 03105-0808

James W. Ryan
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Michael J. Lockerby, Esquire
Mark A. Salzberg, Esquire
Brian J. McNamara, Esquire
Foley & Lardner LLP
3000 K St. NW
Washington, DC 20007

/s/ Rachelle R. Green
Rachelle R. Green

*H:\Clients\Kentec\Pleadings\Drafts\S. Bray Motion to Withdraw 11-02-07.DOC*