UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GPT GLENDALE, INC., a Delaware corporation, Plaintiff, | ) | C.A. NO. 06-334 ML |
| v. | ) | |
| KENTEK CORPORATION, a New Hampshire corporation, Defendants | ) | |

**DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE MARKMAN HEARING BRIEF**

Pursuant to Fed. R. Civ. P. 6(b), defendant, Kentek Corporation ("Kentek"), by and through undersigned counsel, hereby moves to extend the deadline for filing its opening brief for Markman hearing. Kentek's brief is currently due on November 30, 2007 pursuant to the Joint Motion to Extend Pre-Trial Deadlines filed by the parties on August 13, 2007. Kentek respectfully requests a one week extension within which to file its brief, up to and including December 7, 2007. In support of its motion, Kentek states that the parties have reached an agreement to settle the case and are in the process of resolving minor settlement issues and finalizing the appropriate settlement documents.

KENTEK CORP., et al.
By its Attorneys,

/s/ Rachelle R. Green
Rachelle R. Green (#5870)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
(401) 455-0700
(401) 455-0701 (Fax)
rgreen@duffysweeney.com

George A. Smith, Jr. (admitted *pro hac vice*)
HOWSON & HOWSON LLP
501 Office Center Drive
Fort Washington, PA 1034
215 540 9200
215 540 5818 (fax)
gasmith@howsonandhowson.com

Dated: November 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the within *Defendants' Motion to Extend Deadline to File Markman Hearing Brief* to be filed through the ECF system on the 30nd day of November, 2007 and it will be sent electronically to the below named counsel who are registered participants identified on the Notice of Electronic Filing:

Darlene K. Alt, Esquire
Raymond M. Ripple, Esquire
Edwards, Angell, Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Thomas J. Pappas., Esquire
Wiggin & Nourie, P.A.
670 N. Commercial Street, Suite 305
Manchester, NH 03105-0808

James W. Ryan
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Michael J. Lockerby, Esquire
Mark A. Salzberg, Esquire
Brian J. McNamara, Esquire
Foley & Lardner LLP
3000 K St. NW
Washington, DC 20007

/s/ Rachelle R. Green
Rachelle R. Green

*H:\Clients\Kentec\Pleadings\M Extend.DOC*