UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GPT GLENDALE, INC., a Delaware corporation,

Plaintiff,

vs. C.A. No. CA 06-334-ML

KENTEK CORPORATION, a New Hampshire corporation,

Defendant.

**JOINT MOTION TO APPROVE AND ENTER FINAL JUDGMENT BY CONSENT**

Plaintiff GPT Glendale, Inc., n/k/a Glendale Protective Technologies, Inc., and Defendant Kentek Corporation hereby jointly move for approval and entry of the final judgment by consent attached hereto as Exhibit A.

Granted.
Mary M. Lisi
USDJ 12/18/07

**GPT GLENDALE, INC., n/k/a GLENDALE PROTECTIVE TECHNOLOGIES, INC.**

/s/ Darlene K. Alt
/s/ Raymond M. Ripple
By its Counsel

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, RI 02903
(401) 276-6476; (401) 276-6611 fax

Michael J. Lockerby (*admitted pro hac vice*)
Brian J. McNamara (*admitted pro hac vice*)
Mark Salzberg (*admitted pro hac vice*)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
(202) 672-5300; (202) 672-5399 fax

**KENTEK CORPORATION**

/s/ Christine K. Bush
By its Counsel

Christine K. Bush (#5587)
DUFFY, SWEENEY & SCOTT, LTD
1 Turks Head Place
Suite 1200
Providence, RI 02903
(401) 455-0700; (401) 455-0701 fax

George A. Smith, Jr. (*admitted pro hac vice*)
HOWSON & HOWSON, LLP
501 Office Center Drive
Suite 210
Fort Washington, PA 19034
(215) 540-9204; (215) 540-5818 fax

Thomas J. Pappas (*admitted pro hac vice*)
WIGGIN & NOURIE, PA
670 N Commercial Street
P.O. Box 808
Manchester, NH 03105-0808
(603) 669-2121; (603) 623-8442 fax

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 14, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple